CHARLES A. BROWN
GOODWIN PROCTER LLP
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
TEL: (212) 813-8800
FAX: (212) 355-3333
cbrown@goodwinlaw.com

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERALD CELANO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> - against - <br><br> FULCRUM THERAPEUTICS, INC., BRYAN STUART, ROBERT J. GOULD, and ESTHER RAJAVELU, <br><br> Defendants. | Case No. 1:23cv2360 (RMB)(SAK) |

## STIPULATION AND ORDER TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404(A) AND FOR WAIVER OF SERVICE

Plaintiff Gerald Celano and Defendants Fulcrum Therapeutics, Inc.

("Fulcrum"), Bryan Stuart, Robert J. Gould, and Esther Rajavelu, (collectively,

"Defendants," and together with Plaintiff, the "Parties"), by and through their

undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on April 28, 2023, Plaintiff filed the above-captioned securities fraud class action asserting claims under Section 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder (the "Complaint") (ECF No. 1).

WHEREAS, the Parties have conferred and agree that this case should be transferred to the District of Massachusetts for at least the following reasons:

1. Fulcrum is a Delaware corporation with its corporate headquarters, and only office, in Cambridge, Massachusetts;

2. two of the three individual Defendants reside and work in Massachusetts;

3. the majority of potential witnesses reside and/or work in Massachusetts;

4. the relevant documents are located in Massachusetts; and

5. the above-captioned action might have been brought in the District of Massachusetts under 28 U.S.C. § 1391(b);

WHEREAS, the Parties conferred and the Defendants, by and through their counsel, agree to waive service of the summons and Complaint (ECF. Nos 1, 3) pursuant to Federal Rule of Civil Procedure 4, effective on the date set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the Parties, subject to the approval of the Court, that:

1. pursuant to 28 U.S.C. § 1404, the above-captioned matter be transferred to the District of Massachusetts; and

2. Defendants waive service of the summons and Complaint (ECF. Nos 1, 3) pursuant to Federal Rule of Civil Procedure 4, effective on the date set forth below.

Dated:        May 8, 2023

POMERANTZ LLP                                    GOODWIN PROCTER LLP

By: */s/* Thomas H. Przybylowski_____      By: */s/* Charles A. Brown_____

Thomas H. Przybylowski                          Charles A. Brown
Jeremy A. Lieberman                             620 Eighth Avenue
J. Alexander Hood II                            New York, NY 10018-1405
600 Third Avenue, 20th Floor                    Tel: 212.813.8800
New York, NY 10016                              Fax: 212.815.3333
Tel: 212.661.1100                               cbrown@goodwinlaw.com
Fax: 917.463.1044
tprzybylowski@pomlaw.com                        Deborah S. Birnbach
jalieberman@pomlaw.com                          Emily S. Unger
ahood@pomlaw.com                                100 Northern Avenue
                                                Boston, Massachusetts 02210
                                                Tel.: 617.570.1000
                                                Fax: 617.523.1231
                                                dbirnbach@goodwinlaw.com
                                                eunger@goodwinlaw.com

*Attorneys for Plaintiff*

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: May 18, 2023

_____

CHIEF UNITED STATES
DISTRICT JUDGE