CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:23–cv–02360–RMB–SAK

CELANO v. FULCRUM THERAPEUTICS, INC. et al

Assigned to: Chief Judge Renee Marie Bumb

Referred to: Magistrate Judge Sharon A. King

Cause: 15:78m(a) Securities Exchange Act

Date Filed: 04/28/2023

Date Terminated: 05/19/2023

Jury Demand: Plaintiff

Nature of Suit: 850 Securities/Commodities

Jurisdiction: Federal Question

**Plaintiff**

**GERALD CELANO**

*Individually and on Behalf of All Others Similarly Situated*

represented by **THOMAS HENRY PRZYBYLOWSKI**
POMERANTZ LLP
600 THIRD AVENUE
20TH FLOOR
NEW YORK, NY 10016
212–661–1100
Fax: 917–463–1044
Email: tprzybylowski@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FULCRUM THERAPEUTICS, INC.**

represented by **CHARLES A. BROWN**
GOODWIN PROCTER LLP
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
212–813–8800
Email: cbrown@goodwinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRYAN STUART**

represented by **CHARLES A. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERT J. GOULD**

represented by **CHARLES A. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ESTHER RAJAVELU**

represented by **CHARLES A. BROWN**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2023 | 1 | COMPLAINT against FULCRUM THERAPEUTICS, INC., ROBERT J. GOULD, ESTHER RAJAVELU, BRYAN STUART ( Filing and Admin fee $ 402 receipt number ANJDC–14281325) with JURY DEMAND, filed by GERALD CELANO. (Attachments: # 1 Civil Cover Sheet)(PRZYBYLOWSKI, THOMAS) (Entered: 04/28/2023) |
| 04/28/2023 | 2 | Request for Summons to be Issued by GERALD CELANO as to FULCRUM THERAPEUTICS, INC., ROBERT J. GOULD, ESTHER RAJAVELU, BRYAN STUART. (PRZYBYLOWSKI, THOMAS) (Entered: 04/28/2023) |
| 04/28/2023 |  | Chief Judge Renee Marie Bumb and Magistrate Judge Sharon A. King added. (dmw) (Entered: 05/01/2023) |
| 05/02/2023 |  | Notice of Judicial Preferences. Click here for the Judge's Individual Procedure Requirements. (jab) (Entered: 05/02/2023) |
| 05/02/2023 | 3 | SUMMONS ISSUED as to FULCRUM THERAPEUTICS, INC., ROBERT J. GOULD, ESTHER RAJAVELU, BRYAN STUART. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (jab) (Entered: 05/02/2023) |
| 05/08/2023 | 4 | NOTICE of Appearance by CHARLES A. BROWN on behalf of FULCRUM THERAPEUTICS, INC., ROBERT J. GOULD, ESTHER RAJAVELU, BRYAN STUART (BROWN, CHARLES) (Entered: 05/08/2023) |
| 05/08/2023 | 5 | STIPULATION *AND [PROPOSED] ORDER TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404(A) AND FOR WAIVER OF SERVICE* by FULCRUM THERAPEUTICS, INC., ROBERT J. GOULD, ESTHER RAJAVELU, BRYAN STUART. (BROWN, CHARLES) (Entered: 05/08/2023) |
| 05/19/2023 | 6 | STIPULATION AND ORDER to Transfer Venue to the United States District Court for the District of Massachusetts Pursuant to 28 U.S.C. § 1404(A) and for Waiver of Service. Signed by Chief Judge Renee Marie Bumb on 5/18/2023. (dmr) (Entered: 05/19/2023) |
| 05/19/2023 |  | ***Civil Case Terminated. (dmr) (Entered: 05/19/2023) |