**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERALD CELANO, *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>vs.<br><br>FULCRUM THERAPEUTICS, INC., BRYAN STUART, ROBERT J. GOULD, CHRISTOPHER MORABITO, and JUDITH DUNN,<br><br>Defendants. | No. 1:23-cv-11125-IT<br><br>**ORAL ARGUMENT REQUESTED** |

## <u>DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT</u>

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(A), Defendants Fulcrum Therapeutics, Inc., Bryan Stuart, Robert J. Gould, Christopher Morabito, and Judith Dunn ("Defendants") move to dismiss the Amended Complaint in its entirety and with prejudice. As grounds for this Motion, Defendants state as follows:

The Amended Complaint should be dismissed for the reasons stated in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint and the Declaration of Deborah S. Birnbach in Support of Defendants' Motion to Dismiss the Amended Complaint, along with the accompanying exhibits.

WHEREFORE, Defendants respectfully request that this Court issue an Order dismissing the Amended Complaint in its entirety and with prejudice, and grant such other and further relief that the Court deem just and proper.

1

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that on November 20, 2023 counsel for Defendants and counsel for Plaintiff conferred in good faith about this motion and did not resolve or narrow the issues raised in this motion.

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants request oral argument on their Motion to Dismiss the Amended Complaint.

Dated: November 28, 2023

Respectfully submitted,

FULCRUM THERAPEUTICS, INC., BRYAN STUART, ROBERT J. GOULD, CHRISTOPHER MORABITO, and JUDITH DUNN

By their attorneys,

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach
Tucker DeVoe
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax: 617.523.1231
DBirnbach@goodwinlaw.com
TDevoe@goodwinlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I, Deborah S. Birnbach hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 28, 2023.

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach
