**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

GERALD CELANO, *Individually and on Behalf of All Others Similarly Situated,*

       Plaintiff,

    v.

FULCRUM THERAPEUTICS, INC.,
BRYAN STUART, ROBERT J. GOULD,
CHRISTOPHER MORABITO, and JUDITH
DUNN,

       Defendants.

No. 1:23-cv-11125-IT

---

**DECLARATION OF DEBORAH S. BIRNBACH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Deborah S. Birnbach, declare as follows:

1.    I am a partner in the law firm of Goodwin Procter LLP, counsel to Defendants Fulcrum Therapeutics, Inc. ("Fulcrum" or the "Company"), Bryan Stuart, Robert J. Gould, Christopher Morabito, and Judith Dunn (together, "Individual Defendants," and with the Company, "Defendants"). I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

2.    Attached as Exhibit 1 is a chart for the Court's convenience that quotes the Amended Complaint's ("AC") alleged misrepresentations and omissions, supplemented by text from the underlying documents from which the AC quotes, and cross-references legal arguments set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint (the "Memorandum") as to why each of the alleged misstatements and omissions is not actionable ("Chart of Alleged Misstatements").

3.      Attached as Exhibit 2 is a chart for the Court's convenience that quotes cautionary forward-looking statement language and risk disclosures made by the Company in SEC filings and other documents cited in the Memorandum ("Chart of Disclosures").

4.      Attached as Exhibit 3 is an excerpt of a true and correct copy of Fulcrum's Form 10-K for the year ended December 31, 2021, as filed with the SEC on March 3, 2022 ("2021 Form 10-K"). *See* AC ¶¶ 93-96. [1]

5.      Attached as Exhibit 4 is a true and correct copy of Fulcrum's Press Release, "Fulcrum Therapeutics Reports Recent Business Highlights and Fourth Quarter and Full Year 2021 Financial Results," dated March 3, 2022 ("Mar. 3, 2022 Press Release"). *See* AC ¶¶ 89-92.

6.      Attached as Exhibit 5 is a true and correct copy of Fulcrum's Q4 2021 Earnings Call Transcript, dated March 3, 2022 ("Q4 2021 Earnings Call Tr."). *See* AC ¶¶ 97-99.

7.      Attached as Exhibit 6 is an excerpt of a true and correct copy of the transcript of Fulcrum's remarks at the Fulcrum Key Opinion Leader Event on Facioscapulohumeral Muscular Dystrophy (FSHD), dated March 24, 2022 ("Mar. 24, 2022 KOL Tr."). *See* AC ¶¶ 100-01.

8.      Attached as Exhibit 7 is a true and correct copy of Fulcrum's Press Release, "Fulcrum Therapeutics Reports Recent Business Highlights and First Quarter 2022 Financial Results," dated May 9, 2022 ("May 9, 2022 Press Release"). *See* AC ¶¶ 104-06.

9.      Attached as Exhibit 8 is a true and correct copy of Fulcrum's Q1 2022 Earnings Call Transcript, dated May 9, 2022 ("Q1 2022 Earnings Call Tr."). *See* AC ¶¶ 109-12.

10.     Attached as Exhibit 9 is a true and correct copy of Fulcrum's press release, "Fulcrum Therapeutics to Present Initial Data from Phase 1b Trial of FTX-6058 in Adults Living

---

[1] In order to limit the volume of extraneous material, voluminous documents have been excerpted for the Court's convenience. We would be happy to provide the Court with full copies of such documents if the Court should desire.

with Sickle Cell Disease at the European Hematology Association (EHA) Hybrid Congress in Vienna, Austria," dated May 12, 2022 ("May 12, 2022 Press Release"). *See* AC ¶¶ 113-15.

11.    Attached as <u>Exhibit 10</u> is a true and correct copy of Fulcrum's Press Release, "Fulcrum Therapeutics Announces Second Quarter 2022 Financial Results and Business Update," dated August 11, 2022 ("Aug. 11, 2022 Press Release"). *See* AC ¶¶ 118-20.

12.    Attached as <u>Exhibit 11</u> is an excerpt of a true and correct copy of Fulcrum's Q2 2022 Earnings Call Transcript, dated August 11, 2022 ("Q2 2022 Earnings Call Tr."). *See* AC ¶¶ 121-23.

13.    Attached as <u>Exhibit 12</u> is a true and correct copy of Fulcrum's Press Release, "Fulcrum Therapeutics Announces Recent Business Highlights and Third Quarter 2022 Financial Results," dated November 8, 2022 ("Nov. 8, 2022 Press Release"). *See* AC ¶¶ 124-26.

14.    Attached as <u>Exhibit 13</u> is a true and correct copy of Fulcrum's Q3 2022 Earnings Call Transcript, dated November 8, 2022 ("Q3 2022 Earnings Call Tr."). *See* AC ¶¶ 129-31.

15.    Attached as <u>Exhibit 14</u> is a true and correct copy of Fulcrum's Press Release, "Fulcrum Therapeutics Provides Business Update and 2023 Outlook," dated January 4, 2023 ("Jan. 4, 2023 Press Release"). *See* AC ¶¶ 132-34.

16.    Attached as <u>Exhibit 15</u> is an excerpt of a true and correct copy of Fulcrum's J.P. Morgan Presentation for January 2023, referenced in Fulcrum's Tweet, dated January 11, 2023 ("Jan. 11, 2023 Presen."), *available at* https://ir.fulcrumtx.com/static-files/e6386f1d-113e-4bd7-a3b5-3b6ae9bbdecb. *See* AC ¶¶ 136-37.

17.    Attached as <u>Exhibit 16</u> is a true and correct copy of the transcript of Fulcrum's Remarks at the SVB Securities Global Biopharma Conference, dated February 15, 2023 ("Feb. 15, 2023 SVB Conf. Tr."). *See* AC ¶¶ 139-40.

18.     Attached as Exhibit 17 is a true and correct copy of Fulcrum's Press Release, "Fulcrum Therapeutics Announces Clinical Hold on FTX-6058 in Sickle Cell Disease," dated February 24, 2023 ("Feb. 24, 2023 Press Release"). *See* AC ¶ 141.

19.     Attached as Exhibit 18 is an excerpt of a true and correct copy of Fulcrum's Form 10-K for the year ended December 31, 2022, as filed with the SEC on March 9, 2023 ("2022 Form 10-K"). *See* AC ¶ 31.

20.     Attached as Exhibit 19 is a true and correct copy of Fulcrum's Press Release, "Fulcrum Therapeutics Announces Recent Business Highlights and Financial Results for the Fourth Quarter and Full Year 2022," dated March 9, 2023 ("Mar. 9, 2023 Press Release"). *See* AC ¶¶ 23-24, 144-45.

21.     Attached as Exhibit 20 is an excerpt a true and correct copy of FDA Label for Hyrdrea (Hydroxyurea) and Droxia (Hydroxyurea), dated 2016 ("Hydroxyurea Label"), https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/016295Orig1s047,s048Lbl.pdf.

22.     Attached as Exhibit 21 is an excerpt of a true and correct copy of Fulcrum's Form 10-K for the year ended December 31, 2019, as filed with the SEC on March 5, 2020 ("2019 Form 10-K").

23.     Attached as Exhibit 22 is a true and correct copy of the Form 4 for Defendant Robert J. Gould, as filed with the SEC on January 13, 2023 ("Form 4").

24.     Attached as Exhibit 23 is an excerpt of a true and correct copy of Fulcrum's Form 14A Definitive Proxy Statement, as filed with the SEC on April 28, 2023 ("2023 Form 14A").

25.     Attached as Exhibit 24 is an excerpt of a true and correct copy of Fulcrum's presentation given at the Key Opinion Leader Event on Facioscapulohumeral Muscular Dystrophy (FSHD),     dated     March     24,     2022,     available     on     archive.org     at

https://web.archive.org/web/20220704103453/https://ir.fulcrumtx.com/static-files/3ebbf144-

d152-424f-a48e-1aeb7e5241b7 ("Mar. 24, 2022 KOL Presen."). *See* AC ¶¶ 100-01.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Boston, MA
Dated: November 28, 2023

Respectfully submitted,

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach (BBO # 628243)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax: 617.523.1231
DBirnbach@goodwinlaw.com

5

**<u>CERTIFICATE OF SERVICE</u>**

I, Deborah S. Birnbach, hereby certify that a copy of the foregoing Declaration of Deborah S. Birnbach in Support of Defendants' Motion to Dismiss the Amended Complaint and accompanying exhibits, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 28, 2023.

Dated: November 28, 2023                      */s/ Deborah S. Birnbach*
                                             Deborah S. Birnbach (BBO # 628243)

6