# Exhibit 1

**EXHIBIT 1[1]**

**ALLEGED MISLEADING STATEMENTS AND OMISSIONS AND WHY THEY ARE NOT ACTIONABLE**

| AC ¶ | Source | Allegedly Misleading Statement and/or Omission[2] | Why Statement is Not Actionable[3] |
|---|---|---|---|
| 89 | Mar. 3, 2022 Press Release, Ex. 4, Doc. No. 36-4 | "Our progress in 2021 has set us up for a tremendous 2022 with meaningful catalysts across our key programs," said [Defendant Stuart]. We are also on track to report initial data from our Phase 1b with FTX-6058 in people with sickle cell disease. We believe a once-daily well-tolerated oral [fetal hemoglobin ("HbF")] inducer that can deliver robust increases in HbF over baseline could be life-changing. ***We are also on track to initiate a Phase 1b trial with FTX-6058 in other hemoglobinopathies, including beta thalassemia.*** With our cash runway into 2024, we are focused on delivering key data to support our goal of bringing therapies to people with rare genetic diseases." | <ul><li>Not False or Misleading<ul><li>*See* Mem., Section II.A, p. 24-25</li></ul></li><li>Non-Actionable Statements of Opinion<ul><li>*See* Mem., Section II.C, p. 26-27</li></ul></li><li>Immunized as Forward-Looking Statement<ul><li>*See* Mem., Section II.D, p. 27-28</li></ul></li><li>No Duty to Disclose<ul><li>*See* Mem., Section II.E, p. 28-29</li></ul></li></ul> |
| 93-94 | FY 2021 Form 10-K | FTX-6058 [] is an investigational oral fetal hemoglobin, or HbF, inducer that is in development for [sickle cell disease] ["SCD"] and select other | <ul><li>Not False or Misleading</li></ul> |

[1] Defendants cross-reference the legal arguments set forth in the Memorandum of Law in Support of their Motion to Dismiss ("Mem.").

[2] This column lists the allegedly misleading statements identified in the Amended Complaint ("AC"). Emphases and alterations are as they appear in the AC. In certain instances, the statements in the AC have been supplemented with additional text from the underlying source—these instances are indicated through curly brackets, { }, and italics.

[3] For the Court's convenience, this column identifies the reasons, as set forth in the Memorandum, why each alleged misstatement is not actionable. Along with the reasons set forth in this Exhibit, the AC fails to state a claim for securities fraud for the independent reasons set forth elsewhere in the Memorandum, including failure to sufficiently plead scienter and failure to plead loss causation.

| | | | |
|---|---|---|---|
| | (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 | hemoglobinopathies, including ß-thalassemia. FTX-6058 is designed to bind to embryonic ectoderm development, or EED, and inhibit the transcriptional silencing activity of the polycomb repressive complex 2, or PRC2. By doing so, preclinical studies have shown that FTX-6058 downregulates key HbF repressors, including BCL11A and MYB, and upregulates HbF.<br><br>. . .<br><br>SCD is a genetic blood disorder caused by a mutation in the ß-subunit gene, or HBB gene. This mutation results in the formation of abnormal hemoglobin, or HbS, which causes red blood cells, or RBCs, to change from a round shape into a sickle shape that significantly impairs their function. ß-thalassemia is a rare blood disorder caused by various genetic mutations in the HBB gene that can significantly impair the production of hemoglobin and RBCs. We designed FTX-6058 to compensate for the root cause of these hemoglobinopathies by inducing the expression of the two γ-globin genes, HBG1/2, whose expression is normally silenced shortly after birth. The HBG1/2 genes encode for γ-globin, a component of HbF, which is known to repair the abnormal RBC shape in SCD and to compensate for the presence of HbS in SCD and ß-thalassemia. We have observed in vitro and in vivo activation of the HBG1/2 genes in preclinical studies with FTX-6058. ***We have also observed that FTX-6058 demonstrated robust levels of HbF elevation with no adverse effects on important cellular health markers.*** We conducted additional pre-clinical profiling in CD34+ derived cells and observed that treatment with FTX-6058 increased HbF levels to approximately 30% of total hemoglobin, as measured by mass spectrometry, high performance liquid chromatography, and fast protein liquid chromatography techniques. The elevation of HbF was significantly greater than we observed with hydroxyurea in the cell models.<br><br>{ *In the fourth quarter of 2020, we initiated a Phase 1 clinical trial of FTX-6058 in healthy adult volunteers.*<br><br>*. . .*<br><br>*We reported data from the 2, 4, 10, 20, 30 and 40mg SAD cohorts and the 2, 6 and 10 mg MAD cohorts in healthy volunteers in August 2021, and we reported data from the 60 mg SAD cohort and the 20 and 30 mg MAD cohorts in healthy* | o *See* Mem., Section II.A, p. 24-25<br><br>- Non-Actionable Puffery<br>  o *See* Mem., Section II.B, p. 25-26<br><br>- Non-Actionable Statements of Opinion<br>  o *See* Mem., Section II.C, p. 26-27<br><br>- Immunized as Forward-Looking Statement<br>  o *See* Mem., Section II.D, p. 27-28<br><br>- No Duty to Disclose<br>  o *See* Mem., Section II.E, p. 28-29 |

*volunteers, as well as data from the 20 mg cohort assessing food effect in December 2021.* }

***FTX-6058 was generally well-tolerated with no serious adverse events reported and no discontinuations due to treatment-emergent adverse events, or TEAEs, across all SAD and MAD cohorts.*** Data continued to show dose-proportional PK, with a mean half-life of approximately 6-7 hours in the MAD cohorts, supporting once-daily dosing, and no food effect was observed with FTX-6058. Data from the MAD cohorts continued to show robust target engagement, as evidenced by an approximately 75-95% reduction from baseline in H3K27me3 after 14 days of treatment.

. . .

We are leveraging the broad applicability of our proprietary product engine to discover and develop small molecule therapies that modulate gene expression to address the known root cause of genetically defined rare diseases in areas of high unmet medical need. We believe that our initial product candidates for the treatment of FSHD, SCD and ß-thalassemia may have the potential to treat patients with these debilitating and, in some cases, life-threatening illnesses. The key components of our strategy include:

. . .

• ***Rapidly develop FTX-6058 for the treatment of select hemoglobinopathies.*** We have initiated a Phase 1b clinical trial of FTX-6058 in people with SCD and **expect to report initial data from the trial in the second quarter of 2022.** We submitted an IND to the FDA in the fourth quarter of 2021 for FTX-6058 in other select hemoglobinopathies, including ß-thalassemia, ***and expect to initiate a Phase 1b study in the second quarter of 2022.***

. . .

• ***Maximize the commercial potential of our product candidates.*** We have retained all rights to our lead product candidates focused on rare genetically defined diseases, and plan to commercialize any approved product for such rare genetically defined diseases using a targeted sales infrastructure. We may in the future pursue commercialization partnerships for certain product candidates and/or markets outside the United States.

3

| 97-98 | Q4 2021 Earnings Call Transcript (Mar. 3, 2022), Ex. 5, Doc. No. 36-5 | Our second clinical program, FTX-6058, an oral HbF inducer for sickle cell disease and other hemoglobinopathies shows great promise in addressing important unmet needs in these patient populations. The current treatment landscape in sickle cell disease consists of therapies that only target select symptoms. <br><br> HbF is the only mechanism that has been shown to broadly improve outcomes for key symptoms of sickle cell disease such as VOC events, pain, fatigue, and acute chest syndrome. A robust body of genetic data shows that increases in HbF in every patient is meaningful. Emerging clinical data from gene editing further supports the benefit of HbF induction, but in the case of gene editing, it comes with a tremendous treatment burden making it most likely to be used as a salvage therapy. <br><br> . . . <br> We discovered FTX-6058 using our FulcrumSeek product engine. Pre-clinically, across multiple in vivo and in vitro assays, 6058 generated a consistent two to threefold induction in HBG mRNA that translated into the same fold induction in HbF protein. {*Last year we transitioned to the clinic and announced positive Phase I healthy volunteer data that demonstrated robust increases in HBG mRNA at multiple doses. These data gave us confidence to advance FTX-6058 into our ongoing Phase Ib study where we will be dosing people with sickle cell disease long enough to observe protein increases. Typically, people with sickle cell disease have starting HbF levels of 5% to 10%. As we've spoken to KOLs, we have consistently heard that a 5% to 10% increase in HbF beyond baseline levels would be transformative for patients and would be utilized as standard of care.*} <br><br> ***We are highly encouraged that our robust preclinical data*** and Phase 1 healthy volunteer data, both predict that we can achieve these absolute increases that will be life changing for people with sickle cell disease. { *In December, we began enrolling the Phase Ib trial at a starting dose of 6 milligrams daily. We are on track to report initial data, including HbF protein levels, in the second quarter of this year. This update will be the first look at protein data in people with sickle cell disease. Based on data from other HbF mechanisms and the process of erythropoiesis, the earliest we would anticipate seeing protein induction would be after 1 month of treatment with maximal protein induction at 3 to 5 months. For this initial data in Q2, we would consider evidence of protein induction to be a very meaningful update. We also believe that FTX-6058 could be a transformative* | • <u>Not False or Misleading</u> <br>    o *See* Mem., Section II.A, p. 24-25 <br><br> • <u>Non-Actionable Puffery</u> <br>    o *See* Mem., Section II.B, p. 25-26 <br><br> • <u>Non-Actionable Statements of Opinion</u> <br>    o *See* Mem., Section II.C, p. 26-27 <br><br> • <u>No Duty to Disclose</u> <br>    o *See* Mem., Section II.E, p. 28-29 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | *therapy for other hemoglobinopathies such as beta thalassemia and we are on track to initiate a Phase Ib trial in the second quarter. }*<br><br>. . .<br><br>***[W]e have completed three-month tox and the three months tox gave us the continued encouragement to continue pursuing clinical development as planned.*** We made no changes to our development plans based on the results from the two months tox. We have entered chronic tox. We don't have any updates on that and we don't have any new findings to share at this point. | |
| 100 | Fulcrum Therapeutics KOL Presentation (Mar. 24, 2022), Ex. 6, Doc. No. 36-6 | *{We'll focus more on FSHD today, but another example of our approach is our other program FDX6058 for both sickle cell disease and non-sickle cell hemoglobinopathies and this is an example of where we put FulcrumSeek against this other disease, sickle cell disease and where we know that the only way to treat all of the symptoms of the disease is by inducing HbF. We uniquely identified a small molecule that induces HbF. We have that now in a Phase 1b study which will be reporting out later on this year, we believe there's a lot of applicability to our approach across genetically defined rare diseases in many therapeutic areas, and on the next slide, we'll show beyond the clinical programs, we also have}* ***a robust preclinical pipeline*** *{and we have two active collaborations one around genetically defined pulmonary disease, a second around genetically defined cardiomyopathies.}* | <ul><li>Not False or Misleading<ul><li>*See* Mem., Section II.A, p. 24-25</li></ul></li><li>Non-Actionable Puffery<ul><li>*See* Mem., Section II.B, p. 25-26</li></ul></li><li>Non-Actionable Statements of Opinion<ul><li>*See* Mem., Section II.C, p. 26-27</li></ul></li><li>No Duty to Disclose<ul><li>*See* Mem., Section II.E, p. 28-29</li></ul></li></ul> |
| 104 | May 9, 2022 Press Release, Ex. 7, Doc. No. 36-7 | ***"Our clinical programs continued to make significant progress in the first quarter,"*** said Bryan Stuart, president and chief executive officer. *{"Looking ahead, we are sharing initial data from the ongoing 6 mg dose cohort in the Phase 1b trial of FTX-6058 in people with sickle cell disease at the EHA Congress, and we plan to open the next dose cohort in the trial in the second quarter. Additionally, we plan to begin dosing patients in REACH, our Phase 3 trial of losmapimod in FSHD, in the second quarter. We are in a strong financial position to continue to execute on these programs, both of which have the potential to be* | <ul><li>Not False or Misleading<ul><li>*See* Mem., Section II.A, p. 24-25</li></ul></li><li>Non-Actionable Puffery<ul><li>*See* Mem., Section II.B, p. 25-26</li></ul></li></ul> |

| | | | |
|---|---|---|---|
| | | *life-changing, while continuing to leverage our FulcrumSeek™ product engine to expand our pipeline and fuel our long-term growth."*} | • Non-Actionable Statements of Opinion<br> o *See* Mem., Section II.C, p. 26-27<br><br>• No Duty to Disclose<br> o *See* Mem., Section II.E, p. 28-29 |
| 107 | May 9, 2022 Fulcrum Tweet | ***"As we advance two potentially life-changing therapies through clinical development while expanding our pipeline, we are well-positioned to establish Fulcrum as a leading rare disease company, supported with a strong financial foundation and a cash runway into 2024."*** | • Not False or Misleading<br> o *See* Mem., Section II.A, p. 24-25<br><br>• Non-Actionable Puffery<br> o *See* Mem., Section II.B, p. 25-26<br><br>• Non-Actionable Statements of Opinion<br> o *See* Mem., Section II.C, p. 26-27<br><br>• No Duty to Disclose<br> o *See* Mem., Section II.E, p. 28-29 |
| 109-11 | Q1 2022 Earnings Call Transcript (May 9, 2022), Ex. 8, Doc. No. 36-8 | I'll start with an update on FTX-6058, our oral HbF inducer for sickle cell disease and other hemoglobinopathies. 6058 shows great promise in addressing critical unmet needs in these patient populations. The current treatment landscape consists of therapies that only target select symptoms of sickle cell disease. ***HbF is the only mechanism that has been shown to broadly improve clinical outcomes*** including anemia, VOC events, pain, fatigue, and acute chest syndrome. As the only agent in development with the potential to induce HbF, we believe that 6058 is uniquely positioned in the current and emerging landscape.<br>. . . | • Not False or Misleading<br> o *See* Mem., Section II.A, p. 24-25<br><br>• Non-Actionable Puffery<br> o *See* Mem., Section II.B, p. 25-26 |

| | | | |
|---|---|---|---|
| | | { *Last year, we transitioned to the clinic and announced positive Phase I healthy volunteer data that demonstrated robust increases in HBG mRNA at multiple doses.* <br> *6058 was also generally}* **well tolerated.** *{We are now dosing people with sickle cell disease long enough to observe increases in HbF protein.}* <br> . . . <br> our goal and I think as we've stated all along that if we're able to see robust HbF increases, ***our goal is to transition into a registrational trial as early as possible in 2023***. We do believe that that is consistent with what we're hearing … ***that this would be a drug because of the benefits of HbF that would be broadly utilized and has the potential to be standard of care.*** | • Non-Actionable Statements of Opinion <br> ○ *See* Mem., Section II.C, p. 26-27 <br><br> • Immunized as Forward-Looking Statement <br> ○ *See* Mem., Section II.D, p. 27-28 <br><br> • No Duty to Disclose <br> ○ *See* Mem., Section II.E, p. 28-29 |
| 113 | May 12, 2022 Press Release, Ex. 9, Doc. No. 36-9 | "***HbF is the only mechanism that has shown the ability to broadly improve clinical outcomes for patients with SCD***— including anemia, vaso-occlusive crises, pain, fatigue, and acute chest syndrome," said Judy Dunn, Ph.D., president of research and development at Fulcrum. "***This Phase 1b study was designed to provide proof-of-concept that FTX-6058 produces increases in HbF and could potentially be the first oral HbF inducer to address critical unmet needs in this population***." | • Not False or Misleading <br> ○ *See* Mem., Section II.A, p. 24-25 <br><br> • Non-Actionable Puffery <br> ○ *See* Mem., Section II.B, p. 25-26 <br><br> • Non-Actionable Statements of Opinion <br> ○ *See* Mem., Section II.C, p. 26-27 <br><br> • No Duty to Disclose <br> ○ *See* Mem., Section II.E, p. 28-29 |
| 118 | August 11, 2022 Press Release, Ex. | "In the second quarter, we achieved major milestones in both of our clinical programs," said [Defendant Stuart]. "We demonstrated compelling proof of concept data for 6058 and initiated the first registrational trial for FSHD. ***Our strategic refocus will better position us to continue to advance our exciting*** | • Not False or Misleading <br> ○ *See* Mem., Section II.A, p. 24-25 |

| | | | |
|---|---|---|---|
| | 10, Doc. No. 36-10 | *pipeline* and deliver on our unwavering commitment to patients with genetically defined rare diseases." <br><br> **Key Business Updates** <br><br> **FTX-6058** <br><br> • Announced data from initial patients in first cohort of Phase 1b trial of FTX-6058 in SCD; achieved HbF increases of up to 6.3% over baseline, showing proof-of-concept for FTX-6058 as an oral HbF inducer. <br> • Enrolling new patients in 6mg and 2mg dose cohorts of Phase 1b SCD trial, including patients both on and off hydroxyurea. <br> • Planning to initiate additional cohort at higher dose; *expect to complete enrollment in three dose cohorts by end of 2022.* <br> • *Planning to initiate registrational trial in 2023.* | • Non-Actionable Puffery <br>   o *See* Mem., Section II.B, p. 25-26 <br><br> • Non-Actionable Statements of Opinion <br>   o *See* Mem., Section II.C, p. 26-27 <br><br> • Immunized as Forward-Looking Statement <br>   o *See* Mem., Section II.D, p. 27-28 <br><br> • No Duty to Disclose <br>   o *See* Mem., Section II.E, p. 28-29 |
| 121-22 | Q2 2022 Earnings Call Transcript (Aug. 11, 2022), Ex. 11, Doc. No. 36-11 | As a once-daily oral HbF inducer, *6058 has tremendous potential to deliver lifechanging benefits for people living with sickle cell disease.* 6058 originated through our FulcrumSeek discovery engine and is a potent and highly selective EEB inhibitor with a clean off-target profile. *We have strong preclinical evidence and now clinical evidence in sickle cell disease subjects demonstrating that 6058 produces rapid and durable HbF induction.* <br> … <br> {*Consistent with our healthy volunteer data, initial data from the Ib study indicates*} *that 6058 was generally well-tolerated with no serious treatment-emergent adverse events.* {*No SAEs were reported on study drug, and there were no discontinuations recorded due to treatment-emergent adverse events.*} | • Not False or Misleading <br>   o *See* Mem., Section II.A, p. 24-25 <br><br> • Non-Actionable Puffery <br>   o *See* Mem., Section II.B, p. 25-26 <br><br> • Non-Actionable Statements of Opinion <br>   o *See* Mem., Section II.C, p. 26-27 <br><br> • No Duty to Disclose <br>   *See* Mem., Section II.E, p. 28-29 |

8

| 124 | Nov. 8, 2022 Press Release, Ex. 12, Doc. No. 36-12 | "In the third quarter, *we have continued our focus on strong clinical and operational execution.* Now that we have established proof of concept for FTX6058 as an oral HbF inducer and have initiated our Phase 3 registration-enabling trial in FSHD, the team is focused on progressing our clinical programs and developing high-quality, compelling data," said Bryan Stuart, president and chief executive officer. "We believe we are well positioned, with a strong cash runway to deliver on our upcoming catalysts as we prepare to have two registration-enabling trials in the next 18 months." | <ul><li>Not False or Misleading<ul><li>*See* Mem., Section II.A, p. 24-25</li></ul></li><li>Non-Actionable Puffery<ul><li>*See* Mem., Section II.B, p. 25-26</li></ul></li><li>Non-Actionable Statements of Opinion<ul><li>*See* Mem., Section II.C, p. 26-27</li></ul></li><li>No Duty to Disclose<ul><li>*See* Mem., Section II.E, p. 28-29</li></ul></li></ul> |
| --- | --- | --- | --- |
| 127 | Nov. 8, 2022 Fulcrum Tweet | "*This third quarter for Fulcrum was focused on execution, and we've been able to make major strides in both our lead programs.*" | <ul><li>Not False or Misleading<ul><li>*See* Mem., Section II.A, p. 24-25</li></ul></li><li>Non-Actionable Puffery<ul><li>*See* Mem., Section II.B, p. 25-26</li></ul></li><li>Non-Actionable Statements of Opinion<ul><li>*See* Mem., Section II.C, p. 26-27</li></ul></li><li>No Duty to Disclose<ul><li>*See* Mem., Section II.E, p. 28-29</li></ul></li></ul> |
| 129-30 | Q3 2022 Earnings | *Currently, we have two clinical programs with the potential to dramatically transform the treatment paradigm in sickle cell disease and FSHD. We are* | <ul><li>Not False or Misleading</li></ul> |

| | | |
|---|---|---|
| Call Transcript (Nov. 8, 2022), Ex. 13, Doc. No. 36-13 | *committed to moving both programs through the development and regulatory process as rapidly as possible* to address the significant unmet needs that we know exist in these patient populations. We are also continuing to invest in our research engine and expect to file our next IND in 2023.<br><br>. . .<br><br>As our work on the Phase Ib trial continues, we will continue to focus on understanding the effect of 6058 across multiple dose cohorts and the consistency and response with 6058, both as monotherapy and in combination with hydroxyurea. In addition to our ongoing 6 milligram and 2 milligram dose cohorts, we have selected 12 milligrams as the dose for our next cohort and plan to continue enrollment into 2023. Our goal is to have high quality data across multiple cohorts to inform our plans for a registration enabling trial in 2023. We have been focused on clinical trial operations and trial conduct. During the second half of the year, we have increased the number of sites that are participating in the program and have targeted our recruitment efforts in areas with meaningful populations of people living with sickle cell disease. We are focused on building connections and partnerships with the SCD community because we understand that local community-based organizations have been on the front lines of the fight to treat sickle cell disease. The feedback that we have received from the community has been clear. *The accessibility and ease of use of a new SCD therapy is extremely important.* Our approach of developing an oral small molecule that can be taken once a day and deliver robust HbF induction has been met with very positive response from patients and health care providers.<br><br>. . .<br><br>In terms of trial execution, this has been a big focus of the company. One of the things that we mentioned at [European Hematology Association] is that we were transitioning towards observed dosing. We are now utilizing that. I think what we can say is we believe it is effective. And our goal from a trial execution perspective, as we've spoken to, is less about quantity of data and number of patients, but more about high quality data. Making sure that we are generating good data from patients that are adherent that will really help inform our next trial with our goal of that being a registrational trial. So I think that is proceeding well. *We are going to be continuing enrollment into 2023*, and that will be focused on all 3 dose cohorts. *And we believe that, that is going to be able to provide sufficient data to transition into that registrational trial.* | o *See* Mem., Section II.A, p. 24-25<br><br>• Non-Actionable Puffery<br>  o *See* Mem., Section II.B, p. 25-26<br><br>• Non-Actionable Statements of Opinion<br>  o *See* Mem., Section II.C, p. 26-27<br><br>• Immunized as Forward-Looking Statement<br>  o *See* Mem., Section II.D, p. 27-28<br><br>• No Duty to Disclose<br>  o *See* Mem., Section II.E, p. 28-29 |

| 132 | Jan. 4, 2023 Press Release, Ex. 14, Doc. No. 36-14 | *"We are entering 2023 with a tremendous amount of momentum and expect it to be a productive year for our two clinical programs: FTX-6058 for SCD*, and losmapimod for FSHD," said [Defendant Gould]. "*FTX-6058 is a potential best-in-class oral HbF inducer candidate that could address critical gaps in the SCD treatment landscape*. We are excited by the levels of HbF induction in our initial doses and look forward to further broadening our understanding of its effect at a higher dose.["]<br><br>"We are encouraged by the new FTX-6058 data at 6 mg that show clinically relevant HbF increases, up to 9.5% from baseline with hemolysis and anemia improvement, suggesting its potential for best-in-class therapy for people living with sickle cell disease," said Santiago Arroyo, M.D., Ph.D., Fulcrum's chief medical officer.<br><br>**Key Business Updates and Upcoming Milestones**<br><br>**FTX-6058**<br><br>• Received Fast Track Designation from the U.S. Food and Drug Administration (FDA) for the treatment of SCD in December 2022<br><br>• Phase 1b data from Cohort 1 subjects in the 6 mg cohort (n=10) showed up to 9.5% absolute HbF increases from baseline; data suggest no difference in response in subjects on (n=3) and off (n=7) background hydroxyurea<br><br>• Improved biomarkers of hemolysis in evaluable patients dosed at 6 mg<br><br>• In the Phase 1b trial, FTX-6058 appears to have dose dependent and clinically relevant increases in HbF; all subjects adherent to dosing regimen showed a response<br><br>• *Generally well tolerated with no drug-related treatment emergent serious adverse events and no discontinuations due to treatment emergent adverse events to date* | • Not False or Misleading<br>  o *See* Mem., Section II.A, p. 24-25<br><br>• Non-Actionable Puffery<br>  o *See* Mem., Section II.B, p. 25-26<br><br>• Non-Actionable Statements of Opinion<br>  o *See* Mem., Section II.C, p. 26-27<br><br>• No Duty to Disclose<br>  o *See* Mem., Section II.E, p. 28-29 |

| | | | |
|---|---|---|---|
| | | • Enrolling 12 mg dose cohort of the Phase 1b trial | |
| 136 | January 11, 2023 Fulcrum Tweet | "*We are entering 2023 with a tremendous momentum and expect it to be a productive year for our two clinical programs: FTX-6058 for SCD, and losmapimod for FSHD.*" | • <u>Not False or Misleading</u><br>  o *See* Mem., Section II.A, p. 24-25<br><br>• <u>Non-Actionable Puffery</u><br>  o *See* Mem., Section II.B, p. 25-26<br><br>• <u>Non-Actionable Statements of Opinion</u><br>  o *See* Mem., Section II.C, p. 26-27<br><br>• <u>Immunized as Forward-Looking Statement</u><br>  o *See* Mem., Section II.D, p. 27-28<br><br>• <u>No Duty to Disclose</u><br>  o *See* Mem., Section II.E, p. 28-29 |
| 139 | SVB Securities Global Biopharma Conference Presentation (Feb. 15, 2023), Ex. 16, Doc. No. 36-16 | {*So the data I'm going to show you comes from our Phase 1b clinical trial in sickle cell subjects. We completed a Phase 1 study in healthy volunteers, showed that the drug was safe and well-tolerated, both as single dose as well as multiple dose for 14 days in healthy volunteers. Then, began a Phase 1b trial in sickle cell subjects 18 to 65, either on/off hydroxyurea. If they were on hydroxyurea, then they had to be on a stable dose for three months prior to entering the study.*}<br>…<br>*FTX-6058 was generally well tolerated. There were 14 treatment emerging AEs, two of them are reported as possibly related to study drug. This was headache and lip numbness, both of which resolved spontaneously with continued drug* | • <u>Not False or Misleading</u><br>  o *See* Mem., Section II.A, p. 24-25<br><br>• <u>No Duty to Disclose</u><br>  o *See* Mem., Section II.E, p. 28-29 |

|  |  | *treatment, no AEs resulted in drug discontinuation and they were all reported as mild and non-serious.*<br><br>Two of the 14 adverse events were characterized as vaso-occlusive crises, which of course these patients experience. And they were characterized as unrelated to study drug. One was reported as a serious AE with Acute Chest Syndrome, but this was in a subject that was non-adherent to drug. The other was reported as unrelated to study drug. There are no lab related adverse events. So, *there were no effects on blood chemistries or hematologic assessments and there are no discontinuations due to these adverse events.* |  |