<u>**EXHIBIT 2**</u>[1]

<u>**FULCRUM THERAPEUTICS, INC.'S RISK AND FORWARD-LOOKING STATEMENT DISCLOSURES**</u>

| **Item 1. "Business" Disclosures and Item 1A "Risk Factors" Related Specifically to Clinical Holds** | | |
|---|---|---|
| <u>**Date**</u> | <u>**Disclosure**</u> | <u>**Source**</u> |
| Mar. 2, 2022 | **Following commencement of a clinical trial under an IND, the FDA may also place a clinical hold or partial clinical hold on that trial. Clinical hold are imposed by the FDA whenever there is concern for patient safety and may be a result of new data, findings, or developments in clinical, nonclinical, and/or chemistry, manufacturing, and controls areas. A clinical hold is an order issued by the FDA to the sponsor to delay a proposed clinical investigation or to suspend an ongoing investigation.** A partial clinical hold is a delay or suspension of only part of the clinical work requested under the IND. For example, a specific protocol or part of a protocol may not be allowed to proceed, while other protocols may be allowed. No more than 30 days after imposition of a clinical hold or partial clinical hold, the FDA will provide the sponsor a written explanation of the basis for the hold. Following issuance of a clinical hold or partial clinical hold, a clinical trial may only resume after the FDA has so notified the sponsor. The FDA will base that determination on information provided by the sponsor correcting the deficiencies previously cited or otherwise satisfying the FDA that the clinical trial can proceed. | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 22-23 |
| Mar. 2, 2022 | We may experience numerous unforeseen events during, or as a result of, clinical trials that could delay or prevent our ability to receive marketing approval or commercialize our product candidates, including:<br><br>. . . | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 33-34 |

---

[1] These disclosures appeared in Fulcrum Therapeutics, Inc.'s ("Fulcrum") SEC filings and other documents incorporated by reference in the Amended Complaint ("AC") or of which this Court may take judicial notice. They include disclosures regarding forward looking statements, risk disclosures, and statements related to planned and ongoing clinical trials and preclinical studies. Within the body of a paragraph, **bold** text is for added emphasis; ***bold italic*** text appears in original. All references to Exhibits are to Exhibits to the Declaration of Deborah S. Birnbach dated November 28, 2023.

| | | |
|---|---|---|
| | • regulators may decide the design of our clinical trials is flawed, for example if our trial protocol does not evaluate treatment effects in trial subjects for a sufficient length of time; . . .<br><br>• **preclinical testing may produce results based on which we may decide, or regulators may require us, to** conduct additional preclinical studies before we proceed with certain clinical trials, limit the scope of our clinical trials, **halt ongoing clinical trials** or abandon product development programs; . . .<br><br>• we may decide, or regulators or IRBs may require us, to suspend or terminate clinical trials of our product candidates for various reasons, including noncompliance with regulatory requirements or a finding that the participants are being exposed to unacceptable health risks; . . .<br><br>• regulators may revise the requirements for approving our product candidates, or such requirements may not be as we anticipate; . . .<br><br>• our product candidates may have undesirable side effects or other unexpected characteristics, causing us or our investigators, regulators or IRBs to suspend or terminate the trials; . . . . | |
| Mar. 3, 2022 | *If serious adverse events or unacceptable side effects are identified during the development of our product candidates, we may need to abandon or limit our development of some of our product candidates.*<br><br>. . .<br><br>**Additionally, if results of our clinical trials reveal unacceptable side effects, we, the FDA or the IRBs at the institutions in which our studies are conducted could suspend or terminate our clinical trials or the FDA or comparable foreign regulatory authorities could order us to cease clinical trials or deny approval of our product candidates for any or all targeted indications.** Treatment-related side effects could also affect patient recruitment or the ability of enrolled patients to complete any of our clinical trials. If we elect or are forced to suspend or terminate any clinical trial of our product candidates, the commercial prospects of such product candidate will be harmed, and our ability to generate product revenue from such product | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 35 |

| | candidate will be delayed or eliminated. Any of these occurrences could materially harm our business. | |
|---|---|---|

| Additional Item 1A "Risk Factors" Related to Pre-Clinical and Clinical Product Development | | |
|---|---|---|
| **Date** | **Disclosure** | **Source** |
| Mar. 3, 2022 | **SUMMARY RISK FACTORS**<br><br>Our business is subject to a number of risks that if realized could materially affect our business, financial condition, results of operations, cash flows and access to liquidity. These risks are discussed more fully in the "Risk Factors" section of this Annual Report on Form 10-K. Our principal risks include the following:<br><br>. . .<br><br>• **We are early in our development efforts, and we only have two product candidates in clinical trials. If we are unable to commercialize our product candidates or experience significant delays in doing so, our business will be materially harmed.**<br><br>• We may not be successful in our efforts to use FulcrumSeek, our proprietary product engine to build a pipeline of product candidates. A key element of our strategy is to use FulcrumSeek to identify and validate cellular drug targets that can potentially modulate gene expression to address the root cause of genetically-defined rare diseases, with an initial focus on identifying small molecules specific to the identified cellular target.<br><br>• Clinical drug development involves a lengthy and expensive process, with an uncertain outcome. **The results of preclinical studies and early clinical trials may not be predictive of future results. We may incur additional costs or experience delays in completing, or ultimately be unable to complete, the development and commercialization of our product candidates.** . . .<br><br>• **If serious adverse events or unacceptable side effects are identified during the development of our product candidates, we may need to abandon or limit our development of some of our product candidates.** | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 5-6 |
| Mar. 3, 2022 | **Risks Related to our Financial Position and Need for Additional Capital** | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 27-28 |

| | | |
|---|---|---|
| | *We have incurred significant losses since our inception. We expect to incur losses over the next several years and may never achieve or maintain profitability.*<br><br>. . .<br><br>To become and remain profitable, we must succeed in developing, and eventually commercializing, a product or products that generate significant revenue. The ability to achieve this success will require us to be effective in a range of challenging activities, including completing preclinical testing and clinical trials of our product candidates, discovering additional product candidates, obtaining regulatory approval for these product candidates and manufacturing, marketing and selling any products for which we may obtain regulatory approval. **We are only in the preliminary stages of most of these activities. We may never succeed in these activities and, even if we do, may never generate revenues that are significant enough to achieve profitability. Because of the numerous risks and uncertainties associated with pharmaceutical product development, we are unable to accurately predict the timing or amount of increased expenses or when, or if, we will be able to achieve profitability. Our expenses will increase if, among other things:**<br><br>   &bull;  **we are required by the FDA, the EMA, or other regulatory authorities to perform trials or studies in addition to, or different than, those expected;**<br><br>   &bull;  **there are any delays in completing our clinical trials or the development of any of our product candidates; or**<br><br>   &bull;  **there are any third-party challenges to our intellectual property or we need to defend against any intellectual property-related claim.**<br><br>Even if we do achieve profitability, we may not be able to sustain or increase profitability on a quarterly or annual basis. Our failure to become and remain profitable would depress the value of our company and could impair our ability to raise capital, expand our business, maintain our research and development efforts, diversify our pipeline of product candidates or even continue our operations. A decline in the value of our company could also cause our stockholders to lose all or part of their investment. | |
| Mar. 3, 2022 | **Risks Related to our Financial Position and Need for Additional Capital** | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, |

| | | |
|---|---|---|
| | . . .<br><br>*We will need substantial additional funding. If we are unable to raise capital when needed, we could be forced to delay, reduce or eliminate our product development programs or commercialization efforts.*<br><br>. . .<br><br>Our future capital requirements will depend on many factors, including:<br><br>• **the progress, costs and results of our ongoing clinical trials of losmapimod and FTX-6058** . . .<br><br>. . .<br><br>**Identifying potential product candidates and conducting preclinical testing and clinical trials is a time-consuming, expensive and uncertain process that takes years to complete, and we may never generate the necessary data or results required to obtain regulatory approval and achieve product sales.** In addition, our product candidates, if approved, may not achieve commercial success. Commercial revenues, if any, will not be derived unless and until we can achieve sales of products, which we do not anticipate for many years, if at all. Accordingly, we will need to continue to rely on additional financing to achieve our business objectives. Adequate additional financing may not be available to us on acceptable terms, or at all. In addition, we may seek additional capital due to favorable market conditions or strategic considerations, even if we believe we have sufficient funds for our current or future operating plans. If adequate funds are not available to us on a timely basis, we may be required to delay, limit, reduce or terminate preclinical studies, clinical trials or other development activities for one or more of our product candidates or discovery stage programs or delay, limit, reduce or terminate our establishment of sales and marketing capabilities or other activities that may be necessary to commercialize our product candidates. | Doc. No. 36-3 at 27, 28-29 |
| Mar. 3, 2022 | **Risks Related to our Financial Position and Need for Additional Capital**<br><br>. . . | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 27, 29 |

| | | |
|---|---|---|
| | *Our limited operating history may make it difficult for stockholders to evaluate the success of our business to date and to assess our future viability.*<br><br>We commenced activities in 2015 and are an early-stage company. Our operations to date have been limited to organizing and staffing our company, business planning, raising capital, establishing our intellectual property, building our discovery platform, identifying drug targets and potential product candidates, in-licensing assets, producing drug substance and drug product material for use in clinical trials and conducting preclinical studies and conducting clinical trials. **We have not yet demonstrated our ability to successfully develop any product candidate, obtain regulatory approvals, manufacture a commercial scale product or arrange for a third party to do so on our behalf, or conduct sales and marketing activities necessary for successful product commercialization. Consequently, any predictions stockholders make about our future success or viability may not be as accurate as they could be if we had a longer operating history or a history of successfully developing and commercializing products** | |
| Mar. 3, 2022 | **Risks Related to the Discovery and Development of our Product Candidates**<br><br>*We are early in our development efforts, and we only have two product candidates in clinical trials. If we are unable to commercialize our product candidates or experience significant delays in doing so, our business will be materially harmed.*<br><br>**We are early in our development efforts, and we have advanced only two product candidates into clinical trials, losmapimod for the treatment of FSHD, and FTX-6058 for the treatment of SCD and select hemoglobinopathies.** We have invested substantially all of our efforts and financial resources in our proprietary product engine to identify and validate cellular drug targets that can potentially modulate gene expression to address the root cause of genetically-defined rare diseases. Our ability to generate product revenues, which we do not expect will occur for many years, if ever, will depend heavily on the successful development, regulatory approval and eventual commercialization of our product candidates. The success of our product candidates will depend on several factors, including the following:<br><br>&bull;  successfully completing preclinical studies and clinical trials; | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 31 |

| | | |
|---|---|---|
| | • allowance by the FDA or other regulatory agencies of the INDs, clinical trial applications, or CTAs, or other regulatory filings for losmapimod, FTX-6058 and future product candidates . . . | |
| Mar. 3, 2022 | **Risks Related to the Discovery and Development of our Product Candidates**<br><br>. . .<br><br>*Clinical drug development involves a lengthy and expensive process, with an uncertain outcome. The results of preclinical studies and early clinical trials may not be predictive of future results. We may incur additional costs or experience delays in completing, or ultimately be unable to complete, the development and commercialization of our product candidates.*<br><br>We have two product candidates in clinical development. **The risk of failure for each of our product candidates is high.** It is impossible to predict when or if any of our product candidates will prove effective or safe in humans or will receive regulatory approval. Before obtaining marketing approval from regulatory authorities for the sale of any product candidate, we must complete preclinical development and then conduct extensive clinical trials to demonstrate the safety and efficacy of our product candidates in humans. We have not yet completed a pivotal clinical trial of any product candidate. Clinical trials may fail to demonstrate that our product candidates are safe for humans and effective for indicated uses. Even if the clinical trials are successful, changes in marketing approval policies during the development period, changes in or the enactment or promulgation of additional statutes, regulations or guidance or changes in regulatory review for each submitted product application may cause delays in the approval or rejection of an application.<br><br>Before we can commence clinical trials for a product candidate, we must complete extensive preclinical testing and studies that support our planned INDs and other regulatory filings in the United States and abroad**. We cannot be certain of the timely completion or outcome of our preclinical testing and studies and cannot predict if the FDA or other regulatory agencies will accept our proposed clinical programs or if the outcome of our preclinical testing and studies will ultimately support the further development of our current or future product candidates.** As a result, we cannot be sure that we will be able to submit INDs or similar applications for our preclinical programs on the timelines we expect, if at all, and we cannot be sure that submission of INDs or similar applications will result in the FDA or other regulatory authorities allowing clinical trials to begin. **Furthermore, product candidates are subject to** | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 31-33 |

**continued preclinical safety studies, which may be conducted concurrent with our clinical testing. The outcomes of these safety studies may delay the launch of or enrollment in future clinical trials and could impact our ability to continue to conduct our clinical trials.**

Clinical testing is expensive, difficult to design and implement, can take many years to complete and is uncertain as to outcome. We cannot guarantee that any clinical trials will be conducted as planned or completed on schedule, or at all. A failure of one or more clinical trials can occur at any stage of testing, which may result from a multitude of factors, including, but not limited to, flaws in study design, dose selection issues, placebo effects, patient enrollment criteria and failure to demonstrate favorable safety or efficacy traits. **The outcome of preclinical testing and early clinical trials may not be predictive of the success of later clinical trials, and preliminary or interim results of a clinical trial do not necessarily predict final results. For example, our product candidates may fail to show the desired safety and efficacy in clinical development despite positive results in preclinical studies or having successfully advanced through initial clinical trials.** A lack of clinical benefit may be due to insufficient dosing or for other reasons. Many companies in the pharmaceutical and biotechnology industries have suffered significant setbacks in late-stage clinical trials even after achieving promising results in preclinical testing and earlier-stage clinical trials, and we cannot be certain that we will not face similar setbacks. **Moreover, preclinical and clinical data are often susceptible to varying interpretations and analyses, and many companies that have believed their product candidates performed satisfactorily in preclinical studies and clinical trials have nonetheless failed to obtain marketing approval of their products. Furthermore, the failure of any of our product candidates to demonstrate safety and efficacy in any clinical trial could negatively impact the perception of our other product candidates and/or cause the FDA or other regulatory authorities to require additional testing before approving any of our product candidates.**

| Mar. 3, 2022 | **Risks Related to the Discovery and Development of our Product Candidates**<br><br>. . .<br><br>*If serious adverse events or unacceptable side effects are identified during the development of our product candidates, we may need to abandon or limit our development of some of our product candidates.* | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 31, 35 |

| | | |
|---|---|---|
| | If our product candidates are associated with serious adverse events or undesirable side effects in clinical trials or have characteristics that are unexpected in clinical trials or preclinical testing, we may need to abandon their development or limit development to more narrow uses or subpopulations in which the serious adverse events, undesirable side effects or other characteristics are less prevalent, less severe or more acceptable from a risk-benefit perspective. In pharmaceutical development, many compounds that initially show promise in early-stage or clinical testing are later found to cause side effects that delay or prevent further development of the compound. | |
| Mar. 3, 2022 | **Risks Related to the Commercialization of our Product Candidates**<br><br>. . .<br><br>*We face substantial competition, which may result in others discovering, developing or commercializing products before or more successfully than we do.*<br><br>. . .<br><br>Our commercial opportunity could be reduced or eliminated if our competitors develop and commercialize products that are safer, more effective, have fewer or less severe side effects, are more convenient or are less expensive than any products that we may develop. Our competitors also may obtain FDA or other regulatory approval for their products more rapidly than we may obtain approval for ours, which could result in our competitors establishing a strong market position before we are able to enter the market. In addition, our ability to compete may be affected in many cases by insurers or other third-party payors seeking to encourage the use of generic products. If our product candidates achieve marketing approval, we expect that they will be priced at a significant premium over competitive generic products. | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 37-39 |

| Additional Item 1. "Business" Disclosures Related to Pre-Clinical and Clinical Product Development | | |
|---|---|---|
| **Date** | **Disclosure** | **Source** |
| Mar. 3, 2022 | **Competition**<br><br>**The biotechnology and pharmaceutical industries are characterized by rapidly advancing technologies, intense competition and a strong emphasis on proprietary products. While we believe that our technologies, knowledge, experience and scientific resources provide us with competitive advantages, we face competition from many different sources, including major pharmaceutical, specialty pharmaceutical and biotechnology companies, academic institutions and governmental agencies and public and private research institutions. Any product candidates that we successfully develop and commercialize will compete with existing therapies and new therapies that may become available in the future.**<br><br>. . .<br><br>The key competitive factors affecting the success of all of our therapeutic product candidates, if approved, are likely to be their efficacy, safety, convenience, price, the effectiveness of companion diagnostics in guiding the use of related therapeutics, the level of generic competition and the availability of reimbursement from government and other third-party payors.<br><br>**Our commercial opportunity could be reduced or eliminated if our competitors develop and commercialize products that are safer, more effective, have fewer or less severe side effects, are more convenient or are less expensive than any products that we may develop. Our competitors also may obtain FDA or other regulatory approval or emergency use authorizations for their products more rapidly than we may obtain approval for ours, which could result in our competitors establishing a strong market position before we are able to enter the market.** In addition, our ability to compete may be affected in many cases by insurers or other third-party payors seeking to encourage the use of generic products. If our product candidates achieve marketing approval, we expect that they will be priced at a significant premium over competitive generic products. | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 19-20 |

If our lead product candidates are approved for the indications for which we are currently undertaking clinical trials, they will compete with the therapies and currently marketed drugs discussed below.

. . .

***SCD***

Approved drug treatments for SCD focus primarily on the management and reduction of pain episodes, vaso-occlusive crises, and inhibition of hemoglobin S polymerization. The four drug treatments approved in the United States are hydroxyurea, voxelotor, crizanlizumab, and L-glutamine. Hydroxyurea, marketed by Bristol-Myers Squibb Company, is approved for the treatment of anemia related to SCD, to reduce the frequency of painful crises and the need for blood transfusions. Voxelotor, marketed by Global Blood Therapeutics, is approved under accelerated approval as a hemoglobin polymerization inhibitor. Crizanlizumab, marketed by Novartis, is approved for the reduction in the frequency of vasoocclusive crises. L-glutamine, marketed by Emmaus Life Sciences, Inc., is approved to reduce severe complications associated with the disorder.

. . .

**FTX-6058 could face competition from a number of different therapeutic approaches in development for patients with SCD.** Novo Nordisk A/S is evaluating EPI01, a small molecule designed to increase production of HbF, which has completed a Phase 1 clinical trial. Imara, Inc. is evaluating IMR-687, a PDE9 inhibitor, in Phase 2a and Phase 2b clinical trials in patients with sickle cell anemia. Agios Pharmaceuticals, Inc., is evaluating mitapivat, a PKR activator, in a Phase 2/3 clinical trial in patients with SCD. Forma Therapeutics Holdings, Inc., is evaluating FT-4202, a PKR activator, in a Phase 2/3 clinical trial. Global Blood Therapeutics, Inc. is evaluating GBT-601, an HbS polymerization inhibitor, that is anticipated to initiate a Phase 2 study by mid-2022 as well as inclacumab, a P-selectin inhibitor that is being evaluated in two Phase 3 trials. Takeda Pharmaceutical Company Limited, is evaluating TAK-755, recombinant ADAMTS13 protein, in a Phase 1 clinical trial in participants with baseline health SCD and SCD with acute vaso-occlusive crisis. Pfizer, is evaluating PF-06755347, an E-selectin antagonist, in a Phase 1 clinical trial. CRISPR Therapeutics AG (in collaboration with Vertex Pharmaceuticals Incorporated, or Vertex), is evaluating CTX001, a gene therapy, in a Phase 1/2/3 clinical trial. CRISPR Therapeutics AG and Vertex plan to file a BLA/MAA in Q4 2022.

| | | |
|---|---|---|
| | Aruvant Sciences, Inc. is evaluating ARU-1801, a gene therapy, in a Phase ½ clinical trial. CSL Behring, is evaluating CSL200 CAL-H, a gene therapy, in a Phase 1 clinical trial. Sangamo Therapeutics Inc., or Sangamo is developing SAR445136, a gene editing cell therapy that modifies cells to produce functional RBCs using HbF, in a Phase 1/2 clinical trial. bluebird is evaluating lovo-cel, a gene therapy, in a Phase 3 clinical trial. There are also several other gene editing approaches being evaluated by Intellia Therapeutics, Inc. (in collaboration with Novartis), Editas Medicine, Inc., and Beam Therapeutics. | |
| Mar. 2, 2022 | **Government Regulation and Product Approvals**<br><br>Government authorities in the United States at the federal, state and local level, and in other countries and jurisdictions, including the European Union, extensively regulate, among other things, the research, development, testing, manufacture, pricing, reimbursement, quality control, approval, packaging, storage, recordkeeping, labeling, advertising, promotion, distribution, marketing, post-approval monitoring and reporting, and import and export of biopharmaceutical products. The processes for obtaining marketing approvals in the United States and in foreign countries and jurisdictions, along with compliance with applicable statutes and regulations and other regulatory authorities, require the expenditure of substantial time and financial resources.<br><br>***Approval and Regulation of Drugs in the United States***<br><br>. . .<br><br>An applicant seeking approval to market and distribute a new drug in the United States generally must satisfactorily complete each of the following steps before the product candidate will be approved by the FDA:<br><br>• **preclinical testing including laboratory tests, animal studies and formulation studies, which must be performed in accordance with the FDA's good laboratory practice, or GLP, regulations and standards;**<br><br>• **submission to the FDA of an IND for human clinical testing, which must become effective before human clinical trials may begin;**<br><br>• **approval by an independent institutional review board, or IRB, representing each clinical site before each clinical trial may be initiated** . . . | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 21-22 |

13

*Preclinical Studies*

Before an applicant begins testing a product candidate with potential therapeutic value in humans, the product candidate enters the preclinical testing stage, including in vitro and animal studies to assess the safety and activity of the drug for initial testing in humans and to establish a rationale for therapeutic use. Preclinical tests include laboratory evaluations of product chemistry, formulation and stability, as well as other studies to evaluate, among other things, the toxicity of the product candidate. The conduct of the preclinical tests and formulation of the compounds for testing must comply with federal regulations and requirements, including GLP regulations and standards. **The results of the preclinical tests, together with manufacturing information, analytical data, any available clinical data or literature and plans for clinical trials, among other things, are submitted to the FDA as part of an IND. Some long-term preclinical testing, such as animal tests of reproductive adverse events and carcinogenicity and long-term toxicity studies may continue after the IND is submitted.**

*The IND and IRB Response*

Clinical trials involve the administration of the investigational product to human subjects under the supervision of qualified investigators in accordance with GCP requirements, which include, among other things, the requirement that all research subjects provide their voluntary informed consent in writing before their participation in any clinical trial. C**linical trials are conducted under written study protocols detailing, among other things, the inclusion and exclusion criteria, the objectives of the study, the parameters to be used in monitoring safety and the effectiveness criteria to be evaluated. A protocol for each clinical trial and any subsequent protocol amendments must be submitted to the FDA as part of the IND.**

An IND is an exemption from the FDCA that allows an unapproved product candidate to be shipped in interstate commerce for use in an investigational clinical trial and a request for FDA authorization to administer such investigational product to humans. Such authorization must be secured prior to interstate shipment and administration of any product candidate that is not the subject of an approved NDA. In support of a request for an IND, applicants must submit a protocol for each clinical trial, and any subsequent protocol amendments must be submitted to the FDA as part of the IND. **The FDA requires a 30-day waiting period after the filing of each IND before clinical trials may begin. This waiting period is designed to allow the FDA to review the IND to determine, among other things, whether human research subjects will be exposed to unreasonable health risks. At any time during this 30-day period, the FDA**

| | **may raise concerns or questions about the conduct of the trials as outlined in the IND and impose a clinical hold or partial clinical hold. In these cases, the IND sponsor and the FDA must resolve any outstanding concerns before clinical trials can begin.** | |

| Disclosures Related to Forward-Looking Statements | | |
|---|---|---|
| **Date** | **Disclosure** | **Source** |
| Mar. 3, 2022<br><br>May 9, 2022<br><br>May 12, 2022<br><br>August 11, 2022<br><br>Nov. 8, 2022 | **Forward-Looking Statements**<br><br>This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve substantial risks and uncertainties. All statements, other than statements of historical facts, contained in this press release, are forward-looking statements, including statements regarding the [planned Phase 3 trial with losmapimod in FSHD, including trial design and anticipated initiation thereof, availability of clinical trial data for FTX-6058 in sickle cell disease, Fulcrum's ability to generate catalysts across its programs in 2022, the therapeutic potential of Fulcrum's product candidates, initiation of additional clinical trials and submission of INDs, nomination of next development candidates, Fulcrum's ability to fund its operations with cash on hand, and other statements regarding Fulcrum's strategy, future operations, future financial position, prospects, plans and objectives, among others][2] [planned REACH trial including its expected start date and enrollment target, presentation of data from first dose cohort in Phase 1b trial of FTX-6058 and the second dose cohort, the clinical development plan for FTX-6058 as well as timing for expansion into other hemoglobinopathies and initiation of registrational trial for sickle cell disease, nomination of additional development candidates and timing of fourth IND, the sufficiency of Fulcrum's cash resources, losmapimod's potential as a therapy for FSHD and the ability of the selected endpoints of the REACH trial to support regulatory approval][3]. [Dr. Jacobs' role at Fulcrum, including start date; Fulcrum's cash runway, and ability to achieve near term objectives and deliver on its long-term vision; completion of enrollment in the Phase 1b SCD trial of FTX-6058, as well as enrollment in three dose cohorts; timing of registration trial of FTX-6058 in SCD; the REACH trial; timing of and submission of next IND; among others.][4] The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "target," "will," "would" and similar expressions are intended to identify forward-looking statements, although not all forward-looking statements | Mar. 3, 2022 Press Release, Ex. 4, Doc. No. 36-4 at 4<br><br>May 9, 2022 Press Release, Ex. 7, Doc. No. 36-7 at 3<br><br>May 12, 2022 Press Release, Ex. 9, Doc. No. 36-9 at 2-3<br><br>August 11, 2022 Press Release, Ex. 10, Doc. No. 36-10 at 3<br><br>Nov. 8, 2022 Press Release, Ex. 12, Doc. No. 36-12 at 3<br><br>Fulcrum Tweet, dated May 9, 2022, AC ¶ 107[11]<br><br>Fulcrum Tweet, dated November 8, 2022, AC ¶ 127[12] |

[2] The bracketed portion only appears in the Mar. 3, 2022 press release.
[3] The bracketed portion only appears in the May 9, 2022 and May 12, 2022 press releases.
[4] The bracketed portion only appears in the August 11, 2022 and November 8, 2022 press releases.
[11] Tweet included hyperlink to May 9, 2022 press release, Ex. 7, Doc. No. 36-7, and its disclosures.
[12] Tweet included hyperlink to November 8, 2022 press release, Ex. 12, Doc. No. 36-12, and its disclosures.

| | contain these identifying words. Any forward-looking statements are based on management's current expectations of future events and are subject to a number of risks and uncertainties that could cause actual results to differ materially and adversely from those set forth in, or implied by, such forward-looking statements.<br><br>These risks and uncertainties include, but are not limited to, risks associated with [the integration of new employees,][5] Fulcrum's ability to obtain and maintain necessary approvals from the FDA and other regulatory authorities; continue to advance its product candidates in clinical trials; initiate and enroll clinical trials on the timeline expected or at all; [correctly estimate the potential patient population and/or market for Fulcrum's product candidates][6]; replicate in clinical trials positive results found in preclinical studies and/or earlier-stage clinical trials of losmapimod, FTX-6058 and its other product candidates; [advance the development of its product candidates under the timelines it anticipates in current and future clinical trials][7]; obtain, maintain or protect intellectual property rights related to its product candidates; [manage expenses][8]; [realize the anticipated benefits of the strategic realignment][9] and raise the substantial additional capital needed to achieve its business objectives, [which risks may be further impacted by the ongoing COVID-19 pandemic][10]. For a discussion of other risks and uncertainties, and other important factors, any of which could cause Fulcrum's actual results to differ from those contained in the forward-looking statements, see the "Risk Factors" section, as well as discussions of potential risks, uncertainties and other important factors, in Fulcrum's most recent filings with the Securities and Exchange Commission. In addition, the forward-looking statements included in this press release represent Fulcrum's views as of the date hereof and should not be relied upon as representing Fulcrum's views as of any date subsequent to the date hereof. Fulcrum anticipates that subsequent events and developments will cause Fulcrum's views to change. However, while Fulcrum may elect to update these forward-looking statements at some point in the future, Fulcrum specifically disclaims any obligation to do so. | |

---

[5] The bracketed portion only appears in the August 11, 2022 and November 8, 2022 press releases.

[6] The bracketed portion only appears in the May 9, 2022 press release.

[7] The bracketed portion only appears in the Mar. 3, 2022 press release.

[8] The bracketed portion only appears in the Mar. 3, 2022, May 9, 2022, and November 8, 2022 press releases.

[9] The bracketed portion only appears in the August 11, 2022 and November 8, 2022 press releases.

[10] The bracketed portion only appears in the Mar. 3, 2022 press release.

| Mar. 3, 2022 | **CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**<br><br>This Annual Report on Form 10-K contains forward-looking statements, which reflect our current views with respect to, among other things, our operations and financial performance. All statements other than statements of historical facts contained in this Annual Report on Form 10-K, including statements regarding our strategy, future operations, future financial position, future revenue, projected costs, prospects, plans, objectives of management and expected market growth are forward-looking statements. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "outlook," "plan," "potential," "predict," "project," "should," "target," "would," and the negative version of these words and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. Such forward-looking statements are subject to various risks and uncertainties. Accordingly, there are or will be important factors that could cause actual outcomes or results to differ materially from those indicated in these statements. We believe these factors include but are not limited to those described under the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections and include, among other things:<br><br>&bull; **our ongoing clinical trials of losmapimod and FTX-6058**;<br><br>&bull; the impact of the ongoing COVID-19 pandemic on our business and operations, including our clinical trials and development plans, as well as our future financial results;<br><br>&bull; the initiation, timing, progress and results of our drug target discovery screening programs;<br><br>&bull; **the initiation, timing, progress and results of our current and future preclinical studies and clinical trials and our research and development programs;**<br><br>&bull; **our plans to develop and, if approved, subsequently commercialize losmapimod, FTX-6058 and any other product candidates, including in combination with other drugs and therapies;**<br><br>&bull; **the timing of and our ability to submit applications for, and obtain and maintain regulatory approvals for losmapimod, FTX-6058 and any other product candidates** | FY 2021 Form 10-K (Mar. 3, 2022), Ex. 3, Doc. No. 36-3 at 4 |

| Mar. 3, 2022 | **Christi Waarich**<br>*Director of Corporate Communications & Investor Relations*<br><br>Thank you, operator. Good morning and welcome to the Fulcrum Therapeutics conference call. **Please be reminded that remarks made during this call may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These may include statements about our future expectations and plans, clinical development timelines and financial projections. While these forward-looking statements represent our views as of today, they should not be relied upon as representing our views in the future. We may update these statements in the future, but we are not taking on an obligation to do so.**<br><br>Please refer to our most recent filings with the Securities and Exchange Commission for a discussion of certain risks and uncertainties associated with our business. . . | Q4 2021 Earnings Call Transcript (Mar. 3, 2022), Ex. 5, Doc. No. 36-5 at 5 |
| Mar. 24, 2022 | Before we get started, please be reminded that we may make forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These may include statements about our future expectations and plans, clinical development milestones and financial projections. While these forward-looking statements represent our views, as of today, they should not be relied upon as representing our views in the future. We may update these statements in the future, but we are not taking on the obligation to do so. Please refer to our most recent filings with the Securities and Exchange Commission for a discussion of risks, uncertainties associated with our business. | Fulcrum Therapeutics KOL Presentation Transcript (Mar. 24, 2022), Ex. 6, Doc. No. 36-6 at 2 |
| Mar. 24, 2022<br><br>January 2023 | **Disclaimer and Notice**<br><br>This presentation contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve substantial risks and uncertainties, including statements regarding the development status of the Company's product candidates, the potential advantages and therapeutic potential of the Company's product candidates planned meetings with regulatory agencies and availability of clinical trial data. All statements, other than statements of historical facts, contained in this press release, including statements regarding the Company's strategy, future operations, future financial position, prospects, plans and objectives of management, are forward-looking statements. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "target," "will," "would" and similar expressions are intended to identify | Fulcrum Therapeutics KOL Presentation Slides (Mar. 24, 2022), Ex. 24, Doc. No. 36-24 at 3<br><br>Fulcrum Therapeutics, J.P. Morgan Presentation, January 2023, Ex. 15, Doc. No. 36-15 at 3 |

| | | |
|---|---|---|
| | forward-looking statements, although not all forward-looking statements contain these identifying words. Any forward-looking statements are based on management's current expectations of future events and are subject to a number of risks and uncertainties that could cause actual results to differ materially and adversely from those set forth in, or implied by, such forward-looking statements. These risks and uncertainties include, but are not limited to, risks associated with Fulcrum's ability to obtain and maintain necessary approvals from the FDA and other regulatory authorities; continue to advance its product candidates in clinical trials; initiate and enroll clinical trials on the timeline expected or at all; correctly estimate the potential patient population and/or market for the Company's product candidates; replicate in clinical trials positive results found in preclinical studies and/or earlier-stage clinical trials of losmapimod and its other product candidates; obtain, maintain or protect intellectual property rights related to its product candidates; manage expenses; and raise the substantial additional capital needed to achieve its business objectives. For a discussion of other risks and uncertainties, and other important factors, any of which could cause the Company's actual results to differ from those contained in the forward-looking statements, see the "Risk Factors" section, as well as discussions of potential risks, uncertainties and other important factors, in the Company's most recent filings with the Securities and Exchange Commission. In addition, the forward-looking statements included in this press release represent the Company's views as of the date hereof and should not be relied upon as representing the Company's views as of any date subsequent to the date hereof. The Company anticipates that subsequent events and developments will cause the Company's views to change. However, while the Company may elect to update these forward-looking statements at some point in the future, the Company specifically disclaims any obligation to do so. | Fulcrum Tweet, dated January 11, 2023,  AC ¶ 136[13] |
| May 9, 2022 | Thank you. Good morning, and welcome to Fulcrum Therapeutics conference call. Please be reminded that remarks made during this call may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These may include statements about our future expectations and plans, clinical development time lines and financial projections. While these forward-looking statements represent our views as of today, they should not be relied upon as representing our views in the future. We may update these statements in the future, but we are not taking on an obligation to do so. Please refer to our most recent filings | Q1 2022 Earnings Call Transcript (May 9, 2022), Ex. 8, Doc. No. 36-8 at 5 |

---

[13] Tweet included hyperlink to J.P Morgan Presentation and its disclosures. The J.P. Morgan Presentation deck is now available on the Company's website, and is Ex. 15, Doc. No. 36-15.

| | with the Securities and Exchange Commission for a discussion of certain risks and uncertainties associated with our business. | |
|---|---|---|
| Aug. 11, 2022 | Good morning and welcome to the Fulcrum Therapeutics conference call. Please be reminded that remarks made during this call may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These may include statements about our future expectations and plans, clinical development time lines and financial projections.<br><br>While these forward-looking statements represent our views as of today, they should not be relied upon as representing our views in the future. We may update these statements in the future, but we are not taking on an obligation to do so.<br><br>Please refer to our most recent filings with the Securities and Exchange Commission for a discussion of certain risks and uncertainties associated with our business. | Q2 2022 Earnings Call Transcript (Aug. 11, 2022), Ex. 11, Doc. No. 36-11 at 5 |
| Nov. 8, 2022 | Please be reminded that remarks made during this call may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These may include statements about our future expectations and plans, clinical development time lines and financial projections. While these forward-looking statements represent our views as of today, they should not be relied upon as representing our views in the future. We may update these statements in the future, but we are not taking on an obligation to do so. Please refer to our most recent filings with the Securities and Exchange Commission for a discussion of certain risks and uncertainties associated with our business. | Q3 2022 Earnings Call Transcript (Nov. 8, 2022), Ex. 13, Doc. No. 36-13 at 5 |
| Jan. 4, 2023 | This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve substantial risks and uncertainties. All statements, other than statements of historical facts, contained in this press release are forward-looking statements, including express or implied statements regarding enrollment in Fulcrum's ongoing clinical trials and timing of completion; potential therapeutic benefit of FTX-6058 and losmapimod; planned data announcements; and Fulcrum's cash runway, among others. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "target," "will," "would" and similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. Any forward-looking statements are based on management's current expectations of future events and are subject to a number of risks and | Jan. 4, 2023 Press Release, Ex. 14, Doc. No. 36-14 at 3 |

| | | |
|---|---|---|
| | uncertainties that could cause actual results to differ materially and adversely from those set forth in, or implied by, such forward-looking statements.<br><br>These risks and uncertainties include, but are not limited to, risks associated with Fulcrum's ability to continue to advance its product candidates in clinical trials; initiate and enroll clinical trials on the timeline expected or at all; obtain and maintain necessary approvals from the FDA and other regulatory authorities; replicate in clinical trials positive results found in preclinical studies and/or earlier-stage clinical trials of losmapimod, FTX-6058 and any other product candidates; obtain, maintain or protect intellectual property rights related to its product candidates; manage expenses; realize the anticipated benefits of the strategic realignment; manage executive and employee turnover; and raise the substantial additional capital needed to achieve its business objectives, among others. For a discussion of other risks and uncertainties, and other important factors, any of which could cause Fulcrum's actual results to differ from those contained in the forward-looking statements, see the "Risk Factors" section, as well as discussions of potential risks, uncertainties, and other important factors, in Fulcrum's most recent filings with the Securities and Exchange Commission. In addition, the forward-looking statements included in this press release represent Fulcrum's views as of the date hereof and should not be relied upon as representing Fulcrum's views as of any date subsequent to the date hereof. Fulcrum anticipates that subsequent events and developments will cause Fulcrum's views to change. However, while Fulcrum may elect to update these forward-looking statements at some point in the future, Fulcrum specifically disclaims any obligation to do so. | |
| Feb. 15, 2023 | **Robert J. Gould**<br><br>Great. Thanks so much, Joe. It's a real pleasure to be participating in the SVB Biopharma Conference and present Fulcrum Therapeutics and the exciting data that we are generating both in the form of muscular dystrophy called FSHD as well as in sickle cell disease. **I will be making some forward-looking statements in the course of this presentation.** | SVB Securities Global Biopharma Conference Presentation (Feb. 15, 2023), Ex. 16, Doc. No. 36-16 at 2 |