# Exhibit 5



# Fulcrum Therapeutics, Inc.

# NasdaqGM:FULC

# FQ4 2021 Earnings Call Transcripts

## Thursday, March 03, 2022 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2021- | | | -FQ1 2022- | -FY 2021- | | | -FY 2022- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | (0.75) | (0.58) | NM | (0.62) | (2.49) | (2.29) | NM | (2.68) |
| Revenue (mm) | 3.52 | 5.06 | ▲43.75 | 4.83 | 16.92 | 19.16 | ▲13.24 | 18.48 |

Currency: USD
Consensus as of  Feb-24-2022 12:00 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ1 2021 | (0.66) | (0.54) | NM |
| FQ2 2021 | (0.65) | (0.60) | NM |
| FQ3 2021 | (0.65) | (0.57) | NM |
| FQ4 2021 | (0.75) | (0.58) | NM |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................................ | **3** |
| **Presentation** | ................................................................................ | **4** |
| **Question and Answer** | ................................................................................ | **8** |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Bryan E. Stuart**
*President, CEO & Director*

**Christi Waarich**
*Director of Corporate
Communications & Investor
Relations*

**Christopher J. Morabito**
*Chief Medical Officer*

**Esther P. Rajavelu**
*CFO & Treasurer*

**Judith A. Dunn**
*President of Research &
Development*

## ANALYSTS

**Dae Gon Ha**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Edward Andrew Tenthoff**
*Piper Sandler & Co., Research
Division*

**Joseph Patrick Schwartz**
*SVB Leerink LLC, Research
Division*

**Judah C. Frommer**
*Crédit Suisse AG, Research
Division*

**Matthew Kelsey Harrison**
*Morgan Stanley, Research Division*

**Tazeen Ahmad**
*BofA Securities, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning and welcome to Fulcrum Therapeutics Fourth Quarter and Full Year 2021 Conference Call. [Operator Instructions]

I would now like to turn the call over to Christi Waarich, Director of Investor Relations at Fulcrum. Please proceed.

**Christi Waarich**
*Director of Corporate Communications & Investor Relations*

Thank you, operator. Good morning and welcome to the Fulcrum Therapeutics conference call. Please be reminded that remarks made during this call may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These may include statements about our future expectations and plans, clinical development timelines and financial projections. While these forward-looking statements represent our views as of today, they should not be relied upon as representing our views in the future. We may update these statements in the future, but we are not taking on an obligation to do so.

Please refer to our most recent filings with the Securities and Exchange Commission for a discussion of certain risks and uncertainties associated with our business. With me on today's call are Bryan Stuart, President and Chief Executive Officer; Judith Dunn, our President of R&D; and Esther Rajavelu, our CFO. Chris Morabito, our Chief Medical Officer; and Paul Bruno, our Executive Director of Corporate Development; will also be available for Q&A. Let me quickly run through this morning's agenda. Bryan will begin the call with a corporate overview and key updates, Judy will review our FSHD program and today's update on the Phase III trial and Esther will cover our financials while Bryan will open the call for Q&A.

With that, it's my pleasure to turn the call over to Bryan.

**Bryan E. Stuart**
*President, CEO & Director*

Thank you, Christi. Good morning, everyone, and thank you for joining us today. At Fulcrum, our mission is to treat the root cause of rare genetic diseases. 2021 was a year of important clinical and corporate progress towards that mission and we are building on that momentum in 2022 with meaningful updates across our pipeline. I'll start with losmapimod, our candidate for FSHD, which is the second most common form of muscular dystrophy. We believe losmapimod is positioned to be the first to market therapy for this severe and debilitating disease. Today, we announced our plan to begin enrolling people with FSHD in REACH, our registration enabling Phase III clinical trial in the second quarter of 2022. REACH will evaluate losmapimod compared to placebo in adults with FSHD over a 48-week treatment period with Reachable Workspace or RWS as the primary endpoint.

The trial design reflects key learnings from the Redux4 Phase IIb study, most notably that we can show a measurable clinical benefit in 48 weeks and that RWS is a quantitative measure of function that is sensitive to disease progression in that time frame. Based on these insights and the data from Redux4 demonstrating clinical benefit, we aligned with regulators including the FDA on RWS as the primary endpoint. The upcoming start of our Phase III trial marks a significant milestone for both Fulcrum and the FSHD community. There are currently no approved drugs and nothing else even in the clinic. People with FSHD lose strength, function, independence and mobility as fat infiltrates their muscles and there is an urgent need for a drug that can slow or stop disease progression. The data that we reported last year from Redux4 demonstrate losmapimod's potential to do exactly that showing delayed progression and improvement in measures of function, including RWS.

We are thrilled to be one step closer to bringing this important therapy to patients. Our second clinical program, FTX-6058, an oral HBF inducer for sickle cell disease and other hemoglobinopathies, shows

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

great promise in addressing important unmet needs in these patient populations. The current treatment landscape in sickle cell disease consists of therapies that only target select symptoms. HbF is the only mechanism that has been shown to broadly improve outcomes for key symptoms of sickle cell disease such as VOC events, pain, fatigue and acute chest syndrome. A robust body of genetic data shows that increases in HbF in every patient is meaningful. Emerging clinical data from gene editing further support the benefit of HbF induction, but in the case of gene editing, it comes with a tremendous treatment burden making it most likely to be used as a salvage therapy.

We discovered FTX-6058 using our FulcrumSeek product engine preclinically across multiple in vivo and in vitro assays, 6058 generated a consistent twofold to threefold induction in HBG mRNA that translated into the same fold induction in HbF protein. Last year we transitioned to the clinic and announced positive Phase I healthy volunteer data that demonstrated robust increases in HBG mRNA at multiple doses. These data gave us confidence to advance FTX-6058 into our ongoing Phase Ib study where we will be dosing people with sickle cell disease long enough to observe protein increases. Typically, people with sickle cell disease have starting HbF levels of 5% to 10%. As we've spoken to KOLs, we have consistently heard that a 5% to 10% increase in HbF beyond baseline levels would be transformative for patients and would be utilized as standard of care.

We are highly encouraged that our robust preclinical data and Phase I healthy volunteer data both predict that we can achieve these absolute increases that will be life changing for people with sickle cell disease. In December, we began enrolling the Phase Ib trial at a starting dose of 6 milligrams daily. We are on track to report initial data, including HbF protein levels, in the second quarter of this year. This update will be the first look at protein data in people with sickle cell disease. Based on data from other HbF mechanisms and the process of erythropoiesis, the earliest we would anticipate seeing protein induction would be after 1 month of treatment with maximal protein induction at 3 to 5 months. For this initial data in Q2, we would consider evidence of protein induction to be a very meaningful update. We also believe that FTX-6058 could be a transformative therapy for other hemoglobinopathies such as beta thalassemia and we are on track to initiate a Phase Ib trial in the second quarter.

FTX-6058 and losmapimod as well as our ongoing collaborations with Merck and BMS are a testament to the power of FulcrumSeek, our product engine and the innovation backbone of our company. FulcrumSeek has allowed us to rapidly identify novel high quality targets that modulate the root cause of genetically defined rare diseases. Notably, we expect to nominate our next development candidate by the end of this year and submit an additional new IND by the end of the first quarter of 2023. As we advance 2 potentially life-changing therapies through clinical development, expand our pipeline, scale up our discovery efforts while building downstream clinical and commercial capabilities, we are well positioned to build a leading rare disease company supported with a strong financial foundation and a cash runway that takes us into 2024.

With that, I'd like to turn it over to Judy to share more about our plans for losmapimod that we announced this morning. Judy?

**Judith A. Dunn**
*President of Research & Development*

Thank you, Bryan. FSHD is a genetic disorder that leads to relentlessly progressive muscular degeneration and replacement by fat. This disease initiates in a phase and progresses to include upper and lower limbs and core leading to loss of function and ultimately the loss of independence. Losmapimod represents a potentially life-changing therapy for people living with FSHD. This mechanism inhibits the average expression of DUX4, the genetical cause of FSHD responsible for the muscle degeneration, fat infiltration and loss of function. As Bryan mentioned, currently there are no approved therapies nor are there any other compounds in clinical development. Each day that people with FSHD go without therapy is another day that they risk losing strength, function and the ability to perform basic activities like brushing their hair, dressing themselves or holding their child. This accumulation of disability can lead to loss of independence and mobility.

We consistently hear from patients that their #1 concern and #1 requirement for a new therapeutic is to safely slow or stop disease progression in order to preserve the function that they have. Our Phase

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

IIb trial Redux4 demonstrated that losmapimod slowed disease progression and improved function in people with FSHD. These data combined with the extensive safety and tolerability data generated in more than 3,600 people form the basis of losmapimod's very compelling benefit risk profile as an oral medication with the potential to address the urgent need for therapy in this patient population. Redux4 was the most comprehensive therapeutic trial ever conducted in FSHD. We gained tremendous insight on relevant clinical endpoints as well as an understanding of the duration of time needed to show the impact of losmapimod on disease progression.

We have applied those insights to the design of our Phase III trial REACH giving us confidence that REACH is optimized to demonstrate statistically and clinically significant benefits of losmapimod in FSHD. Given the urgency to bring a therapy to market, we have been preparing for this trial and engaging with patients, experts and regulators to inform our final design. We are pleased to report that we are on track to begin REACH shortly in the second quarter of this year. Before further describing REACH, I want to briefly highlight our learnings from Redux4 that informed our thinking about this Phase III design. Redux4 was a randomized placebo controlled study that evaluated 80 people with FSHD over 48 weeks. In this trial, participants received either 15 milligrams of losmapimod twice daily or placebo. We were very encouraged by results from Redux4 in which a meaningful separation between treatment effects was observed in people receiving losmapimod versus those receiving placebo.

Importantly, we saw clinically meaningful impact on function, muscle structure and patient reported outcomes. Data from the trial also allowed us to identify endpoints that are sensitive to disease progression and drug effect in that time frame. Starting with Reachable Workspace, a measure of accessible relative surface area, we saw clinically relative improvements from baseline in the dominant arms of those treated with losmapimod while those on placebo lost relative surface area over the course of the trial. Relative surface area, including reaching above the shoulders and behind the back, as measured by Reachable Workspace is highly correlated to the ability to perform activities of daily living and maintain independence. Using MRI, we also observed a slowing of muscle fat infiltration or MFI, an important marker of disease pathology.

Muscles that already had some fat infiltration at baseline are the muscles most likely to demonstrate disease progression over 48 weeks.

In these muscles, losmapimod showed a meaningful slowing of the MFI compared to placebo. Losmapimod also preserved the health of muscles, which appeared normal at baseline, essentially stopping muscle fat infiltration while patients on placebo worsened. Finally, in this trial, self-reported outcomes such as the Patient's Global Impression of Change or PGIC were used to assess the recognized value of the treatment. At the end of the 48-week treatment period, people who received losmapimod reported feeling better than those who received placebo. Based on the Redux4 data, we engage with regulators, including the FDA, to gain feedback on the proposed design of the REACH study. Based on those interactions, we have selected Reachable Workspace as the primary endpoint for REACH. We have now finalized our trial design and are working to operationalize REACH.

REACH will be a randomized, double-blind, placebo controlled, multinational trial to evaluate the efficacy and safety of losmapimod for the treatment of FSHD. The trial is expected to enroll approximately 230 adults. Participants will be randomized 1:1 to receive either losmapimod administered orally as a 15 milligram tablet twice a day or placebo over a 48 week treatment period. The primary endpoint of the study is the absolute change from baseline in Reachable Workspace. As I outlined earlier, Reachable Workspace is a quantitative measure of upper extremity range of motion and function that specifically evaluate shoulder and proximal arm mobility with 3D motion sensor technology. Preserving this upper extremity function is critical for maintaining the ability for self-care and other activities of daily living that directly influence quality of life and independence.

In addition to safety and tolerability, secondary end points include MFI, PGIC and quality of life and neurological disorders for the NeuroQual of the upper extremity. REACH will also include health care utilization questionnaires that will help inform our thinking about payer strategies as we prepare for a potential commercial launch. We are confident that we have selected reliable measures of disease progression in FSHD and that we will be able to clearly observe meaningful advantages for losmapimod

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

compared to placebo after 48 weeks of treatment. As we advance REACH, we remain steadfast in our commitment to expediently deliver a transformative drug for people with FSHD.

As we announced this morning, we will be featuring 2 key opinion leaders in a virtual event hosted by Fulcrum on Thursday, March 24, from 10:00 a.m. until noon Eastern Time. We will be joined by Dr. Nicholas Johnson of the Department of Neurology at Virginia Commonwealth University and Dr. Jay Han of the University of California, Irvine, one of the originators of Reachable Workspace as an endpoint. We look forward to sharing more about the unmet need in FSHD and REACH and how losmapimod is well positioned to be the first drug for people with FSHD.

With that, I'll turn it over to Esther.

**Esther P. Rajavelu**
*CFO & Treasurer*

Thank you, Judy. I'm thrilled to be here today as part of the Fulcrum team and to share with you an update on our financials. We are operating from a position of financial strength ending the fourth quarter was $218.2 million in cash, cash equivalents and marketable securities. Based on our current plans and projections, we expect this will fund our operations into 2024. During the fourth quarter of 2021, we recognized collaboration revenue of $5.1 million compared to $4.2 million in the fourth quarter of 2020. The increase was primarily due to revenues associated with the milestone payment under our collaboration with Bristol. For the full year 2021, collaboration revenue was $19.2 million compared to $8.8 million in 2020. This increase was due to the execution of the collaboration and license agreement with Bristol in July 2020 as well as an increase in revenue recognized under our collaboration with Merck.

R&D expenses for the fourth quarter of 2021 were $18.9 million compared to $16.1 million for the fourth quarter of 2020. R&D expenses for the full year of 2021 was $69.7 million compared to $59 million for the full year 2020. This increase was primarily due to the advancement of our clinical programs. G&A expenses in the fourth quarter of 2021 were $9.7 million compared to $5.9 million for the fourth quarter of 2020 and for the full year 2021 were $30.5 million compared to $21.4 million for the full year of 2020. This increase was primarily due to increased employee related expenses and preparation for potential commercial launches of losmapimod for FSHD and 6058 for sickle cell disease. Finally, our net loss for the fourth quarter of 2021 was $23.5 million compared to a net loss of $17.7 million for the fourth quarter of 2020. Our net loss for the full year 2021 was $80.8 million compared to a net loss of $70.8 million for the full year 2020.

With that, I'll turn it back to Bryan.

**Bryan E. Stuart**
*President, CEO & Director*

Thanks, Esther. As you've heard today, 2021 was a year of tremendous progress for Fulcrum and we have even more to look forward to as we continue to advance our promising programs in FSHD, sickle cell disease and other hemoglobinopathies and continue to build out our pipeline. We look forward to keeping you up to date on our progress throughout the year.
Operator, you may now open the line for questions.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] First question is from Dae Gon Ha with Stifel.

**Dae Gon Ha**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Congrats on all the progress. I guess 2 on 6058 and one on FSHD, One, just going back to 6058, I recall you guys were doing a chronic tox study -- preclinical chronic tox for the 6058 program. So anything you can comment with regards to its progress, any signs or observations you've made, things like CPK for example? And then second question is last month you mentioned cohort 1 is still enrolling for the 6058 program. So can you comment on the rate of patient enrollment to the study given 3 sites are currently active and recruiting? And what's the cadence of readout investors can expect for the remainder of 2022 including the second quarter update? And then I'll just follow up with the REACH study question next.

**Bryan E. Stuart**
*President, CEO & Director*

Absolutely. Why don't I turn it over to Chris. We can give an update on the tox, which we had provided earlier this year, and then also talk about the guidance that we provided for the 2Q update from the Phase Ib study.

**Christopher J. Morabito**
*Chief Medical Officer*

Dae Gon, thanks for the question. So as we reported, we have completed 3-month tox and the 3-month tox gave us the continued encouragement to continue pursuing clinical development as planned. We made no changes to our development plans based on the results of the 3-month tox. We have entered chronic tox. We don't have any updates on that and we don't have any new findings to share at this point. Regarding your comments about CPK or creatine phosphokinase, as you recall, we did see 2 unrelated events in Phase I, but both of those cases happened well after the last day of dosing, in fact 7 to 10 days after the last day of dosing and were deemed to be unrelated by the primary investigator of the blinded study treatment.

So nothing new on that front. In regard to the Phase Ib trial, it is enrolling as you well stated. We have initiated enrollment at 3 sites and are actively recruiting additional sites as you also noted. The current dose is 6 milligrams and patients are anticipated to participate in this trial for up to 3 months. We have planned for up to 10 patients in each cohort. We are still in cohort 1 and we are certainly on track to provide an update in Q2 that will be meaningful for HbF and for other endpoints that are relevant to this trial.

**Dae Gon Ha**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. Great. So just pivoting to the REACH study, maybe a question for Judy or Chris. Can you talk about the powering assumptions baked into the Reachable Workspace that's going to be the primary endpoint? And notably following the discussions with the regulators, have you made any changes or updates to how you're going to be quantifying Reachable Workspace? I believe it was using the Connect device previously, but any updates on that front? Congrats on all the progress.

**Bryan E. Stuart**
*President, CEO & Director*

Why don't I turn it over to Judy and we could speak to at a high level our strategy as it relates to powering and we can also talk a little bit more about Reachable Workspace and what we were able to observe in Redux4 as well.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Judith A. Dunn**
*President of Research & Development*

Really appreciate the opportunity to talk to you a little bit about Reachable Workspace and how we are thinking about it for the REACH trial. As you know, in Redux4 we were able to show not only statistical significance, statistically significant values of a p-value of less than 0.05 on REACH and on the RWS. And the RWS itself is a very important endpoint for us because it is quantitative. When we talk about FSHD, you know we're talking about the loss of function due to muscle degeneration and this function really does impact activities of daily living. So in the Redux4 trial, we were able to really understand the sensitivity of the Reachable Workspace scale and also understand the statistical implications, which you've asked about.

When we met with regulators, we had a number of conversations that were very collaborative and understood what we were trying to achieve in looking at losmapimod's ability to slow disease progression and maintain function. What the regulators recognized was that Reachable Workspace is a functional endpoint and they were really supportive of our ability to use that as a primary endpoint in the REACH study. When we talk about powering, we are powering for a difference between placebo and losmapimod at week 48 on REACH and the power of the study is over 90% to detect the difference which we believe is clinically meaningful.

**Operator**

And our next question comes from Joseph Schwartz with SVB Securities.

**Joseph Patrick Schwartz**
*SVB Leerink LLC, Research Division*

And let me also add my congrats on the progress you're making. So I was -- just also had a question on FSHD first and then 6058. In terms of the REACH study given it's much larger than Redux4, but it seems to not require biopsies. I was wondering if you could talk about the push and the pull in terms of the cadence of enrollment that you expect? And when do you think you could achieve full enrollment and report data from REACH? And then also a timing question on 6058. The Phase Ib data in the second quarter, when should we expect you to report this data? I'm curious because it seems like the effect is not only dose dependent, but time dependent. I'm wondering if it's logical to expect it in the later part of the second quarter so that way you can see the experience in patients treated for a longer period of time.

**Bryan E. Stuart**
*President, CEO & Director*

Thanks for the questions, Joe. And maybe I'll take the first question on FSHD and then turn it over to Chris Morabito for the second question. So regarding REACH, I think we really wanted to build on our experience from the Redux4 trial that we previously conducted. I think one of the things that's very interesting about this particular disease FSHD is unfortunately there are no approved therapies. It is such a progressive and devastating disease that when we enrolled in the Phase IIb trial Redux4, there was tremendous interest and enthusiasm from the patient community about a potential treatment.

And as a result, we were able to enroll that trial relatively quickly, faster than expectations. We ended up enrolling more patients than we anticipated and that was due to this unmet need and the size of the patient population. So as we then transition here into the REACH trial while we haven't provided guidance yet on exact timing, I think we continue to believe and hear that the patient community is extremely enthusiastic about the opportunity to get involved in a registration trial for potentially the first treatment for FSHD. Why don't I turn it over to Chris and we can talk more about the guidance for the sickle update.

**Christopher J. Morabito**
*Chief Medical Officer*

So we are on track to provide this guidance in Q2 and the goal of that guidance is to provide a meaningful update specifically on HbF, the change from baseline in HbF which we believe tightly correlates with clinical outcomes in patients. As you know, this is a 3 month trial. The participants can opt to participate for up to 3 months of treatment. So the longest treatment duration that we're going to have in any individual is

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

3 months. And I think you're correct in your assumption that -- and in fact the data have shown that the effect of 6058 is time and dose dependent.

We are seeing at 2 weeks in healthy volunteers, there look to be very substantial increases in HBG or HB gamma mRNA, which we believe will translate into HbF protein and the range of increase goes from 2.5-fold from baseline to up to sixfold from baseline and that's just in 2 weeks. And as you recall, the data actually hadn't plateaued by 2 weeks so it's possible that the maximum increase hasn't yet been seen in a clinical trial. So we're going to dose out to 3 months. We want to have a number of patients at 3 months for us to be able to substantially inform the absolute increase on HbF and when we have this data in Q2, we'll be able to share them more publicly.

**Operator**

Your next question comes from Matthew Harrison with Morgan Stanley.

**Matthew Kelsey Harrison**
*Morgan Stanley, Research Division*

I guess 2 for me. So first on 6058. Bryan, could you just maybe contextualize the comment you made at the beginning of the call? And I just want to make sure how you're trying to set expectations around the data we can expect. I believe you said something to the effect given the amount of time required to get to peak protein production that you would view any amount of protein as a positive signal. Can you just sort of help people think about the message you were trying to convey with that? And then I guess second, just on REACH. Can you just talk about how much that trial is going to cost and how you think about allocation of capital for that program versus some of the rest of the programs?

**Bryan E. Stuart**
*President, CEO & Director*

So I think in terms of 6058, as we've indicated, our therapeutic goal is to see a twofold to threefold increase in HbF. I think one of the things that's very encouraging is that those are the levels of both mRNA and protein that we observed preclinically and as we transitioned it to the clinic, that was consistent with what we saw in the Phase I healthy volunteer trial. So as we also mentioned, we come at this from a position of tremendous strength. There's a tremendous amount of human genetic data that clearly demonstrates the benefit of increasing HbF and I think that's extremely well understood by the community, that's extremely well understood by clinicians. And as we talk to clinicians and ask the question about what would it take for this to be a transformational therapy and standard of care, we consistently hear back at least 5% to 10% absolute increases.

So as we look towards this Phase Ib update that we'll have in the second quarter, what we were not able to do in the Phase I healthy volunteer study is we were not dosing long enough to be able to see protein increases. But we certainly believe, as we look at other HbF mechanisms that the 3-month time period will be sufficient in the Phase Ib study. So as we go into the data update, our hope is to begin to see robust increases in HbF and to further give us conviction that we have the potential to achieve these levels within twofold to threefold increases and levels that will be transformational for patients. So as Chris mentioned, there are certainly some elements of dose dependency and time dependency, but our hope is certainly that 3 months will be sufficient to see robust increases in HbF. And why don't I turn it over to Esther and we can talk a little bit more about capital allocation in the REACH study?

**Esther P. Rajavelu**
*CFO & Treasurer*

So we plan to initiate the Phase III REACH trial in the second quarter of 2022 and the trial, as Judy mentioned, will enroll about 230 patients. And as we had demonstrated in our Phase IIb Redux trial, we enrolled that very efficiently and in a timely manner and that's because we have a strong network of relationships with the FSHD patient communities and know the treatment providers for this disease. Now for the Phase III REACH trial, we're well positioned with the insights we've gained from the Redux4 trial to continue to be cost effective and the guidance for our cash runway incorporates the cost of this trial. And another important point to keep in mind is that losmapimod could potentially be the first to market

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

therapy for this untreated patient population. And as we look at the unmet need in this indication, we believe the investment in this program will have a meaningful impact on the patient community.

**Operator**

Your next question comes from Judah Frommer with Credit Suisse.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

First on 6058 and just kind of the enrollment timelines and in general. There are obviously several modalities recruiting in terms of SCD clinical trials and the timing doesn't always align. But is there anything you can kind of help us with in terms of feedback from patients or investigators as to enrollment for your trial versus potentially others that may have somewhat overlapping timelines whether they are different modalities or not?

**Bryan E. Stuart**
*President, CEO & Director*

Judah, thank you for the question. We have had nothing, but excitement from sites and feedback from patients about participating in this trial. And frankly, we have not felt any competition risk here. I think the excitement generates from the fact that we've generated now evidence that says that we are in fact what we promised to be, which is an oral HbF inducer and the mechanism behind HbF is well understood. Its impact on this disease have been well characterized and are well appreciated not just by the patient community, but also by the physician community. And the fact that we can do this with an oral medicine is also additionally quite compelling. So we haven't felt any competitive pressure so far with enrollment and that's been a good sign.

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

Okay. And then just switching gears to losmapimod. Anything you can help us with in terms of conversations with the agency on kind of how relevant DUX for gene expression biopsies are kind of in assessing disease burden for disease here? And then also there's certainly a decent amount of natural history work being done in this space. So did that come up in terms of a potential comparator maybe not now, but if the trial was going to happen at a later date, whether natural history would be more helpful than it would be today?

**Judith A. Dunn**
*President of Research & Development*

Thanks for your questions. I'll take the question around DUX4 first. When we meet with regulators, what they're most concerned about and they have been even since the DUX4 trial and before is that what is important is how patients function and feel. And in Redux4, we demonstrated very clearly that we have an improvement in how patients function and patients recognize the value of the medicine. In terms of the DUX4 biomarker, there is so much biologic variability, there's so much technologic variability. And really putting patients through a muscle biopsy when we know that we can hit on what's ultimately most important, which is function for us and for the regulators, DUC score as a biomarker is really kind of off the table because of the data that we have in hand that's more relevant to patients.

So they were very supportive of moving away from that biomarker in our case and being able to just talk about how does this drug help patients to function better and do patients recognize that value. So we won't be continuing with DUX score. Now in terms of the natural history study, those are studies that we are involved in that we're watching closely and we utilized actually in addition to DUX4 to design our REACH trial. So we have a lot of confidence that we understand the course of disease progression, both from our Redux4 trial as well as from these natural history studies, and we're very appreciative for the investigators and patients that are being followed to help inform our trials. And those continue to be ongoing and we've learned a lot from them and we're looking forward to being able to show significantly clinically relevant differences both in function and feel at the end of the REACH trial.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

[Operator Instructions] We have a question from Ted Tenthoff with Piper Sandler.

**Edward Andrew Tenthoff**
*Piper Sandler & Co., Research Division*

So I apologize I joined the call a little bit late so if this has already been answered, I don't need to have you repeat. But when it comes -- and Judy, I found that last answer really interesting and informative. When it comes to the primary endpoint, what is a clinically meaningful change in Reachable Workspace? Have you given any sense for sort of what the powering looks like with 230 patients, approximately 115 on drug?

**Judith A. Dunn**
*President of Research & Development*

Thanks for the question. I think that is really what people want to know about and what we continue to work on to be able to relate the clinical meaningfulness of this difference in terms of outcomes. So we have a number of data points that we've used to one, talk with the regulators to support Reachable Workspace, but also to help us to understand the clinical relevance. So probably first and foremost, there's just such a strong correlation between changes in Reachable Workspace and activities of daily living that are measured by other scales like the NeuroQual. Why we prefer Reachable Workspace is that it's quantitative and it's very reliable because we are still using that connect system and that 3D technology really takes quantification to a different level. In addition to that, when we looked at our own data, there's also a strong correlation between how patients feel and those changes in Reachable Workspace.

So we're beginning to quantify those differences in patients who are improving and how the Reachable Workspace scores are changing and for those who don't feel better and what we saw there is also a strong correlation. And then finally, the third correlation, I think probably the most important correlation, are those changes in disease pathology. We had strong correlations between the changes in muscle fat infiltration and functional outcome on Reachable Workspace. So when we powered the study, we've powered it at over 90% to be able to detect a difference between placebo and drug in 48 weeks. And when you think about this Reachable Workspace, it's just so intuitive, right? If you can reach more areas, you're going to be able to function better. Being able to continually work on how to relate this quantitatively as part of the analysis plan for Reachable Workspace so we'll be able to put those additional measurements and comparisons together and speak with people about them as the trial data is released.

**Edward Andrew Tenthoff**
*Piper Sandler & Co., Research Division*

Great. That's really helpful. And then if I may, just a quick clarification for Esther. The guidance that you gave for cash through year-end, I understand that that includes expenditures for the Phase III, but that doesn't assume the Phase III readout by end of 2024. Is that correct? Just to clarify.

**Esther P. Rajavelu**
*CFO & Treasurer*

So Ted, thanks for that question. We have not guided to a readout by the end of 2024 just to be clear on the REACH trial. So for the Phase III REACH trial, we are planning a 48 week treatment period with enrollment commencing in the second quarter of this year and we believe we're well positioned to enroll efficiently. But as I said, we're not guiding beyond this at this time. With regards to your question on cash runway, we're fortunate to have a robust pipeline with 3 programs in the clinic this year, a potential new IND early next year and a discovery engine that is highly productive. So we're executing on multiple fronts here with a cash position of about $218 million as of year-end and we're in a strong financial position and well-funded to execute on our plans as we've laid out into 2024.

**Operator**

And our last question comes from Tazeen Ahmad with Bank of America.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Tazeen Ahmad**
*BofA Securities, Research Division*

Okay. I think that sounds like me so I'm going to go for it. Could guys give me a little bit of color on when you expect to see the twofold to threefold fetal hemoglobin impact? I think that it is reasonable to assume based on what you said that 3 months should show a robust effect so that I'm clear. Do you think 3 months would be enough time to show that twofold to threefold increase? And then can you just remind us how many patients' worth of data will be released?

**Bryan E. Stuart**
*President, CEO & Director*

In terms of the timing to see a twofold to threefold induction, we focused on essentially 2 data points to kind of guide us and set expectations for us. One is just the process of erythropoiesis. The second is we looked at other mechanisms that had been known to induce HbF and we looked at the timing of those. And as we looked across a number of mechanisms, typically we saw maximal HbF induction in a time period of about 3 to 5 months. And the earliest that HbF increases were observed was at 1 month. So that's really informing us going into the Phase Ib study. So our expectation is that 3 months will be a sufficient amount of time to see robust increases in HbF.

We don't yet know if those will be maximal and for that, we'll have to wait to see the data. In terms of the guidance for the number of patients, what we've announced is up to 3 cohorts and up to 10 patients per cohort. As Chris mentioned, we're currently enrolling in our first cohort which is 6 milligrams. We will provide an update as we open up additional cohorts. So we haven't provided exact guidance on number of patients. But again, the hope is that it will be a sufficient number of patients and a sufficient time period to see robust HbF induction.

**Tazeen Ahmad**
*BofA Securities, Research Division*

Okay. And then the time that it could take to get to maximal amount just directionally speaking, would that be closer to 6 months or would you think it would be closer to a year?

**Christopher J. Morabito**
*Chief Medical Officer*

So Tazeen, this is Chris. Going back to what Bryan said, we think it will take 3 to 5 months to see maximal increases. Well, certainly at the Q2 update where we have patients dosing to up to 3 months, we'll see strong directional changes and they may not be maximal, but we do expect to see robust increases in HbF by that time.

**Tazeen Ahmad**
*BofA Securities, Research Division*

Okay. So I guess closer to 6 months would be the answer.

**Operator**

And with that, we conclude the Q&A session and I will turn the call back to Bryan Stuart for his final remarks.

**Bryan E. Stuart**
*President, CEO & Director*

Great. Thanks again for everybody's time today and we appreciate the continued support of Fulcrum. Have a great day.

**Operator**
Thank you, ladies and gentlemen, for participating in today's program. You may now disconnect and have a wonderful day.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.