# Exhibit 6

**Investor Meeting - Key Opinion Leader**   *(Corrected version)*

˅ **Event Details**

Date: 2022-03-24
Company: Fulcrum Therapeutics, Inc.
Ticker: FULC-US

˅ **Company Participants**

Naomi Aoki - Fulcrum Therapeutics, Inc., Senior Vice President, Corporate Communications & Investor Relations
Bryan E Stuart - Fulcrum Therapeutics, Inc., President, Chief Executive Officer & Director
Nicholas E Johnson - Virginia Commonwealth University, Associate Professor of Neurology and Human and Molecular Genetics & Vice Chair of Research in Neurology
Judith A. Dunn - Fulcrum Therapeutics, Inc., President - Research & Development
Jay J. Han - UC Irvine School of Medicine, Professor
Mel Hayes - Fulcrum Therapeutics, Inc., Chief Operating Officer
Christopher J Morabito - Fulcrum Therapeutics, Inc., Chief Medical Officer

# MANAGEMENT DISCUSSION SECTION

**Naomi Aoki**

Good morning, and thank you for joining us today for Fulcrum Therapeutics KOL Event on FSHD, a severe, progressive and debilitating muscular dystrophy. I'm Naomi Aoki, Fulcrum, Senior Vice President of Corporate Communications and Investor Relations.

Before we get started, please be reminded that we may make forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These may include statements about our future expectations and plans, clinical development milestones and financial projections. While these forward-looking statements represent our views, as of today, they should not be relied upon as representing our views in the future. We may update these statements in the future, but we are not taking on the obligation to do so. Please refer to our most recent filings with the Securities and Exchange Commission for a discussion of risks, uncertainties associated with our business.

With me on today's call are two key opinion leaders, Dr. Nick Johnson; and Dr. Jay Han, as well as Bryan Stuart, our President and Chief Executive Officer; Dr. Judy Dunn, our President of R&D; and Mel Hayes, our Chief Commercial Officer.

Following their presentations, there will be a question-and-answer session. All participants are invited to submit questions through the Q&A function available on the webcast platform. Chris Morabito, our Chief Medical Officer; and Esther Rajavelu, our Chief Financial Officer, will also be on for Q&A.

With that, it's my pleasure to turn the event over to Brian.

**Bryan E Stuart**

Thank you, Naomi and thanks everybody for joining us today. We're thrilled to be in a position to be able to talk to you more about FCHD, be joined by two distinguished key opinion leaders in the space, and also talk more about our Phase 3 REACH trial which is upcoming, so just to walk you through this morning session. I'll start with some opening remarks and very brief corporate overview. I'll then turn it over to Dr. Nick Johnson, who will provide more background on FSHD and the unmet need. And by way of background Dr. Johnson is an Associate Professor of Neurology and Human and Molecular Genetics. He's the Vice Chair of Research in Neurology at Virginia Commonwealth University with a focus on inherited neuromuscular disorders. He has over 10 years of experience in muscular dystrophy trials. He's also a member of the FSHD Clinical Trials Research Network and also the lead of the biomarker working group. We'll then turn it over to Judy Dunn, who is Fulcrum's President of R&D to talk more about both our ReDUX4 trial, as well as our upcoming Phase 3 REACH trial, which is based on some of the key findings from that trial. Judy's got an extensive background in both drug discovery and development. Has led

©2023, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

multiple drugs through the clinic to approval, including in the rare disease space. We'll then turn it over to Dr. Jay Han and Dr. Han is a professor and Vice Chair of the Department of Physical Medicine and Rehabilitation at UC Irvine. He is a board certified neuromuscular specialist, he's more than 20 years of experience taking care of patients with neuromuscular disorders, including FSHD, and most importantly, Dr. Han is also the principal investigator and developer of the Reachable Workspace tool, which we'll talk more about in the context of our Phase 3 REACH trial.

Excuse me, and next, we'll then wrap it up by turning it over to Mel Hayes, Fulcrum's Chief Commercial Officer, who will talk more about the significant unmet need and very meaningful commercial opportunity that exists.

So next, I'll focus on some of the key takeaways that we'll share with you today. So first and foremost, losmapimod is positioned to be a first to market therapy for FSHD. We've made tremendous progress, we'll talk more about some of the key learnings that came out of our Phase 2b trial, which we believe positions us extremely well for the REACH trial that will be starting in the second quarter of this year. And that progress is extremely exciting as we are potentially very close to finally bringing a therapy for this underserved patient population.

We'll also focus on the unmet need that exists with FSHD. So as you'll hear more about today, FSHD is a severe, progressive and debilitating disease. People with FSHD are typically born healthy, without symptoms, and then usually in the second decade of life, they begin to develop symptoms. Fat infiltrates their muscle, it has impact on function, impact on independence, many of them often ending up in a wheelchair, and unfortunately, no therapeutic interventions or nothing that they can do today to be able to slow or stop that.

You'll also take away that this is a very large and addressable patient population. This is typically passed on from family member to family member, over 70% of the cases are people see their family members, their aunts, their uncles, their parents with this disease, and as a result, they're aware that they have FSHD, but are really looking for any type of treatment or therapy that can help them. And as I mentioned, unfortunately, there are nothing for people living with FSHD today. Not only is there nothing approved, there's also nothing else in the clinic. And as Mel will talk about from the commercial perspective, this is actually the second most prevalent form of muscular dystrophy. There are 16,000 to 38,000 patients in the US alone, approximately 0.5 million patients worldwide and a tremendously well-organized and very vested patient population looking for a potential therapy to come to market.

We'll also take away from today that our phase 3 REACH trial is really optimally designed to demonstrate efficacy. So some of the learnings from our Phase 2b trial, our ReDUX4 trial, showed the benefits of losmapimod across a number of measures. So while DUX4-driven gene expression itself proved to be very difficult to measure due to the stochastic nature of it, we did observe in the course of a 48 week trial with only 80 subjects that the downstream benefits of reducing DUX4-driven gene expression were all apparent. In that, we were able to show statistically significant and clinically meaningful benefits in muscle health as measured by whole body MRI, in strength, in function and patient reported outcomes. And we're able to leverage those learnings into our Phase 3 REACH trial, which has Reachable Workspace as our primary endpoint and Reachable Workspace is a quantitative and reliable measure of function and disease, Dr. Han will be able to talk more about that tool and Dr. Dunn will talk more about the findings from our Phase 2b trial. What's also important about Reachable Workspace is that it is highly correlated with active – activities of daily living and independence and we're very pleased that we had our regulatory interactions with both the FDA and ex-US regulators and were able to gain alignment on utilizing Reachable Workspace as our primary endpoint in our REACH trial. And then finally Mel will talk more about the significant commercial opportunity that exists based on the severity of this disease and the significant unmet need.

Next slide, please. So I'll give just a brief corporate overview of Fulcrum. So at Fulcrum we aim to deliver disease modifying therapies for people living with rare genetic diseases and how we do that is using our FulcrumSeek product engine. So we take advantage of the fact that there are now over 4,000 rare diseases that have known genetic causes and we've set up our discovery approach so we can screen at scale and very efficiently identify targets that modulate gene expression and allow us to quickly move into and through the clinic with potentially disease modifying drugs.

We'll focus more on FSHD today, but another example of our approach is our other program FDX6058 for both sickle cell disease and non-sickle cell hemoglobinopathies and this is an example of where we put FulcrumSeek against this other disease, sickle cell disease and where we know that the only way to treat all of the symptoms of the disease is by inducing HbF. We uniquely identified a small molecule that induces HbF. We have that now in a Phase 1b study which will be reporting out later on this year, we believe there's a lot of applicability to our approach across genetically defined rare diseases in many therapeutic areas, and on the next slide, **we'll show beyond the clinical programs, we also have a robust preclinical pipeline** and we have two active collaborations one around

©2023, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

genetically defined pulmonary disease, a second around genetically defined cardiomyopathies. Those are with Merck and BMS, respectively. And as we continue to advance our product engine and our capabilities and our ability to identify disease modifying therapies, we believe there's a lot more potential to move more programs forward internally ourselves and do more collaborations in areas outside of our areas of focus.

And then finally, we believe that with the clinical programs that we have as well as our discovery approach, as you see here on the next slide, it positions us extremely well for what we anticipate to be a very exciting 2022, three potentially disease modifying clinical stage programs, multiple clinical milestones. We're guiding towards our next IND coming out of our product engine in the first quarter of 2023. And we have a cash balance, which takes us into 2024, putting us in a very strong position. And with that, it's my privilege to turn it over to Dr. Johnson to talk more about FSHD.

**Nicholas E Johnson**

Great, thanks for the introduction. It's nice to see everybody virtually and talk about FSHD as an important condition with the high unmet need. Next slide, please. So my disclosures, we go to the next slide. So FSHD is a rare genetic disorder where skeletal muscle is replaced by fat, and it's – the primary pathophysiology is hypomethylation that leads to aberrant expression of the DUX4 gene. It is autosomal dominance. The onset and severity vary widely. So most people do develop symptoms as teens or young adults, but there's a whole range of symptom onset from infantile to even non-manifesting carriers. And one of the interesting things about FSHD is that it does have variable progression with periods of progression and plateaus. And you can see the pictograph there representing the really characteristic muscles that are affected by FSHD. It's in the name, so it's the face, the scapula region, the humeral region, but then in addition, the trunk and the distal legs as well. Next slide.

There are, in fact, at least two different kinds of FSHD, type-1 and type-2. They are clinically the same. They're both caused by an aberrant expression of DUX4. The underlying genetics as to whether or not it's a truncation of the D4Z4 repetitive element or if it was a mutation in the hypomethylation gene SMCHD, just gives you two different pathways to get to the same place F61 represent by and large the majority of the cases over 95% of individuals and FSHD the remainder. And this graph – these graphs from (00:13:16) work demonstrate that looking at an age-corrected clinical severity score or regular clinical severity score or a measure of manual muscle testing, you can see that across the board, individuals with FSHD1 and FSHD2 behave remarkably similar and in fact, in clinic, I can't tell the difference between FSHD1 and FSHD2. It's at the results of that underlying genetics. Next slide.

And that clinical presentation in clinic is both characteristic and heterogeneous. So you can see these pictures here highlighting many of the typical features that you see in individuals with FSHD often readily apparent even from the exam room door. And you can see, for example, on the upper left-hand corner the transfer smile that comes with the facial weakness and then a number of pictures demonstrating the severe scapula weakness that occurs with FSHD. The progression is typically stepwise involving the face first, the scapula muscles next and then humoral and so on and so forth. But you can see there with that scapula weakness the inability to extend the arms over the head or forward and the amount of extra work somebody is trying to do just to even lift those arms to 90 degrees, so that scapula weakness is a big deal and really apparent when you see patients in clinic. Next slide?

And we did survey patients with FSHD using the national registry of FSHD in myotonic dystrophy patients and family members. And so this is a cross-sectional survey of 328 participants with FSHD. And you can see the symptomatic themes represented there as well as the population impact score – excuse me. And you can see that over 95% of patients reported problems with shoulders or arms as the highest disease burden. This makes sense it's again beyond the facial weakness. It's a next area where people develop weakness typically and so it's – with them for the majority of the disease of course can be on the facial weakness. And then when you look at how it affects their lives so is not only is it prevalent but is impactful that population impact score is an aggregate measure of the mean like response by the frequency of the response and so the higher the population impact score, the more meaningful that particular symptom – meaningful the impact of that particular symptom. And you can see a problem for the shoulders arms again, top of lists with mobility and walking right behind it. Next slide.

So, more than what you can represent as surveyed for my experience working with patients with FSHD, there are a number of different areas where people, it really does affect our day to day life, it's a progressive disorder and it's just at least an incredible amount of disability.

So any ability to communicate via facial expression. I've had kids, teenagers who say that they get made fun of by their classmates was like, why are you angry with me? But I'm not angry with you. I just can't smile. The inability to

©2023, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.