# Exhibit 11

**S&P Global**
Market Intelligence

# Fulcrum Therapeutics, Inc.
# NasdaqGM:FULC
# FQ2 2022 Earnings Call Transcripts

## Thursday, August 11, 2022 12:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ2 2022- | | | -FQ3 2022- | -FY 2022- | -FY 2023- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.66) | (0.83) | NM | (0.69) | (2.68) | (2.84) |
| **Revenue (mm)** | 2.96 | 1.88 | ▼ (36.49 %) | 3.11 | 11.11 | 10.45 |

Currency: USD
Consensus as of  Jul-05-2022 2:15 PM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ3 2021** | (0.65) | (0.57) | NM |
| **FQ4 2021** | (0.73) | (0.58) | NM |
| **FQ1 2022** | (0.63) | (0.64) | NM |
| **FQ2 2022** | (0.66) | (0.83) | NM |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants .................................................................................. 3

Presentation .................................................................................. 4

Question and Answer .................................................................................. 9

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

## EXECUTIVES

**Bryan E. Stuart**
*President, CEO & Director*

**Esther P. Rajavelu**
*CFO & Treasurer*

**Judith A. Dunn**
*President of Research & Development and Interim Chief Medical Officer*

**Paul Bruno**
*Executive Director of Corporate Development*

## ANALYSTS

**Dae Gon Ha**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Stephanie Ascher**

**Edward Andrew Tenthoff**
*Piper Sandler & Co., Research Division*

**Joseph Patrick Schwartz**
*SVB Securities LLC, Research Division*

**Judah C. Frommer**
*Crédit Suisse AG, Research Division*

**Matthew Cornell Biegler**
*Oppenheimer & Co. Inc., Research Division*

**Unknown Analyst**

## ATTENDEES

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning and welcome to the Fulcrum Therapeutics Second Quarter 2022 Conference Call. [Operator Instructions] Please note today's conference is being recorded.

I would now like to turn the call over to Stephanie Ascher from Stern Investor Relations. Please proceed.

**Stephanie Ascher**

Thank you, Rocco. Good morning and welcome to the Fulcrum Therapeutics conference call. Please be reminded that remarks made during this call may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These may include statements about our future expectations and plans, clinical development time lines and financial projections.

While these forward-looking statements represent our views as of today, they should not be relied upon as representing our views in the future. We may update these statements in the future, but we are not taking on an obligation to do so.

Please refer to our most recent filings with the Securities and Exchange Commission for a discussion of certain risks and uncertainties associated with our business.

With me on today's call are Bryan Stuart, President and Chief Executive Officer; Judy Dunn, our President of Research and Development; and Esther Rajavelu, our Chief Financial Officer. In addition Paul Bruno, our Executive Director of Corporate Development, will be available for Q&A.

Let me quickly run through this morning's agenda. Bryan will begin the call with a corporate overview and key updates. Judy will review our clinical program. Esther will cover our financials and then Bryan will open the call for Q&A.

With that, it's my pleasure to turn the call over to Bryan.

**Bryan E. Stuart**
*President, CEO & Director*

Thank you, Stephanie. Good morning, everyone and thank you for joining us today. At Fulcrum, our mission is to treat the root cause of rare genetic diseases. And in the second quarter of 2022, we have made significant progress in advancing 2 clinical-stage assets that support that mission.

The first is our FSHD program, which is now in Phase III, positioning losmapimod to be the first-to-market therapy for an untreated patient population. The second is FTX-6058, a once-daily HbF inducer with the potential to be the first oral therapy that can broadly improve outcomes in sickle cell disease and other hemoglobinopathies.

I'll start with an update on FTX-6058. HbF induction is the only mechanism which has been shown to broadly improve outcomes and reduce both the frequency and severity of sickle cell disease symptoms such as VOCs, anemia, pain, fatigue and acute chest syndrome.

A wide body of evidence has demonstrated that increasing HbF by 5% to 10% above baseline levels produces benefits that could be transformative for patients with sickle cell disease. An oral therapy that can produce robust increases in HbF, has been a therapeutic goal in sickle cell disease for some time, which is why our initial data from our Phase Ib trial are so exciting.

In June, at the European Hematology Association Conference, we showed compelling proof of concept that FTX-6058 rapidly induces HbF protein in sickle cell disease patients and demonstrated that it is able to achieve absolute HbF increases within the 5% to 10% range that clinicians have targeted as the future standard of care. These initial data underscore the potential of FTX-6058 to disrupt the sickle cell disease treatment paradigm. They have also provided valuable insights to inform our path forward for the program

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and the Phase Ib trial, where we expect to complete enrollment in 3 cohorts, including a new higher dose cohort by year-end.

We are also making rapid progress in our FSHD program. In the second quarter, we announced the enrollment of our first patient in the Phase III REACH trial. Although FSHD is the second most common form of muscular dystrophy, until now no potential FSHD treatments have progressed to late-stage clinical development.

Data from our Phase II ReDUX4 trial indicate that losmapimod has the potential to slow or stop disease progression and in some cases, even improve function in FSHD patients. The REACH trial will enroll 230 patients at over 30 sites in the U.S., Canada, U.K. and the European Union. As a landmark trial for this disease, REACH has already received a tremendous amount of enthusiasm and interest from both patients and clinicians, and we expect to complete enrollment in 2023.

The progress that we have made with our clinical programs positions Fulcrum to move into the next phase of our growth as we prepare to potentially have 2 registrational candidates within the next year. This is a pivotal moment for our company and in order to facilitate this transition and to ensure that we are aligned as an organization to deliver near-term value for our clinical program, this morning, we laid out our strategic plan to realign our internal investments and operations to focus resources on our 2 lead programs, losmapimod for FSHD and FTX-6058 for sickle cell disease while streamlining our discovery efforts.

Esther will provide additional details on our plans. However, I would like to highlight that changes that we have instituted extend our cash runway into mid-2024, enabling us to achieve key milestones in both clinical programs. As part of these organizational changes, we have made changes at the leadership levels. Mel Hayes, who joined Fulcrum in 2021 as Chief Commercial Officer, has been promoted to the role of Chief Operating Officer. In this new position, Mel will help guide execution of the day-to-day operations of the company in addition to its current commercial responsibilities. Additionally, we have expanded the role of Curt Oltmans, our SVP and General Counsel. Curt will now take on the role of Chief Legal Officer.

This is a very exciting time for our company. The strategies we are implementing are designed to enable us to deliver on our near-term business imperatives while we forge ahead with our mission of building a leading biopharmaceutical company poised to bring transformative therapies to patients with genetically defined rare diseases.

And with that, I'll turn it over to Judy to talk more about our clinical programs. Judy?

**Judith A. Dunn**
*President of Research & Development and Interim Chief Medical Officer*

Thank you, Bryan. As Bryan noted, last quarter, we made significant advances in our 2 clinical stage programs. I'd like to begin by reviewing our 6058 program and the ongoing Phase Ib trial in sickle cell disease.

There are significant unmet needs in sickle cell disease treatment landscape. We're all familiar with the efficacy, safety and tolerability challenges associated with hydroxyurea. Even the newer treatment options only address the symptoms of the disease rather than targeting its broad symptomatology. Other therapies in development, such as gene editing approaches present challenges due to the invasiveness and inaccessibility of the treatment. A safe and tolerable oral small molecule that produces robust HbF increases would be the new standard of care for sickle cell disease patients.

As a once-daily oral HbF inducer, 6058 has tremendous potential to deliver life-changing benefits for people living with sickle cell disease. 6058 originated through our Fulcrums discovery engine and is a potent and highly selective EED inhibitor with a clean off-target profile. We have strong preclinical evidence and now clinical evidence in sickle cell disease subjects demonstrating that 6058 produces rapid and durable HbF induction.

The ongoing Phase Ib study is designed to be a dose-ranging multiple cohort study. Each cohort can enroll up to 10 subjects and is comprised of a 28-day initial treatment period. At the end of the treatment

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

period, all subjects are offered the opportunity to participate in an 8-week treatment extension, resulting in a total of up to 3 months of exposure.

The goal of the Phase Ib study was to first and foremost, establish that 6058 induces HbF protein in people with sickle cell disease. The data from initial patients that we presented at EHA shows not just protein induction within 14 days of treatment initiation, but at the 6 mg dose, we were already able to achieve absolute increases in HbF within that 5% to 10% range that provides broad clinical benefits.

In addition to HbF increases, we also observed meaningful changes in other biomarkers, absolute reticulocyte count, total hemoglobin and total bilirubin that were indicative of clinical improvement through decreased hemolysis and less anemia.

Consistent with our healthy volunteer data, initial data from the Ib study indicates that 6058 was generally well-tolerated with no serious treatment-emergent adverse events. No SAEs were reported on study drug, and there were no discontinuations recorded due to treatment-emergent adverse events.

Currently, we continue to enroll patients who are receiving HU as well as those who are not into the 6 mg and 2 mg dose cohorts of this Phase Ib study. It's important to understand the efficacy and safety of these drugs in combination because although 6058 is intended to be used as a monotherapy, patients not fully responsive to hydroxyurea may receive 6058 concomitantly. Our preclinical data indicates that there may be an additive or synergistic effect between these 2 drugs.

Additionally, we plan to initiate a third higher-dose cohort this fall. The combined data from these cohorts will be critical as our aim is to move as efficiently as possible and select an optimal dose for the Phase II/III trial, which we intend to be registrational. We expect to complete enrollment in 3 dose cohorts by the end of the year and anticipate initiating registrational trial in 2023.

We've learned a lot from the early days of enrolling sickle cell patients into this study, and we've used these learnings to refine our clinical execution and site operations. Specifically, as we have better understood some of the challenges around adherence, we implemented observed dosing. We've already seen a benefit. So we're confident that as we complete the remainder of this study, we're collecting high-quality data that accurately represents the effects of 6058 in sickle cell disease patients.

Moving on to FSHD and our losmapimod development program. This is another area where we are working to address a clear and critical unmet need. As Bryan mentioned, FSHD is the second most prevalent form of muscular dystrophy. It's estimated that there are 16,000 to 38,000 FSHD patients in the U.S. alone and approximately 0.5 million patients worldwide, but there are currently no available therapies.

The continually progressive nature of FSHD, a disease in which basic motor functions and quality of life begin to decline in a patient's second decade of life, emphasizes the urgent need for a disease-modifying therapy as well as the value of our losmapimod program, which is the most advanced treatment in development for this disease.

In the Phase II ReDUX4 trial, we looked at the effect of losmapimod in 80 FSHD patients over a 48-week treatment period. In addition to assessing the safety and tolerability of losmapimod, we also wanted to understand how to best study FSHD as our trial was the first of its kind for this disease. We looked at everything from the length of time needed to show an effect on disease progression to the appropriateness assessments for detecting changes.

After 48 weeks, losmapimod demonstrated clinically meaningful benefits such as preservation of muscle health as measured by MRI, muscle function as measured by Reachable workspace and patient quality of life assessed by patient global impression of change. Importantly, losmapimod was very well-tolerated with no serious treatment-related adverse events.

The extensive work that was done as part of the ReDUX4 trial has enabled us to design the Phase III REACH trial in a very efficient manner. REACH is a 48-week double-blind placebo-controlled trial. Reachable workspace, a quantitative measure of function is its primary endpoint.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The secondary endpoints of the REACH trial include muscle fat infiltration, the Neuro-QoL, a qualitative measure of function and the patient's global impression of change. As we prepare for commercialization, we'll also be probing health care utilization and other economic and outcomes research metrics. As the first ever Phase III trial in this disease, REACH represents an enormous milestone for the FSHD community. Since enrolling our first patient in June, we have been moving quickly to begin enrolling at sites across North America and Europe, and we are on track to complete that process next year. We are incredibly proud of both our clinical programs, and we look forward to sharing more in the future.

With that, I'll turn it over to Esther to walk through the financials. Esther?

**Esther P. Rajavelu**
*CFO & Treasurer*

Thank you, Judy. Following up on Bryan's comments about our organizational changes, I'd like to first provide more detail on our strategy and focus going forward and then provide an update on our financial performance in the second quarter.

As you heard from both Bryan and Judy, our 2 clinical stage programs have gained momentum and the business realignment that we announced today reflects our confidence in the progress we have made and expect to make in the near term with both programs. Fulcrum is well-positioned to transition from an early-stage clinical company to a pivotal stage company with 2 assets potentially in registration-enabling trials within the next year.

We intend to build on our success by prioritizing execution on these clinical stage assets. Consequently, we have taken steps to realign our internal investments and organizational structure to prioritize these key value-driving programs while streamlining our research and discovery efforts.

In our clinical programs, we are focused on rapidly generating value-enhancing data from our Phase Ib sickle cell disease and Phase III FSHD programs. While in discovery, we are now scaled appropriately to efficiently identify targets and generate an IND in 2023. As part of the realignment towards our lead clinical programs, we are delaying the planned initiation of the Phase Ib trial in beta-thalassemia and other non-sickle hemoglobinopathies as well as some ongoing discovery and preclinical projects that are not core to our areas of focus.

A key consideration of our strategy is the desire to remain nimble and adaptable. So even as we plan to deliver on key value-driving clinical programs, our discovery engine is enabled to be flexible and opportunistic towards ongoing and future collaborations.

The changes we have implemented are expected to result in savings of $40 million to $50 million, which includes a 25% planned reduction in our workforce. This realignment of internal investments and organizational structure to realize near-term value from both our clinical programs also extends our cash runway into mid-2024.

As you can see, these changes allow us to operate from a continued position of financial strength as we end the second quarter with $169 million in cash, cash equivalents and marketable securities.

Now I will briefly review the financials for this quarter. During the second quarter of 2022, we recognized collaboration revenue of $1.9 million compared to $4.4 million recognized during the second quarter of 2021.

Second quarter '22 R&D expenses were $25 million compared to $17.4 million for the second quarter of '21. G&A expenses for the second quarter of 2022 were $11.1 million compared to $6.7 million for the second quarter of 2021. And our net loss for the second quarter of '22 was $34.1 million compared to a net loss of $19.6 million for the second quarter of '21.

With that, I'll turn it back to Bryan.

**Bryan E. Stuart**
*President, CEO & Director*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thanks, Esther. Before we close today, I want to thank our incredible team at Fulcrum, including those employees who have been impacted by our recent organizational changes, whose contributions we value greatly. I would also like to thank our patient communities, clinical trial partners and shareholders for their continued support.

Operator, you may now open the line for questions.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.