# Exhibit 15



# Fulcrum
## Therapeutics

### J.P. Morgan Presentation

January 2023

# Disclaimer and Notice

This presentation contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve substantial risks and uncertainties, including express of implied statements regarding the development status of Fulcrum's product candidates, the potential advantages and therapeutic potential of Fulcrum's product candidates planned meetings with regulatory agencies and availability of clinical trial data. All statements, other than statements of historical facts, contained in this press release, including statements regarding Fulcrum's strategy, future operations, future financial position, prospects, plans and objectives of management, are forward-looking statements. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "target," "will," "would" and similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. Any forward-looking statements are based on management's current expectations of future events and are subject to a number of risks and uncertainties that could cause actual results to differ materially and adversely from those set forth in, or implied by, such forward-looking statements. These risks and uncertainties include, but are not limited to, risks associated with Fulcrum's ability to obtain and maintain necessary approvals from the FDA and other regulatory authorities; continue to advance its product candidates in clinical trials; initiate and enroll clinical trials on the timeline expected or at all; correctly estimate the potential patient population and/or market for Fulcrum's product candidates; replicate in clinical trials positive results found in preclinical studies and/or earlier-stage clinical trials of losmapimod, FTX-6058, and any other product candidates; obtain, maintain or protect intellectual property rights related to its product candidates; manage expenses; and raise the substantial additional capital needed to achieve its business objectives. For a discussion of other risks and uncertainties, and other important factors, any of which could cause Fulcrum's actual results to differ from those contained in the forward-looking statements, see the "Risk Factors" section, as well as discussions of potential risks, uncertainties and other important factors, in Fulcrum's most recent filings with the Securities and Exchange Commission. In addition, the forward-looking statements included in this press release represent Fulcrum's views as of the date hereof and should not be relied upon as representing Fulcrum's views as of any date subsequent to the date hereof. The Fulcrum anticipates that subsequent events and developments will cause Fulcrum's views to change. However, while the Fulcrum may elect to update these forward-looking statements at some point in the future, the Fulcrum specifically disclaims any obligation to do so.

2

 Unlocking the Power of Small Molecules
to Change the Course of Genetically Defined Diseases

## Two Wholly Owned Clinical Programs

| | | | Phase 1 | Phase 2 | Phase 3 | |
|---|---|---|---|---|---|---|
| FSHD | **Losmapimod** (DUX4 Inhibitor) | **First-to-market potential** | | | | **Complete Phase 3 enrollment in 2H'23** |
| SCD | **FTX-6058** (Oral HbF Inducer) | **Best-in-class potential** | | | | **Phase 1b data update in 4Q'23** |

### Wholly Owned Discovery Programs

Blood Disorder

Neurologic Disorder

Muscle Disorder

# FTX-6058
## for Sickle Cell Disease

Fast Track Designation

Orphan Pediatric Designation



# Higher HbF Levels Result in Reduced Symptomology in People Living with Sickle Cell Disease



HbF: fetal hemoglobin; VOCs: Vaso-occlusive crisis; HPFH: Hereditary Persistence of Fetal Hemoglobin; *Powars, DR. Blood. 1984; Platt, OS. NEJM. 1994; Akinsheye, I. Blood. 2011.*

10

# FTX-6058: Potential Best-in-Class Therapeutic Profile



# Ongoing Phase 1b Clinical Trial in SCD Subjects



**Subjects with SCD, Age 18 – 65, on or off hydroxyurea**
*(if on HU, must have been on stable dose for 3 months, if not on HU, must have been off for 60 days)*

**Study Design**

**4-Week Treatment Period**

**Cohort 1** (6 mg)    8-Week Treatment Extension

**Cohort 2** (2mg)    8-Week Treatment Extension

**Cohort 3** (12 mg)    8-Week Treatment Extension

**Study Endpoints**

| **Primary** | **Secondary** | **Exploratory** |
|---|---|---|
| • Safety and tolerability<br>• Pharmacokinetic measurements | • Change from baseline in HbF<br>• Change from baseline in reticulocytes | • Biomarkers of hemolysis<br>• Target engagement<br>• Incidence of VOCs<br>• QOL measures |

12

## SCD Phase 1b Demographics



- 2 subjects at 2 mg

- 10 subjects at 6mg

- 8.4% mean baseline HbF

- 3 subjects at 6mg on Hydroxyurea

## Overall FTX-6058 Was Generally Well Tolerated

- 14 Treatment-emergent Adverse Events (TEAEs)
  - 2/14 TEAEs reported as possibly related to study drug (headache, lip numbness)
  - Mild severity and non-serious

- 2/14 TEAEs characterized as VOCs unrelated to study drug
  - One VOC reported as an SAE with acute chest syndrome (in non-adherent subject)

- No lab-related adverse events

- No discontinuations due to TEAEs



# Instituted Observed Dosing and On-Treatment Analysis Following Initial Non-Adherence

| Subject | Dose | Confirmed treatment duration (days) | On-treatment analysis eligible⁺ |
|---|---|---|---|
| 1 | 6 mg | 56 | ✔ |
| 2 | 6 mg | 42 | ✔ |
| 3 | 6 mg | 42 | ✔ |
| 4* | 6 mg | 0 | |
| 5 | 6 mg | 0 | |
| 6 | 6 mg | 0 | |
| 7** | 6 mg | 84 | ✔ |
| 8 | 6 mg | 84 | ✔ |
| 9** | 6 mg | 28 | ✔ |
| 10** | 6 mg | 28 | ✔ |
| 11 | 2 mg | 56 (ongoing) | ✔ |
| 12 | 2 mg | 56 (ongoing) | ✔ |

\* Subject #4 initiated observed dosing on day 53
\** Subjects concurrently receiving hydroxyurea
⁺ On-treatment analysis eligible requires Detectable Drug Levels (PK) and drug accountability/subject interview
Confirmed treatment duration days are consecutive days of dosing starting on first day of dosing
Shading indicates subjects enrolled after observed dosing initiated

15

# Non-Adherent Subject Switched to Observed Dosing Demonstrated HbF Induction





# FTX-6058 Appears to Have a Dose Dependent, Clinically Relevant and Consistent Increase in HbF





----- Represents last dose
* Subjects also on hydroxyurea

# Adherent Subjects, On and Off Hydroxyurea, Reach Robust HbF Increases





HbF increase was robust (6.8%-9.5%) at day 84
No apparent response differences in HU vs non-HU treated subjects
Potential for further HbF induction beyond 3 months
Observed dosing was used to ensure adherence

----- Represents last dose

18

# FTX-6058 (6 mg) Improved Biomarkers of Hemolysis

## Hemolysis Impact

## Amelioration of Anemia

### Red Cell Distribution Width

### Total Bilirubin

### Absolute Reticulocyte Count

### Total Hemoglobin



Reductions in RDW indicate RBCs are becoming more uniform in shape

Bilirubin decreases indicate less hemolysis

Reductions in reticulocytes and increases in total hemoglobin indicate less anemia and healthier bone marrow function

----- Represents last dose
RDW: red cell distribution width

19

# Next Steps:
# Complete Phase 1b to Enable Registration Dose Selection



**Amend Protocol and Increase Number of Sites:**
Streamline PK Collection and Reduce Patient Burden

**Accelerate Enrollment**

Optimize Treatment Effect:
**Continue Dose Escalation to 12 mg**

**Completion of Phase 1b**

**Refine PK / PD Model:**
Select Optimal Therapeutic Dose

**Final Dose for Pivotal Trial**

20

 Diversified, Differentiated Pipeline of Clinical Assets

**Losmapimod:**
**Complete enrollment in REACH Phase 3 in 2H 2023**

**Positions losmapimod to be first-to-market for patients living with FSHD**

**FTX-6058:**
**Complete Phase 1b and select registrational dose in 4Q 2023**

**FTX-6058 has best-in-class potential**

**Cash runway through late 2024**

**Well positioned to deliver on goals**