# Exhibit 16

**SVB Securities Global Biopharma Conference**   *(Corrected version)*

---

### ⌄ Event Details

Date: 2023-02-15
Company: Fulcrum Therapeutics, Inc.
Ticker: FULC-US

---

### ⌄ Company Participants

Robert J. Gould - Fulcrum Therapeutics, Inc., President, Chief Executive Officer & Director
Esther Rajavelu - Fulcrum Therapeutics, Inc., Chief Financial Officer & Treasurer

---

### ⌄ Other Participants

Joseph Patrick Schwartz - Analyst

---

## MANAGEMENT DISCUSSION SECTION

**Joseph Patrick Schwartz**

Hello. Welcome to this fireside chat with Fulcrum Therapeutics. Very pleased to be joined by Robert Gould, Interim CEO, and Esther Rajavelu, CFO. Thanks so much for being here with us. And we will hear a presentation from the company and then have some time for Q&A.

**Robert J. Gould**

Great. Thanks so much, Joe. It's a real pleasure to be participating in the SVB Biopharma Conference and present Fulcrum Therapeutics and the exciting data that we are generating both in the form of muscular dystrophy called FSHD as well as in sickle cell disease. I will be making some forward-looking statements in the course of this presentation.

So let me introduce you to Fulcrum's pipeline. Fulcrum currently has two wholly-owned clinical programs that are both coming out of the product engine that Fulcrum set up about seven years ago around the concept that we could use small molecules to change the course of genetically defined diseases. And the two programs I'll be presenting to you today are great examples of that approach.

In the first case, we have a compound called losmapimod, which is an oral effector in reducing and driving cause of a form of muscular dystrophy called FSHD. Losmapimod is currently in Phase 3 clinical development program, and we anticipate completing enrollment in that program in the second half of this year. We also have an oral inducer of a form of hemoglobin called HbF, which is in Phase 1. We anticipate giving a Phase 1b data update in the fourth quarter of this year. But these are both great examples of products of our product engine where we have efforts in blood disorders, neurologic disorders and muscle disorders at the preclinical stage.

Let me begin by introducing you to losmapimod and importantly to the disease, facioscapulohumeral muscular dystrophy or FSHD, for short. Sean (00:02:21) who's shown on the right hand side is a good example of an FSHD patient. 20% of the patients like Sean (00:02:29) will end up in a wheelchair through the course of their lifetime. And because two-thirds of the patients are familial, Sean (00:02:37) and his son both deal as a family with the consequences of this muscular dystrophy. We have both fast track as well as orphan drug designation for losmapimod for the potential treatment of FSHD.

And before I get into the details of losmapimod, let me introduce you a little more to FSHD. FSHD is the second most common form of adult muscular dystrophy, and there are no approved therapies. It gets its name from the characteristic and typical geographical progression of the disease, from facial weakness into the scapula and shoulder girdle muscles, then into the trunk and of the patient. And eventually, as I've mentioned, about 20% of the patients will end up dependent upon wheelchair.

©2023, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

But before they end up in the wheelchair, there's significant life-changing events that occur and many of those are related to impaired ability to raise the arms, which is caused by the scapular winging or scapular elevation. The need for prosthetic devices to help with foot drooping and behavioral changes that are necessary because it's very difficult for them to lift their arms above their shoulders.

So imagine in your morning routine needing to ensure that you can get a coffee cup or a teacup or get a glass down from the kitchen cabinet, but everything has to be below shoulder level for you. That's what these patients and their families live with on a daily basis. And there is no approved therapy. If you have a relative with FSHD and you start to show facial weakness or scapular winging, you know that there is no treatment that can either stabilize the disease or stop the progression of the disease.

We, as we began to explore losmapimod, wanted to implement some clinical outcome measures that really reflected this effect of the muscular dystrophy in the life of the patient. And we have focused on two areas. One is called reachable workspace, where we can quantify the disease progression by quantifying the available area that a subject can experience with their arms.

So imagine reaching out above your shoulder, below your shoulder with your right hand, above or below your shoulder with your left hand, and quantifying that space as reachable work area or reachable workspace. And as the scapula muscles deteriorate, that reachable workspace gets smaller and smaller and more and more limited to below the shoulder axes. And we can quantify that using Kinect video camera and a screen in which the patient mimics what they see on the screen, and the Kinect camera collects that reachable workspace.

But before the muscle begins to deteriorate to that point, as it dies, it becomes infiltrated by fat. So as the protein within the muscle dies, the fat infiltrates and that's a real measure of muscle health. Now, we all have fat surrounding our muscle, but this is fat that's infiltrating into the middle of the muscle. And we can quantify that by three dimensional MRI. And these, in fact, are some of the key endpoints of our ongoing Phase 3 trial, asking the question, are we slowing or preventing muscle fat infiltrate, are we storing or preventing the deterioration in reachable workspace that these patients experience?

Phase 3 design is predicated on the results that we obtained and have presented previously in a Phase 2 study called ReDUX4, and shown on this – in this depiction is the change in total relative surface area from the ReDUX4 study at 48 weeks of treatment. So reachable workspace was quantified, as I said, with the Kinect video camera, mimicking activities seen on the screen. In addition, the patients had 500 gram wrist weights just to make the task a little more difficult.

And in this depiction on the left-hand side is the change in total relative surface area. So anything – the dash line, horizontal dash line and zero represents no change in total surface area over the 48 weeks, above the line would be an improvement in total relative surface area or reachable workspace, below the line would be deterioration or worsening of the reachable workspace.

The dominant or non-dominant hand simply refers to whether the patient self-reported that they were – which their dominant hand was, be it right-handed or left-handed. This patient self-reports. What we saw in our Phase 2 study is after 48 weeks of treatment with losmapimod, a stabilization of the relative surface area compared to placebo-treated patients, that is to say, placebo-treated patients lost relative surface area over the course of the 48 weeks. Losmapimod-treated patients stabilized or perhaps showed a slight improvement over that 48 weeks.

While the study was not powered and this was a secondary endpoint in the trial, it did achieve nominal statistical significance at the 0.02 or 0.05 level, respectively. So we found this functional stabilization really encouraging. The other design of the study was a open-label extension. So shown on the left-hand side is the dominant reachable surface area plus the weight; on the right-hand side, the non-dominant now showing a percent change on an annualized basis. So the placebo-controlled portion of the trial is the data – depiction of the data that I showed you previously, the 48 weeks of treatment in the orange line on losmapimod and the blue line on placebo. And now on an annualized basis, placebo-treated patients lost about 7% per year in this reachable surface area, whereas losmapimod-treated patients essentially stabilized. That is they did not lose reachable surface area.

We then – patients then had the option to go to an open-label extension and speaking to the safety and tolerability of losmapimod, more than 90% of the patients crossed over from – continued in the open-label extension. Those on losmapimod now continued on losmapimod. And if you look over the next 48 weeks on the orange line, again,

©2023, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

showing stabilization during the open-label extension, so over a 96-week period, really no loss in reachable surface area for the drug-treated patients.

Comparing that to the blue line that were losing about 7% per year on an annualized basis, when these patients switched over to active treatment losmapimod, they again stabilized and essentially no longer lost. This was true whether you look on the dominant side on the left-hand side or the non-dominant side on the right-hand side. So this Phase 3 trial is ongoing. We plan to complete enrollment in the second half of 2023. It's an approximately 200 patient trial, randomized 1:1 to the same doses, losmapimod as was used in the Phase 2 or placebo with these reachable surface area or muscle fat infiltrate at 48 weeks as the endpoints.

Let me turn now to our second program that is using a small molecule to regulate gene expression, and this is FTX-6058 for the potential treatment of sickle cell disease, again, fast track designation and also in this case, orphan pediatric designation. There's an interesting proof of concept in human beings in which patients that have sickle cell gene also have higher levels of a form of hemoglobin called fetal hemoglobin or HbF, and that's a genetic predisposition to continue making fetal hemoglobin throughout their life. Now, each of us make fetal hemoglobin in utero, many of us turn off that fetal hemoglobin expression in a few years of age. But some people persist in making fetal hemoglobin.

And if you are a patient or an individual with sickle cell gene and also persistent elevation of fetal hemoglobin, you actually have reduced symptomology that is higher HbF levels results in reduced symptomology. So in the left-hand side and this avatar is some of the typical clinical presentations from a sickle cell disease subject, ACS, ulcers, pain, nephropathy. On the right hand side shows a sickle cell subject with elevated HbF levels. HbF levels in the sort of 5% to 10% have – are starting to show a reduced mortality. As you go to the 15% to 20%, reduced recurring events, and as you get to about 30%, really, essentially asymptomatic or to say it different, in these patients that have HbF levels of 25% to 35%, they are essentially do not have sickle cell disease, even though they have sickle cell gene. So we ask the question, could we identify a small molecule that elevates HbF levels?

Now, there's a number of ways that have been previously in use to induce HbF. Perhaps most widely used at this time is hydroxyurea, which is plagued by tolerability and toxicity issues. But, of course, gene editing is another promising way of elevating HbF levels. And what I'll be showing you today is that an oral small molecule inhibitor of a particular protein called EED, an inhibitor called FTX-6058 has the potential to be physiologic disease modifying by raising HbF levels to levels where they have the potential to ameliorate the disease pathology, but do that in a convenient oral dosing format and the potential to differentiate from hydroxyurea and safety and tolerability and, of course, with the convenience of oral dosing.

So the data I'm going to show you comes from our Phase 1b clinical trial in sickle cell subjects. We completed a Phase 1 study in healthy volunteers, showed that the drug was safe and well-tolerated, both as single dose as well as multiple dose for 14 days in healthy volunteers. Then, began a Phase 1b trial in sickle cell subjects 18 to 65, either on/off hydroxyurea. If they were on hydroxyurea, then they had to be on a stable dose for three months prior to entering the study.

We've currently explored two doses as once daily oral treatment, a 2 milligram dose and/or a 6 milligram dose, and we're currently enrolling in a 12 milligram cohort. Each of those cohorts have the same treatment period of four weeks, and each were followed by an eight-week treatment extension for a total of 12 week potential treatment. As a Phase 1 study, the primary end points or safety and tolerability as well as pharmacokinetic measurements on plasma drug levels. Among the secondary end points that I'll be showing today are changed from baseline in HbF levels, change from baseline in reticulocytes, a marker of anemia and the ability of the body to make new red cells, as well as some biomarkers of hemolysis. Of course, target engagement, vaso-occlusive crisis and quality of life measurements were exploratory end points in this Phase 1b trial.

So I'll show you data from two subjects at 2 milligram once daily oral dose for the treatment period, 10 subjects at the 6 milligram oral dose. These subjects started with a mean baseline HbF of 8.4%, and three of the subjects at 6 milligrams were on hydroxyurea and continued on hydroxyurea with the addition of FTX-6058 on top of hydroxyurea.

FTX-6058 was generally well tolerated. There were 14 treatment-emergent AEs. Two of them are reported as possibly related to the study drug. This was headache and numbness, both of which resolved spontaneously with continued drug treatment. No AEs resulted in drug discontinuation, and they were all reported as mild and non-serious.

©2023, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Two of the 14 adverse events were characterizes as vaso-occlusive crises, which, of course, these patients experience. They were characterized as unrelated to the study drug. One was reported as a serious AE with acute chest syndrome, but this was in a subject that was non-adherent to drug. The other was reported as unrelated to study drug. There are no lab-related adverse events, so there were no effects on blood chemistries or hematologic assessments and there are no discontinuations due to these adverse events.

This table summarizes the 12 subjects that have received FTX-6058. The first 10 subjects in this table received 6 milligrams as indicated. Subjects 11 and 12 received 2 milligrams. One of the issues we faced early in this trial was ensuring that patients adhered to drug treatment. And as we continue to explore the effectiveness of FTX-6058, we realized that there were a number of patients who were non-adherent. And non-adherence was based on two things, pharmacokinetic measurements, ensuring that there was actually drug in the plasma, indicating the patients took the drug as expected, and also pill counts.

So patients four, five and six, actually, while they were enrolled in the study, we were unable to confirm by these two measurements, PK measurements and pill count, that they actually took the drug. Patients one, two and three had confirmed treatment for the indicated number of days. Starting with patient individual number 7 through 12, we switched to observe dosing. That is patients using their video aspects of their cell phone were confirmed to be actually taking the dose, the pill by observation and you can see that this significantly improved compliant.

In the analysis I'm going to show you, we therefore are showing the on treatment analysis that is patients that we were able to confirm actually took the drug. However, in two of the noncompliant patients, we were able to observe an interesting effect. So subject 5 was completely noncompliant through the entire course of the study and showed stable HbF levels and stable messenger RNA levels for the gene that generates HbF.

Subject 4 switched to observed dosing. And as you can see in the shaded area, when they switch to observed dosing, both HbF protein as well as (00:18:47) levels rose while they were taking the drug. But this subject was considered non-inherent and is not included in this analysis that shows all the patients that were confirmed to be adherent. As indicated by the asterisk, subjects 7, 9 and 10 were on hydroxyurea for three months prior to entering the trial.

On the top – on the left hand side, we've shown a 6 milligram dose. On the right hand side, we've shown 2 milligram dose. This shows the data for the period of time in which the patients were compliant with the drug and on the top shows the percent HbF for each patient starting at around 3% or 4% or 20%. And lower is the change from baseline in HbF levels. And I'll just have you focus on that for a minute. What this showed us is that every subject responded with an approximately same rate of HbF elevation that now switching to the upper panel and those patients that were compliant through the 84 days of treatment rose to about the 15% to 20% level.

On the right-hand side shows ongoing data from the 2 milligram treated subjects, which defines for us a minimally effective dose. These two cohorts are now complete. We are not enrolling any more patients at 2 milligrams or 6 milligrams, and are currently enrolling patients in the 12 milligram dose cohort to see both the rate of elevation of HbF as well as the maximum extent of HbF. As I mentioned, subjects 7, 9 and 10 were on hydroxyurea.

We selected two subjects just to illustrate that FTX-6058's additive effect on hydroxyurea. The left-hand side shows subject 7, who is receiving 6 milligrams on top of hydroxyurea starting at about a 12% HbF level, raising up to about a 17% HbF level. And the right-hand side shows the subject who also started at about 11% or 12%, just – that happened to be their natural level of HbF and they rose to the same roughly 20%. So there's no apparent response difference in HU versus non-HU treated subjects.

The other thing I'll just highlight for, particularly in subject – both subjects, is it appears that HbF levels are still rising at the day 84 treatment effect. So there is a potential for further HbF induction beyond three months. It's also interesting that HbF appears to be following drug discontinuation at the vertical dash line, HbF levels remain elevated, which is consistent with the biology.

We also looked at biomarkers of hemolysis. And the left-hand side shows red cell distribution with sickle – red cells are large – larger than normal red cells or non-sickle red cells as the red – as the RBCs become more uniform in shape. And as you can see in these subjects that were dosed through the three-month period, as its HbF levels rose, the red cell distribution went normalized and bilirubin, a marker of hemolysis, began to decrease.

©2023, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

So we believe consistent with the genetics that as HbF is elevated, the hemolysis is positively affected. We also saw an amelioration of anemia, as shown on the right-hand side, the two markers of that. One marker of anemia is an elevated reticulocyte count, the immature red cell. And as HbF levels rise in these patients over three months, the reticulocyte count drops, as you would expect if you were ameliorating anemia, following drug discontinuation, the reticulocyte content begins to rise again.

This is also accompanied by an elevation in total hemoglobin of about 1 gram per deciliter indicating healthier bone marrow function. So, we're quite excited about this data that we generated in the sickle cell patients. And we are anticipating completing this Phase 1b study before the end of 2023 and selecting a registration dose before the end of 2023. We're continuing dose escalation to 12 milligrams to complete that. We have the opportunity, if we choose to, to go up to 20 milligrams in these patients. And the protocol allows us to treat a total of up to 10 patients. This will give us the data to refine our pharmacokinetic and pharmacodynamic model, which will be part of selecting our optimal therapeutic dose and selecting the final dose for the pivotal trial in sickle cell patients.

So we have a diversified, differentiated pipeline of clinical assets coming out of our product engine. Losmapimod in FSHD will complete enrollment in the second half of this year, positioning us for first to market for these patients who have no available therapy. We anticipate completing our Phase 1b and selecting registrational dose of FTX-6058 in sickle cell patients, where we believe we have a best-in-class potential. And cash runway through late 2024, we're positioning as well to deliver on these goals.

So thank you for your attention and time. And thank you, Joe, for the opportunity to present what we think is exciting data for both the FSHD patient community as well as the sickle cell patient community.

# QUESTION AND ANSWER SECTION

**Analyst:** Joseph Patrick Schwartz

**Question – Joseph Patrick Schwartz:** Absolutely. Thanks for the presentation, Robert. So, I guess, what are you hoping to see in the fourth quarter this year for FTX-6058 and is there any way we could get any more updates before then or are you really just planning an update in the fourth quarter?

**Answer – Robert J. Gould:** Yeah. Our current plan is to give an update in the fourth quarter on the data that we obtained from 12 milligrams. And if we choose to go to 20 milligrams, that data as well, so we can select our – or have the data to select our registrational dose before the end of the year. I think if we decide to go to the 20 milligram, we'll disclose that we're moving to the higher dose, but no further data.

**Question – Joseph Patrick Schwartz:** Okay. And then do you have any plans to show any flow cytometry data to demonstrate that the HbF increases are indeed pan-cellular?

**Answer – Robert J. Gould:** Yeah. We have previously shown pre-clinically in both our cell culture as well as our animal model for pan-cellularity of the HbF levels. That is to say all of the reds – newly generated red cells are producing HbF. As you would expect for this kind of treatment, we're returning the gene on as the red cells differentiate. At this time, we are not intending to show any of the flow cytometry data or the data beyond what we've currently shown until the study is completed, and then we'll present the totality of data that we've collected.

**Question – Joseph Patrick Schwartz:** Okay. And how is enrollment for the 12 milligram cohort going? Are you finding at all that in this population, which can be already difficult to recruit for trials that any of this observed dosing is creating any headwinds at all?

**Answer – Robert J. Gould:** Yeah. We're actually quite encouraged by some of the modifications we've made in the protocol. We instituted observed dosing, as I mentioned. We also are taking fewer blood draw samples for pharmacokinetic measurements because of the – we were taking three PK measurements and this was burdensome on the patients. So we've decreased the number of blood draws and the frequency of those blood draws, still getting PK data, but less – with less fewer blood draws. So those two changes have enabled us to project that we will complete up to 10 patients before the end of the year and that we'll be able to therefore select our registrational dose before the end of the year.

©2023, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Question – Joseph Patrick Schwartz:** Okay. And then there's been a lot of discussion and focus on HbF, but can you talk at all about the rate of VOC that the patients have had coming into the trial and will you be reporting any data on that front, from...

**Answer – Robert J. Gould:** I'm sorry, on which front? I'm...

**Question – Joseph Patrick Schwartz:** VOC...

**Answer – Robert J. Gould:** Oh, the VOCs. Yeah. Yeah. So in this trial, we did not collect the history of the VOCs in each patient. We have anecdotes around them. We're currently in the midst of designing our next trial. And of course, that's an important component of data that we will want to understand.

**Question – Joseph Patrick Schwartz:** Yeah. Okay. And then as far as the next trial's design goes, besides the dose which you'll determine there, this year, based on the data this year, what other parameters do you think that you have a good sense of now versus you still want to settle on?

**Answer – Robert J. Gould:** Yeah. So we're still designing that trial. But I think some of the things that we're interested in are the clinical sequelae, as you've mentioned, the VOCs and other clinical sequelae, but also the potential beneficial effect that we're seeing on total hemoglobin. We're seeing about 1 gram to 1.5 gram elevations in total hemoglobin, as the fetal – as the red cell health is restored. Some of them, the other anemia markers appear to be going in the right direction. Indicators of hemolysis like the ARC, the absolute reticulocyte count in the bilirubin, all seem to be moving in the right direction. So we'll be continuing to capture that data, because we think that creates the – what we think FTX-6058 is doing, which is actually being disease-modifying and the fact that each of these parameters are moving in the right direction or to the healthy side of the equation.

**Question – Joseph Patrick Schwartz:** Yeah. Okay. And then how is enrollment going for the Phase 3 REACH study for losmapimod? And then I have a question for Esther.

**Answer – Robert J. Gould:** Yeah. The enrollment there is also going very well. This is a tremendously underserved population. It's a very – its population is well-educated about their disease. So recruitment is going well there. We can anticipate fully recruiting that roughly a little over 200-patient trial before the end of the year. Again, recruitment is going well there.

**Question – Joseph Patrick Schwartz:** Good.

**Answer – Robert J. Gould:** I think you recall in our ReDUX4 trial, our Phase 2 study, which was an 80-patient trial, we were able to recruit that on time even in the midst of the COVID epidemic. So, again, this is a very eager population to have therapies available.

**Question – Joseph Patrick Schwartz:** Okay. Great. And Esther, can you talk a bit about the company's cash balance and runway projection relative to the news flow that we've been discussing?

**Answer – Esther Rajavelu:** Yeah. Sure. So we have a preliminary even estimate for cash balance of about $203 million and then we just completed a fundraise with a net proceeds of about $118 million. So we're in a very strong cash position. We haven't updated our runway guidance, which we'll do shortly. But the way that I would think about spend between 2023 and 2024 is a marginal increase and then 2025 will be a step up. So with close to $320 million in cash, we are well-positioned to turn over multiple catalysts in both our programs and fund discovery appropriately.

Okay. Great. Well, thank you both for the update today. We'll stay tuned for all of these updates that we discussed.

Thank you. Joe.

Great. Thank you, Joe.

©2023, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Thank you.

Copyright © 2023 FactSet Research Systems Inc. All rights reserved.

©2023, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.