# Exhibit 20

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use HYDREA safely and effectively. See full prescribing information for HYDREA.**

**HYDREA (hydroxyurea) capsules, for oral use**
**Initial U.S. Approval: 1967**

--------------------------RECENT MAJOR CHANGES--------------------------

| | |
|---|---|
| Indications and Usage, melanoma (1) | Removed 7/2015 |
| Indications and Usage, carcinoma of the ovary (1) | Removed 7/2015 |
| Dosage and Administration (2) | 7/2015 |
| Warnings and Precautions, Embryo-Fetal Toxicity (5.3) | xx/201x |
| Warnings and Precautions, Live Vaccinations (5.5) | xx/201x |

---------------------------INDICATIONS AND USAGE---------------------------
HYDREA is an antimetabolite indicated for the treatment of:
- Resistant chronic myeloid leukemia. (1)
- Locally advanced squamous cell carcinomas of the head and neck, (excluding lip) in combination with concurrent chemoradiation. (1)

-----------------------DOSAGE AND ADMINISTRATION-----------------------
- Individualize treatment based on tumor type, disease state, response to treatment, patient risk factors, and current clinical practice standards. (2.1)
- Renal impairment: Reduce the dose of HYDREA by 50% in patients with creatinine clearance less than 60 mL/min. (2.3, 8.6, 12.3)

---------------------DOSAGE FORMS AND STRENGTHS---------------------
- Capsules: 500 mg (3)

-----------------------------CONTRAINDICATIONS-----------------------------
- In patients who have demonstrated a previous hypersensitivity to hydroxyurea or any other component of its formulation. (4)

-----------------------WARNINGS AND PRECAUTIONS-----------------------
- Myelosuppression: Do not give if bone marrow function is markedly depressed. Monitor hematology labs and interrupt, reduce dose as appropriate. (5 1)

- Malignancies: Advise protection from sun exposure and monitor for secondary malignancies. (5.2)
- Embryo-Fetal toxicity: Can cause fetal harm. Advise of potential risk to a fetus and use of effective contraception. (5.3, 8.1, 8.3)
- Vasculitic toxicities: Discontinue HYDREA and initiate treatment if this occurs. (5.4)[1]
- Live Vaccinations: Avoid live vaccine use in a patient taking HYDREA. (5.5)
- Risks with concomitant use of antiretroviral drugs: Pancreatitis, hepatotoxicity, and neuropathy have occurred. Monitor for signs and symptoms in patients with HIV infection using antiretroviral drugs; discontinue HYDREA, and implement treatment. (5.6)
- Radiation recall: Monitor for skin erythema in patients who previously received radiation and manage symptomatically. (5.7)

------------------------------ADVERSE REACTIONS------------------------------
Most common adverse reactions (≥30%) are hematological, gastrointestinal symptoms, and anorexia. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Bristol-Myers Squibb at 1-800-721-5072 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch.***

------------------------------DRUG INTERACTIONS------------------------------
Antiretroviral drugs (7.1)

-----------------------USE IN SPECIFIC POPULATIONS-----------------------
- *Lactation* Hydroxyurea is excreted in human milk. Discontinue breastfeeding during treatment with HYDREA. (8.2)
- *Geriatric Use* Care should be taken in dose selection and may require a lower dose regimen and monitoring of renal function. (8.5)

**See 17 for PATIENT COUNSELING INFORMATION**

**Revised: 03/2016**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
   2.1   Dosing Information
   2.2   Dose Modifications for Toxicity
   2.3   Dose Modifications for Renal Impairment
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
   5.1   Myelosuppression
   5.2   Malignancies
   5.3   Embryo-Fetal Toxicity
   5.4   Vasculitic Toxicities
   5.5   Live Vaccinations
   5.6   Risks with Concomitant Use of Antiretroviral Drugs
   5.7   Radiation Recall
   5.8   Macrocytosis
**6 ADVERSE REACTIONS**
**7 DRUG INTERACTIONS**
   7.1   Increased Toxicity with Concomitant Use of Antiretroviral Drugs
   7.2   Test Interference
**8 USE IN SPECIFIC POPULATIONS**
   8.1   Pregnancy
   8.2   Lactation
   8.3   Females and Males of Reproductive Potential
   8.4   Pediatric Use
   8.5   Geriatric Use
   8.6   Renal Impairment
   8.7   Hepatic Impairment
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
   12.1   Mechanism of Action
   12.3   Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
   13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
**15 REFERENCES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
   16.1   How Supplied
   16.2   Storage
   16.3   Handling and Disposal
**17 PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescr bing information are not listed.

1

**FULL PRESCRIBING INFORMATION**

## 1        INDICATIONS AND USAGE

HYDREA is indicated for the treatment of:

- Resistant chronic myeloid leukemia.

- Locally advanced squamous cell carcinomas of the head and neck (excluding the lip) in combination with chemoradiation.

## 2        DOSAGE AND ADMINISTRATION

### 2.1        Dosing Information

HYDREA is used alone or in conjunction with other antitumor agents or radiation therapy to treat neoplastic diseases.  Individualize treatment based on tumor type, disease state, response to treatment, patient risk factors, and current clinical practice standards.

Base all dosage on the patient's actual or ideal weight, whichever is less.

HYDREA is a cytotoxic drug. Follow applicable special handling and disposal procedures *[see References (15)]*.

Prophylactic administration of folic acid is recommended *[see Warnings and Precautions (5.7)]*.

### 2.2        Dose Modifications for Toxicity

Monitor for the following and reduce the dose or discontinue HYDREA accordingly:

- Myelosuppression *[see Warnings and Precautions (5.1)]*

- Cutaneous vasculitis *[see Warnings and Precautions (5.4)]*

Monitor blood counts at least once a week during HYDREA therapy. Severe anemia must be corrected before initiating therapy with HYDREA. Consider dose modifications for other toxicities.

### 2.3        Dose Modifications for Renal Impairment

Reduce the dose of HYDREA by 50% in patients with measured creatinine clearance of less than 60 mL/min or with end-stage renal disease (ESRD) *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*.

| Creatinine Clearance (mL/min) | Recommended HYDREA Initial Dose (mg/kg daily) |
|:---:|:---:|
| ≥60 | 15 |
| <60 or ESRD* | 7.5 |

  *   On dialysis days, administer HYDREA to patients following hemodialysis.

2

Reference ID: 3906674

Close monitoring of hematologic parameters is advised in these patients.

## 3    DOSAGE FORMS AND STRENGTHS

Capsules: 500 mg opaque green cap and opaque pink body imprinted with "HYDREA" and "830."

## 4    CONTRAINDICATIONS

HYDREA is contraindicated in patients who have demonstrated a previous hypersensitivity to hydroxyurea or any other component of the formulation.

## 5    WARNINGS AND PRECAUTIONS

### 5.1    Myelosuppression

Hydroxyurea causes severe myelosuppression. Treatment with hydroxyurea should not be initiated if bone marrow function is markedly depressed. Bone marrow suppression may occur, and leukopenia is generally its first and most common manifestation. Thrombocytopenia and anemia occur less often and are seldom seen without a preceding leukopenia. Bone marrow depression is more likely in patients who have previously received radiotherapy or cytotoxic cancer chemotherapeutic agents; use hydroxyurea cautiously in such patients.

Evaluate hematologic status prior to and during treatment with HYDREA. Provide supportive care and modify dose or discontinue HYDREA as needed. Recovery from myelosuppression is usually rapid when therapy is interrupted.

### 5.2    Malignancies

Hydroxyurea is a human carcinogen. In patients receiving long-term hydroxyurea for myeloproliferative disorders, secondary leukemia has been reported. Skin cancer has also been reported in patients receiving long-term hydroxyurea. Advise protection from sun exposure and monitor for the development of secondary malignancies.

### 5.3    Embryo-Fetal Toxicity

Based on the mechanism of action and findings in animals, HYDREA can cause fetal harm when administered to a pregnant woman.[2] Hydroxyurea was embryotoxic and teratogenic in rats and rabbits at doses 0.8 times and 0.3 times, respectively, the maximum recommended human daily dose on a mg/m$^2$ basis. Advise pregnant women of the potential risk to a fetus *[see Use in Specific Populations (8.1)]*.[3]

Advise females of reproductive potential to use effective contraception during and after treatment with HYDREA for at least 6 months after therapy. Advise males of reproductive potential to use effective contraception during and after treatment with HYDREA for at least 1 year after therapy *[see Use in Specific Populations (8.1, 8.3)]*.[4,5]

3

Reference ID: 3906674

### 5.4        Vasculitic Toxicities

Cutaneous vasculitic toxicities, including vasculitic ulcerations and gangrene, have occurred in patients with myeloproliferative disorders during therapy with hydroxyurea. These vasculitic toxicities were reported most often in patients with a history of, or currently receiving, interferon therapy. If cutaneous vasculitic ulcers occur, institute treatment and discontinue HYDREA.

### 5.5        Live Vaccinations

Avoid use of live vaccine in patients taking HYDREA. Concomitant use of HYDREA with a live virus vaccine may potentiate the replication of the virus and/or may increase the adverse reaction of the vaccine because normal defense mechanisms may be suppressed by HYDREA. Vaccination with live vaccines in a patient receiving HYDREA may result in severe infection. Patient's antibody response to vaccines may be decreased. Consider consultation with a specialist.

### 5.6        Risks with Concomitant Use of Antiretroviral Drugs

Pancreatitis, hepatotoxicity, and peripheral neuropathy have occurred when hydroxyurea was administered concomitantly with antiretroviral drugs, including didanosine and stavudine *[see Drug Interactions (7.1)]*.

### 5.7        Radiation Recall

Patients who have received irradiation therapy in the past may have an exacerbation of postirradiation erythema. Monitor for skin erythema in patients who previously received radiation and manage symptomatically.

### 5.8        Macrocytosis

HYDREA may cause macrocytosis, which is self-limiting, and is often seen early in the course of treatment. The morphologic change resembles pernicious anemia, but is not related to vitamin $B_{12}$ or folic acid deficiency. This may mask the diagnosis of pernicious anemia. Prophylactic administration of folic acid is recommended.

## 6        ADVERSE REACTIONS

The following adverse reactions are described in detail in other labeling sections:

- Myelosuppression *[see Warnings and Precautions (5.1)]*
- Malignancies *[see Warnings and Precautions (5.2)]*
- Embryo-fetal toxicity *[see Warnings and Precautions (5.3)]*
- Vasculitic toxicities *[see Warnings and Precautions (5.4)]*
- Risks with concomitant use of antiretroviral drugs *[see Warnings and Precautions (5.6)]*
- Radiation recall *[see Warnings and Precautions (5.7)]*
- Macrocytosis *[see Warnings and Precautions (5.8)]*

4

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use DROXIA safely and effectively. See full prescribing information for DROXIA.**

**DROXIA (hydroxyurea) capsules, for oral use**
**Initial U.S. Approval: 1967**

---

**WARNING: MYELOSUPPRESSION AND MALIGNANCIES**
*See full prescribing information for complete boxed warning.*

*Myelosuppression:* **DROXIA may cause severe myelosuppression. Do not give if bone marrow function is markedly depressed. Monitor blood counts at baseline and throughout treatment. Interrupt treatment and reduce dose as necessary. (5.1)**

*Malignancies:* **Hydroxyurea is carcinogenic. Advise sun protection and monitor patients for malignancies. (5.2)**

---

---------------------------**RECENT MAJOR CHANGES**---------------------------
Warnings and Precautions, Embryo-Fetal Toxicity (5.3)          xx/201x
Warnings and Precautions, Live Vaccinations (5.5)              xx/201x

---------------------------**INDICATIONS AND USAGE**---------------------------
DROXIA is an antimetabolite indicated to reduce the frequency of painful crises and to reduce the need for blood transfusions in patients with sickle cell anemia with recurrent moderate to severe painful crises. (1)

-----------------------**DOSAGE AND ADMINISTRATION**-----------------------
- Initial dose: 15 mg/kg/day as a single dose. The patient's blood count must be monitored every two weeks. (2.1)
- The dose may be increased by 5 mg/kg/day every 12 weeks until a maximum tolerated dose or 35 mg/kg/day is reached if blood counts are in an acceptable range. (2.1)
- The dose is not increased if blood counts are between the acceptable range and toxic. Discontinue DROXIA until hematologic recovery if blood counts are considered toxic. Treatment may then be resumed after reducing the dose by 2.5 mg/kg/day from the dose associated with hematological toxicity. (2.1)
- Renal impairment: Reduce the dose of DROXIA by 50% in patients with creatinine clearance less than 60 mL/min. (2.2, 8.6, 12.3)

---------------------**DOSAGE FORMS AND STRENGTHS**---------------------
- Capsules: 200 mg, 300 mg, and 400 mg (3)

-----------------------------**CONTRAINDICATIONS**-----------------------------
- In patients who have demonstrated a previous hypersensitivity to hydroxyurea or any other component of its formulation. (4)

----------------------**WARNINGS AND PRECAUTIONS**----------------------
- Embryo-Fetal toxicity: Can cause fetal harm. Advise of potential risk to a fetus and use of effective contraception. (5.3, 8.1, 8.3)
- Vasculitic toxicities: Institute treatment and discontinue DROXIA if this occurs. (5.4)
- Live Vaccinations: Avoid live vaccine use in a patient taking DROXIA. (5.5)
- Risks with concomitant use of antiretroviral drugs: Pancreatitis, hepatotoxicity, and neuropathy have occurred. Monitor for signs and symptoms in patients with HIV infection using antiretroviral drugs; discontinue DROXIA, and implement treatment. (5.6)

-----------------------------**ADVERSE REACTIONS**-----------------------------
Most common adverse reactions (≥30%) are hematological, gastrointestinal symptoms, and anorexia. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Bristol-Myers Squibb at 1-800-721-5072 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch.***

-----------------------------**DRUG INTERACTIONS**-----------------------------
Antiretroviral drugs. (7.1)

----------------------**USE IN SPECIFIC POPULATIONS**----------------------
- *Lactation* Hydroxyurea is excreted in human milk. Discontinue breastfeeding during treatment with DROXIA. (8.2)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: 03/2016**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**WARNING: MYELOSUPPRESSION AND MALIGNANCIES**
**1    INDICATIONS AND USAGE**
**2    DOSAGE AND ADMINISTRATION**
  2.1    Dosing Information
  2.2    Dose Modifications for Renal Impairment
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
  5.1    Myelosuppression
  5.2    Malignancies
  5.3    Embryo-Fetal Toxicity
  5.4    Vasculitic Toxicities
  5.5    Live Vaccinations
  5.6    Risks with Concomitant Use of Antiretroviral Drugs
  5.7    Macrocytosis
**6    ADVERSE REACTIONS**
  6.1    Clinical Trial Experience
  6.2    Postmarketing Experience
**7    DRUG INTERACTIONS**
  7.1    Increased Toxicity with Concomitant Use of Antiretroviral Drugs
  7.2    Test Interference
**8    USE IN SPECIFIC POPULATIONS**
  8.1    Pregnancy
  8.2    Lactation
  8.3    Females and Males of Reproductive Potential
  8.4    Pediatric Use
  8.5    Geriatric Use
  8.6    Renal Impairment
  8.7    Hepatic Impairment
**10    OVERDOSAGE**
**11    DESCRIPTION**
**12    CLINICAL PHARMACOLOGY**
  12.1    Mechanism of Action
  12.3    Pharmacokinetics
**13    NONCLINICAL TOXICOLOGY**
  13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
**14    CLINICAL STUDIES**
**15    REFERENCES**
**16    HOW SUPPLIED/STORAGE AND HANDLING**
  16.1    How Supplied
  16.2    Storage
  16.3    Handling and Disposal
**17    PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed.

Reference ID: 3906674

**FULL PRESCRIBING INFORMATION**

---

### WARNING: MYELOSUPPRESSION AND MALIGNANCIES

*Myelosuppression:* **DROXIA may cause severe myelosuppression. Monitor blood counts at baseline and throughout treatment. Interrupt treatment and reduce dose as necessary** *[see Warnings and Precautions (5.1)]*.

*Malignancies:* **Hydroxyurea is carcinogenic. Advise sun protection and monitor patients for malignancies** *[see Warnings and Precautions (5.2)]*.

---

## 1    INDICATIONS AND USAGE

DROXIA is indicated to reduce the frequency of painful crises and to reduce the need for blood transfusions in patients with sickle cell anemia with recurrent moderate to severe painful crises.

## 2    DOSAGE AND ADMINISTRATION

### 2.1    Dosing Information

**Table 1:          Dosing Recommendation Based on Blood Count**

| Dosing Regimen | Dose | Dose Modification Criteria | Monitoring Parameters |
|---|---|---|---|
| **Initial Recommended Dosing** | 15 mg/kg/day as a single dose | Base dosage on the patient's actual or ideal weight, whichever is less.<br><br>Monitor the patient's blood count every 2 weeks *[see Warnings and Precautions (5.1)]*. | |
| **Dosing Based on Blood Counts** | | | |
| In an acceptable range | Increase dose 5 mg/kg/day every 12 weeks<br>Maximal dose: 35 mg/kg/day*<br>*Maximal dose is the highest dose that does not produce **toxic** blood counts over 24 consecutive weeks. | Increase dosing only if blood counts are in an acceptable range.<br><br>Do not increase if myelosuppression occurs. | **Blood Counts Acceptable Range**<br>neutrophils $\geq$2500 cells/mm$^3$<br>platelets $\geq$95,000/mm$^3$<br>hemoglobin >5.3 g/dL<br>reticulocytes $\geq$95,000/mm$^3$ if the hemoglobin concentration <9 g/dL |

2

Reference ID: 3906674

**Table 1:**  **Dosing Recommendation Based on Blood Count**

| Dosing Regimen | Dose | Dose Modification Criteria | Monitoring Parameters |
|---|---|---|---|
| Between acceptable and toxic range | Do not increase dose. | If blood counts are considered **toxic**, discontinue DROXIA until hematologic recovery. | **Blood Counts Toxic Range** neutrophils <2000 cells/mm$^3$ platelets <80,000/mm$^3$ hemoglobin <4.5 g/dL reticulocytes <80,000/mm$^3$ if the hemoglobin concentration <9 g/dL |
| **Dosing After Hematologic Recovery** | Reduce dose by 2.5 mg/kg/day. | Reduce the dose from the dose associated with hematologic toxicity. May titrate up or down every 12 weeks in 2.5 mg/kg/day increments. The patient should be at a stable dose with no hematologic toxicity for 24 weeks. Discontinue the treatment permanently if a patient develops hematologic toxicity twice. | |

Patients must be able to follow directions regarding drug administration and their monitoring and care.

Fetal hemoglobin (HbF) levels may be used to evaluate the efficacy of DROXIA in clinical use. Obtain HbF levels every three to four months. Monitor for an increase in HbF of at least two-fold over the baseline value.

DROXIA causes macrocytosis, which may mask the incidental development of folic acid deficiency. Prophylactic administration of folic acid is recommended.

DROXIA is a cytotoxic drug. Follow applicable special handling and disposal procedures *[see References (15)]*.

## 2.2     Dose Modifications for Renal Impairment

Reduce the dose of DROXIA by 50% in patients with creatinine clearance of less than 60 mL/min or with end-stage renal disease (ESRD) *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*. Creatinine clearance values were obtained using 24-hour urine collections.

Reference ID: 3906674

| Creatinine Clearance (mL/min) | Recommended DROXIA Initial Dose (mg/kg daily) |
|---|---|
| ≥60 | 15 |
| <60 or ESRD* | 7.5 |

* On dialysis days, administer DROXIA to patients with ESRD following hemodialysis.

Monitor the hematologic parameters closely in these patients.

## 3    DOSAGE FORMS AND STRENGTHS

Capsules:

- 200 mg opaque blue-green capsules, imprinted with black ink "DROXIA" and "6335."
- 300 mg opaque purple capsules, imprinted with black ink "DROXIA" and "6336."
- 400 mg opaque reddish-orange capsules, imprinted with black ink "DROXIA" and "6337."

## 4    CONTRAINDICATIONS

DROXIA is contraindicated in patients who have demonstrated a previous hypersensitivity to hydroxyurea or any other component of its formulation.

## 5    WARNINGS AND PRECAUTIONS

### 5.1    Myelosuppression

Hydroxyurea causes severe myelosuppression. Treatment with hydroxyurea should not be initiated if bone marrow function is markedly depressed. Bone marrow suppression may occur, and leukopenia is generally its first and most common manifestation. Thrombocytopenia and anemia occur less often, and are seldom seen without a preceding leukopenia.

Some patients, treated at the recommended initial dose of 15 mg/kg/day, have experienced severe or life-threatening myelosuppression.

Evaluate hematologic status prior to and during treatment with DROXIA. Provide supportive care and modify dose or discontinue DROXIA as needed. Recovery from myelosuppression is usually rapid when therapy is interrupted.

### 5.2    Malignancies

Hydroxyurea is a human carcinogen. In patients receiving long-term hydroxyurea for myeloproliferative disorders, secondary leukemia has been reported. Skin cancer has also been reported in patients receiving long-term hydroxyurea. Advise protection from sun exposure and monitor for the development of secondary malignancies.

4

### 5.3        Embryo-Fetal Toxicity

Based on the mechanism of action and findings in animals, DROXIA can cause fetal harm when administered to a pregnant woman. Hydroxyurea was embryotoxic and teratogenic in rats and rabbits at doses 0.8 times and 0.3 times, respectively, the maximum recommended human daily dose on a $mg/m^2$ basis. Advise pregnant women of the potential risk to a fetus *[see Use in Specific Populations (8.1)]*.[2]

Advise females of reproductive potential to use effective contraception during and after treatment with DROXIA for at least 6 months after therapy. Advise males of reproductive potential to use effective contraception during and after treatment with DROXIA for at least 1 year after therapy *[see Use in Specific Populations (8.1, 8.3)]*.[3,4]

### 5.4        Vasculitic Toxicities

Cutaneous vasculitic toxicities, including vasculitic ulcerations and gangrene, have occurred in patients with myeloproliferative disorders during therapy with hydroxyurea. These vasculitic toxicities were reported most often in patients with a history of, or currently receiving, interferon therapy. If cutaneous vasculitic ulcers occur, institute treatment and discontinue DROXIA.

### 5.5        Live Vaccinations

Avoid use of live vaccine in patients taking DROXIA. Concomitant use of DROXIA with a live virus vaccine may potentiate the replication of the virus and/or may increase the adverse reaction of the vaccine because normal defense mechanisms may be suppressed by DROXIA. Vaccination with live vaccines in a patient receiving DROXIA may result in severe infection. Patient's antibody response to vaccines may be decreased. Consider consultation with a specialist.

### 5.6        Risks with Concomitant Use of Antiretroviral Drugs

Pancreatitis, hepatotoxicity, and peripheral neuropathy have occurred when hydroxyurea was administered concomitantly with antiretroviral drugs, including didanosine and stavudine *[see Drug Interactions (7.1)]*.

### 5.7        Macrocytosis

DROXIA may cause macrocytosis, which is self-limiting, and is often seen early in the course of treatment. The morphologic change resembles pernicious anemia, but is not related to vitamin $B_{12}$ or folic acid deficiency. This may mask the diagnosis of pernicious anemia. Prophylactic administration of folic acid is recommended.

### 6        ADVERSE REACTIONS

The following adverse reactions are described in detail in other labeling sections:

- Myelosuppression *[see Warnings and Precautions (5.1)]*

5

- Malignancies *[see Warnings and Precautions (5.2)]*

- Embryo-fetal toxicity *[see Boxed Warning and Warnings and Precautions (5.3)]*

- Vasculitic toxicities *[see Warnings and Precautions (5.4)]*

- Risks with concomitant use of antiretroviral drugs *[see Warnings and Precautions (5.6)]*

- Macrocytosis *[see Warnings and Precautions (5.7)]*

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

## 6.1    Clinical Trial Experience

In 299 patients treated for sickle cell anemia in the Multicenter Study of Hydroxyurea in Sickle Cell Anemia, the most common adverse reactions were hematologic, with neutropenia, and low reticulocyte and platelet levels necessitating temporary cessation in almost all patients. Hematologic recovery usually occurred in two weeks.

Other adverse reactions include hair loss, macrocytosis, bleeding, and melanonychia.

## 6.2    Postmarketing Experience

The following adverse reactions have been identified during postapproval use of hydroxyurea in the treatment of neoplastic diseases. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency.

- *Reproductive System and Breast disorders:* azoospermia, and oligospermia**Error! Bookmark not defined.**

- *Gastrointestinal disorders:* stomatitis, nausea, vomiting, diarrhea, and constipation

- *Metabolism and Nutrition disorders:* anorexia[5]

- *Skin and subcutaneous tissue disorders:* maculopapular rash, skin ulceration, dermatomyositis-like skin changes, peripheral and facial erythema, hyperpigmentation, atrophy of skin and nails, scaling, violet papules, and alopecia

- *Renal and urinary disorders:* dysuria, elevations in serum uric acid, blood urea nitrogen (BUN), and creatinine levels

- *Nervous system disorders:* headache, dizziness, drowsiness, disorientation, hallucinations, and convulsions

- *General disorders:* fever, chills, malaise, edema, and asthenia

- *Hepatobiliary disorders:* elevation of hepatic enzymes, cholestasis, and hepatitis[6]

- *Respiratory disorders:* diffuse pulmonary infiltrates, dyspnea, and pulmonary fibrosis

6