# Exhibit 21

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

☒     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2019**

**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM TO**

**Commission File Number 001-38978**

# FULCRUM THERAPEUTICS, INC.
**(Exact name of registrant as specified in its Charter)**

| | |
|---|---|
| **Delaware** | **47-4839948** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **26 Landsdowne Street** | |
| **Cambridge, Massachusetts** | **02139** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: (617) 651-8851**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, par value $0.001 per share | FULC | Nasdaq Global Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. YES ☐ NO ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. YES ☐ NO ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☒ NO ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). YES ☒ NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| Emerging growth company | ☒ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES ☐ NO ☒

As of June 28, 2019, the last business day of the registrant's most recently completed second fiscal quarter, there was no public market for the registrant's common stock. The registrant's common stock began trading on the Nasdaq Global Market on July 18, 2019. As of February 28, 2020, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant, based on the closing price of the shares of common stock on the Nasdaq Global Market on February 28, 2020, was approximately $267,415,356.

The number of shares of registrant's common stock outstanding as of February 28, 2020 was 23,357,004.

**DOCUMENTS INCORPORATED BY REFERENCE**

The registrant intends to file a definitive proxy statement pursuant to Regulation 14A relating to the 2020 Annual Meeting of Stockholders within 120 days of the end of the registrant's fiscal year ended December 31, 2019. Portions of such definitive proxy statement are incorporated by reference into Part III of this Annual Report on Form 10-K to the extent stated herein.

**Table of Contents**

|  |  |  | Page |
|---|---|---|---|
| **PART I** |  |  |  |
| Item 1. | Business |  | 1 |
| Item 1A. | Risk Factors |  | 55 |
| Item 1B. | Unresolved Staff Comments |  | 99 |
| Item 2. | Properties |  | 99 |
| Item 3. | Legal Proceedings |  | 99 |
| Item 4. | Mine Safety Disclosures |  | 99 |
| **PART II** |  |  |  |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities |  | 100 |
| Item 6. | Selected Financial Data |  | 101 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations |  | 102 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk |  | 114 |
| Item 8. | Financial Statements and Supplementary Data |  | 114 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure |  | 114 |
| Item 9A. | Controls and Procedures |  | 115 |
| Item 9B. | Other Information |  | 115 |
| **PART III** |  |  |  |
| Item 10. | Directors, Executive Officers and Corporate Governance |  | 116 |
| Item 11. | Executive Compensation |  | 116 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters |  | 116 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence |  | 116 |
| Item 14. | Principal Accounting Fees and Services |  | 116 |
| **PART IV** |  |  |  |
| Item 15. | Exhibits and Financial Statement Schedules |  | 117 |
| Item 16. | Form 10-K Summary |  | 117 |

**PART I**

**Item 1. Business.**

**Overview**

We are a clinical-stage biopharmaceutical company focused on improving the lives of patients with genetically defined rare diseases in areas of high unmet medical need. We have developed a proprietary product engine that we employ to systematically identify and validate cellular drug targets that can potentially modulate gene expression to treat the known root cause of genetically defined diseases. We are using our product engine to identify targets that can be drugged by small molecules regardless of the particular underlying mechanism of gene mis-expression. We have identified drug targets to treat the root causes of facioscapulohumeral muscular dystrophy, or FSHD, and certain hemoglobinopathies, namely sickle cell disease, or SCD, and ß-thalassemia. We initiated a randomized, double-blind placebo-controlled multicenter international Phase 2b clinical trial of losmapimod, our product candidate for FSHD, in August 2019. We also initiated in August 2019 a single center open label Phase 2 clinical trial to investigate the safety and tolerability of chronic treatment with losmapimod in patients with FSHD. The Phase 2b clinical trial and the open label Phase 2 clinical trial completed enrollment in February 2020. We commenced a Phase 1 clinical trial in February 2019 to obtain safety and tolerability data for losmapimod in healthy volunteers and patients with FSHD and announced preliminary results from this Phase 1 clinical trial in October 2019. In March 2020, we announced that we observed evidence of dose-dependent target engagement in skeletal muscle in the Phase 1 clinical trial. We plan to submit an investigational new drug application, or IND, for FTX-6058, our product candidate for certain hemoglobinopathies, in the second half of 2020.

We are using our proprietary product engine to identify and validate drug targets and develop product candidates to address diseases caused by the mis-expression of certain genes. Our product engine integrates patient-derived tissue-relevant cell models and drug target screens with our pharmacologically-diverse small molecule compound library and customized CRISPR libraries. We also employ computational biology and FulcrumSeek, our proprietary database, to guide target selection and to generate hypotheses on other targets that might be relevant along a gene regulatory pathway.

Our first product candidate, losmapimod, is a small molecule that we are developing for the treatment of FSHD, a rare, progressive and disabling muscle wasting disorder that leads to significant physical impairments and disability. Losmapimod selectively targets p38α/ß mitogen activated protein kinase, or p38α/ß. We utilized our product engine to discover that inhibition of p38α/ß reduced expression of the *DUX4* gene in muscle cells derived from patients with FSHD. The mis-expression of the *DUX4* gene is the known root cause of FSHD. There are no approved therapies for FSHD, one of the most common forms of muscular dystrophy, with an estimated patient population of 16,000 to 38,000 in the United States. In January 2020, the U.S. Food and Drug Administration, or FDA, granted orphan drug designation to losmapimod for the treatment of FSHD.

Following our discovery of the role of p38α/ß inhibitors in the reduction of *DUX4* expression, we performed an extensive review of known compounds. As a result of our evaluation, we identified losmapimod as the preferred developmental candidate based on the substantial and attractive preclinical and clinical data. We in-licensed losmapimod from affiliates of GlaxoSmithKline, or GSK, in February 2019. GSK had previously treated nearly 3,500 subjects with losmapimod across multiple clinical trials, including one Phase 3 clinical trial. GSK did not conduct a clinical trial of losmapimod in patients with FSHD or any other muscle disorder. We have conducted extensive preclinical testing of losmapimod in patient-derived tissue-relevant cell models and have observed that losmapimod selectively reduced DUX4-driven gene expression and restored a healthy gene expression signature with minimal impact on healthy human muscle cells or other cell types.

We are conducting a randomized, double-blind placebo-controlled multicenter international Phase 2b clinical trial, referred to as ReDUX4, to investigate whether treatment with losmapimod reduces DUX4-driven gene expression in affected skeletal muscle. In this Phase 2b clinical trial, we are also evaluating the safety and tolerability of losmapimod. We are concurrently conducting a single center open label Phase 2 clinical trial to investigate the safety and tolerability of chronic treatment with losmapimod in patients with FSHD. In this open label trial, we are evaluating the ability of losmapimod to reduce DUX4-driven gene expression in affected skeletal muscle over varying treatment durations. We initiated ReDUX4 at multiple sites in the United States and Europe and the open label Phase 2 clinical trial in Europe in August 2019. We completed dosing in a Phase 1 clinical trial in healthy volunteers and patients with FSHD in September 2019. We presented top-line, blinded results from the Phase 1 clinical trial in October 2019, and we expect to present unblinded data in the first and second quarter of 2020. We utilized data from GSK's clinical trials of losmapimod and our preclinical data to submit an IND, and clinical trial applications, or CTAs, in Europe and Canada, at various dates during 2019 that have enabled us to advance our clinical development plan for losmapimod in FSHD, including initiating ReDUX4 in August 2019.

1

We are additionally conducting several preparatory studies to assess biomarker endpoints and clinical outcome assessments and are participating in a natural history study that will follow 160 subjects with FSHD in the United States and 60 subjects in Europe over 18 months. We expect to utilize the data generated from our preparatory studies and the natural history study to inform future clinical trial designs and discussions with regulatory agencies. We believe that these preparatory studies and the safety data from GSK's prior losmapimod clinical trials, together with safety and efficacy data generated from our Phase 1 and Phase 2 clinical trials, may enable us to apply for accelerated approval of losmapimod for the treatment of FSHD. If we observe positive results in ReDUX4 based on our proposed biomarker efficacy endpoint of measuring DUX4-driven gene expression in muscle biopsies, we plan to discuss accelerated approval with regulatory agencies and may seek accelerated approval if such regulatory agencies agree that our biomarker endpoint is sufficiently predictive of clinical benefit. The FDA or other regulatory authorities may require us to conduct comparability assessments of GSK-manufactured tablets to tablets manufactured by us or another party.

Our second product candidate, FTX-6058, is a small molecule designed to upregulate fetal hemoglobin in patients with SCD and ß-thalassemia. SCD is a genetic blood disorder caused by a mutation in the ß-subunit gene, or *HBB* gene. This mutation results in the formation of abnormal hemoglobin, which causes red blood cells, or RBCs, to change from a round shape into a sickle shape that significantly impairs their function. ß-thalassemia is a rare blood disorder caused by various genetic mutations in the *HBB* gene that can significantly impair the production of RBCs.

We designed FTX-6058 to compensate for the root cause of these hemoglobinopathies by inducing the expression of the two γ-globin genes, *HBG1/2*, whose expression is normally silenced shortly after birth. The *HBG1/2* genes encode for γ-globin, a component of fetal hemoglobin, which is known to compensate for the presence of abnormal hemoglobin in SCD and ß-thalassemia. We have observed *in vitro* and *in vivo* activation of the *HBG1/2* genes in preclinical studies with FTX-6058. We have also observed that FTX-6058 demonstrated robust levels of fetal hemoglobin elevation with no adverse effect on important cellular health markers. We conducted additional pre-clinical profiling in CD34+ derived cells and observed that treatment with FTX-6058 increased HbF levels to approximately 30% of total hemoglobin, as measured by mass spectrometry, high performance liquid chromatography, and fast protein liquid chromatography techniques. The elevation of HbF was significantly greater than we observed with hydroxyurea in the cell models. We have initiated IND-enabling studies and plan to submit an IND for FTX-6058 in the second half of 2020.

According to the National Institutes of Health, or NIH, there are approximately 7,000 rare, genetically defined human diseases, many of which have inadequate or no approved treatments. We used our product engine to complete four new drug target identification screens in 2019 in Duchenne muscular dystrophy, Friedreich ataxia, myotonic dystrophy 1 and α-synucleinopathies. Potential drug targets identified from these screens are currently being evaluated in additional *in vitro* and *in vivo* studies. We plan to utilize FulcrumSeek and our proprietary product engine to evaluate additional diseases in 2020, and we expect to advance the most compelling programs identified for development. Our current drug target identification and development efforts are focused on rare neuromuscular disorders, hemoglobinopathies and central nervous system, or CNS, diseases. We also anticipate utilizing our product engine to discover drug targets for genetically defined diseases in other therapeutic areas and for other diseases. In addition to drug targets that we prioritize for internal development, we may identify other drug targets that we would consider for development through partnerships. For example, we are utilizing our product engine to discover drug targets within a targeted indication within the pulmonary disease space under our collaboration and license agreement with Acceleron Pharma Inc., or Acceleron.

*Our Product Engine Identified the Drug Target for SCD and ß-Thalassemia*

Applying our product engine, we conducted target identification and validation activities using human umbilical cord blood-derived erythroid progenitor 2, or HUDEP2, cells as a model to study fetal hemoglobin reactivation. HUDEP2 cells are immature RBCs. By screening our small molecule probe library and a CRISPR library, we identified several potential drug targets that activated the *HBG1/2* genes and resulted in fetal hemoglobin elevation. Each screening approach identified the same protein complex which we believe plays an important role in the expression of genes responsible for the production of fetal hemoglobin. We conducted additional validation experiments in which we observed that inhibition of several components of this complex resulted in the desired elevation of fetal hemoglobin. We also observed that inhibition of these components did not adversely affect important cell health markers.

We selected a member of this protein complex for drug discovery activities following an assessment of its tractability as a drug target, which we refer to as the HbF drug target. The normal physiological role of the HbF drug target is to facilitate a post-translational protein modification, and the goal of our medicinal chemistry program was to optimize inhibitors of the HbF drug target. We developed *in vitro* and *in vivo* target engagement assays, as well as enabled X-ray crystallography, to discover and develop FTX-6058, a novel small molecule inhibitor of the HbF drug target.

*FTX-6058*

FTX-6058, our novel small molecule that we designed to inhibit the HbF drug target and thereby elevate fetal hemoglobin, possesses properties that we believe are well aligned with preferred parameters for oral drug delivery. We studied the cellular potency and the PK data of FTX-6058 in preclinical animal models and observed that its profile would be predictive of once or twice daily oral administration. We have not observed any off-target concerns in our *in vitro* profiling studies, and we have completed non-GLP *in vivo* toxicology studies to evaluate FTX-6058. We have initiated IND-enabling activities, including GLP *in vivo* toxicology studies, and we aim to submit an IND in the second half of 2020.

*Preclinical Studies*

We have observed *in vitro* and *in vivo* activation of the *HBG1/2* genes in preclinical studies with FTX-6058. We observed that FTX-6058 elevated levels of fetal hemoglobin with minimal adverse effect on important cellular health markers. As depicted in the graphic below, we also observed *in vitro* upregulation of fetal hemoglobin in primary human CD34+ cells differentiated into RBCs from five different healthy human donors after five days of drug treatment. FTX-6058 showed a significant elevation of fetal hemoglobin over baseline in each of these five cell lines.

**Effect of FTX-6058 treatment
in differentiated primary human CD34+ cells**

25

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this Report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  |  |
|---|---|
| | Fulcrum Therapeutics, Inc. |
| Date: March 5, 2020 | By:     /s/ Robert J. Gould |
| | Robert J. Gould, Ph.D. |
| | President and Chief Executive Officer |

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, this Report has been signed below by the following persons on behalf of the registrant in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s/ Robert J. Gould | President and Chief Executive Officer, Director | March 5, 2020 |
| Robert J. Gould, Ph.D. | (Principal Executive Officer) | |
| /s/ Bryan Stuart | Chief Operating Officer (Principal Financial Officer) | March 5, 2020 |
| Bryan Stuart | | |
| /s/ Peter Thomson | Vice President, Finance & Accounting (Principal | March 5, 2020 |
| Peter Thomson | Accounting Officer) | |
| /s/ Mark Levin | Chairman of the Board | March 5, 2020 |
| Mark Levin | | |
| /s/ James J. Collins | Director | March 5, 2020 |
| James J. Collins Ph.D. | | |
| /s/ Katina Dorton | Director | March 5, 2020 |
| Katina Dorton | | |
| /s/ Alan Ezekowitz | Director | March 5, 2020 |
| Alan Ezekowitz, MBChB, D. Phil | | |
| /s/ James Geraghty | Director | March 5, 2020 |
| James Geraghty | | |
| /s/ Kate Haviland | Director | March 5, 2020 |
| Kate Haviland | | |