**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

GERALD CELANO, *Individually and on Behalf of All Others Similarly Situated,*

      Plaintiff,

      v.

FULCRUM THERAPEUTICS, INC., BRYAN STUART, ROBERT J. GOULD, CHRISTOPHER MORABITO, and JUDITH DUNN,

      Defendants.

No. 1:23-cv-11125-IT

**NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Fulcrum Therapeutics, Inc., Bryan Stuart, Robert J. Gould, Christopher Morabito, and Judith Dunn (collectively, "Defendants") respectfully submit this notice of supplemental authority in further support of their Motion to Dismiss the Amended Complaint.  Doc. No. 35.

Defendants submit this notice of supplemental authority to bring to the Court's attention the United States Supreme Court's recent decision in *Macquarie Infrastructure Corp. v. Moab Partners, L. P.*, No. 22-1165, 2024 WL 1588706 (U.S. Apr. 12, 2024) attached as **Exhibit 1,** Doc. No. 43-1.  In *Macquarie*,  the Supreme Court unanimously held that "pure omissions" are not actionable under Rule 10b–5(b), including those based on Item 303 of SEC Regulation S-K ("Item 303").  2024 WL 1588706, at *4-5.  As previewed in Defendants' briefing (Defendants' Memorandum, Doc. No. 37 at 35; Defendants' Reply Memorandum, Doc. No. 40 at 19), Item 303 does not create an actionable affirmative duty to disclose, and Plaintiff's pure omission

claims brought under Item 303 must accordingly be dismissed.  *See* AC ¶¶ 91-92, 96, 106, 115, 120, 126, 134.

Dated:  April 18, 2024

Respectfully submitted,

FULCRUM THERAPEUTICS, INC., BRYAN STUART, ROBERT J. GOULD, CHRISTOPHER MORABITO, and JUDITH DUNN

By their attorneys,

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach
Tucker DeVoe
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax: 617.523.1231
DBirnbach@goodwinlaw.com
TDevoe@goodwinlaw.com

-3-

**<u>CERTIFICATE OF SERVICE</u>**

   I, Deborah S. Birnbach, hereby certify that a copy of the foregoing Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Amended Complaint, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 18, 2024.

Dated: April 18, 2024                 */s/ Deborah S. Birnbach*