UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Gerald Celano, *Individually and on Behalf of All Others Similarly Situated*, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 1:23-cv-11125-IT |
| Fulcrum Therapeutics, Inc., et al., | * * | |
| Defendants. | * | |

ORDER OF DISMISSAL

TALWANI, D.J.

Pursuant to this court's Memorandum and Order [Doc. No. 52] granting Defendants' Motion to Dismiss [Doc. No. 35] Plaintiff's Amended Complaint [Doc. No. 27], Plaintiff's Amended Complaint [Doc. No. 27] is dismissed. This case is CLOSED.

IT IS SO ORDERED.

March 28, 2025                                                                   /s/ Indira Talwani
                                                                                 United States District Judge